**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Rockland Industries, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **00-0003210** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **235 Calhoun Street** <br> **Bamberg, SC 29003** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bamberg** <br> County | **Location of principal assets, if different from principal place of business** <br> **253 Calhoun Street Bamberg, SC 29003** <br> Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | **www.Roc-Lon.com** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Rockland Industries, Inc.** | Case number (*if known*) | |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _3133_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Rockland Industries, Inc.**                                              Case number (*if known*) _____

        Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|--------|----------------|--------------|----------------|
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Rockland Industries, Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Rockland Industries, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  5, 2021**
             MM / DD / YYYY

**X /s/ Mark Berman**                                      **Mark Berman**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Michael M. Beal**                    Date  **October  5, 2021**
Signature of attorney for debtor                   MM / DD / YYYY

**Michael M. Beal**
Printed name

**Beal, LLC**
Firm name

**PO Box 11277**
**Columbia, SC 29211**
Number, Street, City, State & ZIP Code

Contact phone  **803-728-0803**       Email address  **ccooper@bealllc.com**

**1253 SC**
Bar number and State

Consent of the Board of
Directors of Rockland Industries, Inc.
in lieu of a Special Meeting

The undersigned, being all the members of the board of directors of Rockland Industries, Inc., a Maryland corporation (the "Corporation"), acting pursuant to §2-408 of the Maryland General Corporation Law, as amended, consent to the following action and direct that this written consent be filed with the minutes of the proceedings of the board:

WHEREAS, the undersigned constitute the entire Board of Directors for the Company, and the Company does not currently have any other Board members; and

WHEREAS, the undersigned have received and reviewed information regarding the financial condition of the Company and have received additional advice from Beal, LLC; and

WHEREAS, it appears in the business judgment of the Directors that it is in the best interests of the Company, its creditors, equity holders, employees, and other interested parties for the Company to file a chapter 11 bankruptcy; it is hereby

RESOLVED, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of South Carolina; and it is further

RESOLVED, that it is the intent of the Company to sell substantially all of its assets; and it further

RESOLVED, that Mark R. Berman, the Company's current President, shall remain the President of the Company and is the Company's Authorized Officer; and it is further

RESOLVED, that the Authorized Officer is hereby authorized and directed, in the name and on behalf of the Company, to prepare or cause to be prepared, and to execute or cause to be executed, all documents, petitions, pleadings, and other instruments necessary, or in the sole discretion of the Authorized Officer, appropriate, to cause the initiation and prosecution of the chapter 11 bankruptcy; and is further

RESOLVED, that the Authorized Officer is directed to employ and retain Beal, LLC to represent the Company in its chapter 11 case and to assist the Company with carrying out its duties under the Bankruptcy Code, upon such retainer and compensation agreement as may seem in the sole discretion of the Authorized Officer to be appropriate; and it is further

RESOLVED, that at any time that Mark R. Berman is unable or unavailable to act as the Authorized Officer, Stephen R. Leaderman, a Vice President of the Company, is authorized and empowered to act as the Authorized Officer in Mark R. Berman's stead, with all the powers granted to the Authorized Officer in this consent and without the need for additional action by the Directors; and it is further

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Directors of the Company; and it is further

RESOLVED, that this Unanimous Written Consent may be executed in several counterparts and by facsimile signatures, each of which shall constitute an original but all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned Directors of the Company have executed this written consent as of September 20, 2021.

_____
Mark R. Berman

_____
Thomas M. Kasputys

_____
Stephen R. Leaderman

_____
Donna M. Neimiller

_____
Adam J. Leaderman

_____
Pamela Berman

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Directors of the Company; and it is further

RESOLVED, that this Unanimous Written Consent may be executed in several counterparts and by facsimile signatures, each of which shall constitute an original but all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned Directors of the Company have executed this written consent as of September 20, 2021.

_____
Mark R. Berman

_____
Thomas M. Kasputys

_____
Stephen R. Leaderman

_____
Donna M. Neimiller

_____
Adam J. Leaderman

_____
Pamela Berman

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Directors of the Company; and it is further

RESOLVED, that this Unanimous Written Consent may be executed in several counterparts and by facsimile signatures, each of which shall constitute an original but all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned Directors of the Company have executed this written consent as of September 20, 2021.

_____
Mark R. Berman

_____
Thomas M. Kasputys

_____
Stephen R. Leaderman

_____
Donna M. Neimiller

_____
Adam J. Leaderman

_____
Pamela Berman

**Rockland Industries, Inc.**
**Consolidated Balance Sheet**

|                              | August-21     | July-21       |
|------------------------------|--------------:|--------------:|
| **ASSETS**                   |               |               |
| Current Assets               |               |               |
| Cash                         | 275,344       | 286,758       |
| Accounts Receivable-Trade    | 244,749       | 225,055       |
| Inventories                  |               |               |
| Raw Materials                | 1,390,434     | 1,581,393     |
| WIP                          | 382,897       | 307,453       |
| Finished Goods               | 96,456        | 199,420       |
| Less:Reserve                 | (1,754,905)   | (1,897,478)   |
| Total Inventory              | 114,882       | 190,788       |
| Prepaids                     | 20,650        | 23,970        |
| Total Current Assets         | 655,626       | 726,571       |
| Property, Plant & Equipt     | 2,393,822     | 2,416,253     |
| Deferred Tax Assets          | 322,513       | 322,513       |
| Total Assets                 | 3,371,961     | 3,465,337     |
|                              |               |               |
| **LIABILITIES & EQUITY**     |               |               |
| Current Liabilities          |               |               |
| Accounts Payable             | 3,239,400     | 3,251,157     |
| Notes Payable                | 219,833       | 219,833       |
| Accruals & Other             | (106,790)     | (276,844)     |
| Total Current Liabilities    | 3,352,443     | 3,194,146     |
| Other Long-Term Liabilities  | 1,770,693     | 1,770,693     |
| Deferred Income Tax          | (611,660)     | (611,660)     |
| Total Liabilities            | 4,511,476     | 4,353,179     |
| Shareholders' Equity         | (1,139,515)   | (887,842)     |
| Total Liabilities & Equity   | $3,371,961    | $3,465,337    |
|                              | $0            | $0            |

**Rockland Industries, Inc.**
**Income Statement**
**Year-to-Date**

|  | August 2021 |  | August 2020 |  |
|---|---|---|---|---|
| Outside Sales | 75,907 |  | 178,633 |  |
| Less: Returns and Allowances | - |  | 3,391 |  |
| Net Sales | 75,907 | 100.00% | 182,024 | 100.00% |
| Cost of Goods Sold | 153,045 | 201.62% | 337,196 | 185.25% |
| Gross Profit | (77,138) | -101.62% | (155,172) | -85.25% |
| SG&A Expenses | 171,778 | 226.30% | 207,083 | 113.77% |
| Operating Income | (248,916) | -327.92% | (362,255) | -199.01% |
| Interest | 339 | 0.45% | 658 | 0.36% |
| Other | 2,791 | 3.68% | 42,416 | 23.30% |
| Pretax | (252,046) | -332.05% | (405,329) | -222.68% |
| Tax Provision |  | 0.00% |  | 0.00% |
| Net Income | (252,046) | -332.05% | (405,329) | -222.68% |

Rockland Industries, Inc.
Cash Flow Statement
For the Year-to-Date Period Ended              **Aug-21**


Cash flow from operating activities

| | | |
|---|---:|---:|
| Net Income (Loss) | (252,046) | |
| Depreciation | 19,149 | |
| Amortization | | |
| Other | 373 | |
| Gain on Disposal Of Assets | | |
| | | |
| Change in Assets and Liabilities | | |
| | | |
| Change in AR | (19,694) | |
| Change in Inventory | 75,906 | |
| Change in Prepaids | 3,320 | |
| Change in AP | (11,757) | |
| Change in Accruals | 170,054 | |
| Change in Deferred IncomeTax | - | |
| Change in Retirement Benefits | - | |
| | | |
| | | |
| Net Fixed Asset Change | 3,281 | |
| | | |
| Net change in Line of Credit | | |
| Net change in Long-Term Debt | | |
| Change in Related Party Notes | - | |
| Dividends | - | |
| | | |
| Net Increase (Decrease) in Cash | (11,414) | |
| | | |
| Cash, beginning of Fiscal Year | 286,758 | 286,758 |
| | | |
| Cash, end of Period | 275,344 | 275,344 |

**Rockland Industries, Inc.**
**Cash Flow Projections**
**Beginning October 4, 2021**

| Vendor Name | Description | Estimated Amount | Payment Due Date | Payment Frequency |
|---|---|---|---|---|
| Estimated AR Cash Collections | future collections estimate | 152,254 | | |
| Estimated Duty Drawback | future collections estimate | 230,000 | | |
| Furniture, Fixture & Office Equipment | future collections estimate | | | |
| Equipment Proceeds | future collections estimate | 1,000,000 | | |
| Real Estate Proceeds | future collections estimate | | | |
| | | | | |
| **Total Cash Proceeds** | | | | |
| | | | | |
| **Payroll** | | | | |
| ADP | weekly payroll and vacation payout | | | |
| FICA | | | | |
| **Total Payroll** | | | | |
| | | | | |
| **Employee Benefits** | | | | |
| ADP Processing Charges | payroll administration | | end of month | monthly |
| Health Plan Termination Penalty | potential liability | 27,500 | | |
| Delta Dental | employee paid | | | |
| Workmen's Compensation | Estimate subject to year-end audit | 5,375 | Feb | annual |
| ARPS Administration | 401K adminstration  - balance to be confirmed | 1,300 | | quarterly |
| Assured Partners | 1094/1095 tax reporting for calendar 2021 | | | |
| **Total Employee Benefits** | | | | |
| | | | | |
| **Utilities** | | | | |
| Baltimore Gas & Electric | corporate office occupancy through November | 1,300 | 15 | monthly |
| SC Board of Public Works | SC utilities | 20,000 | 21 | monthly |
| Edisto Butane | forklift propane | 500 | 10 | monthly |
| SCE&G/Dominion/city & Denmark | Warehouse property utilities | 460 | 1 | monthly |
| AT&T - Bamberg DSL for SIP | phone lines for Bamberg | 64 | 30 | monthly |
| AT&T - Park Phone and Alarm | $35 per line - 2 lines + taxes and fees | 100 | 30 | monthly |
| AT&T - Bamberg Office Fax and Alarm | $35 per line - 2 lines + taxes and fees | 100 | 30 | monthly |
| AT&T - Warehouse Property | $35 per line - 2 lines + taxes and fees | 350 | 30 | monthly |
| AT&T Mobility | cell phones | 230 | 30 | monthly |
| Verizon - Remote Call Forwarding | | 41 | 30 | monthly |
| Comcast | MD internet providor or post-lease alternatie | 880 | 22 | monthly |
| Atlantic Broadband | SC internet provider or post-lease alternative | 1,078 | 22 | monthly |
| Mitel | Data connection/MPLS phone circuit to SC & MD local phone lines (SC/MD MPLS charges end Nov 2021) | 4,916 | 25 | monthly |
| Vertical Communications | SC phone systems | 230 | 10 | montly |
| **Total Utilities** | | | | |
| | | | | |
| **Insurance** | | | | |
| Westfield | CGL, Auto, Umbrella 3/15/22 | | 15 | monthly |
| HMS Property - First Insurance Funding | property insurance (9 installments through 4/1/20) Prepay 6 payment upon bankruptcy filing | 4,517 | 1 | monthly |
| Travelers | ERISA Bond | | Jan 31st | annual |
| Chubb fiduciary | 401K plan | 2,113 | Sept 28th | annual |
| **Total Insurance** | | | | |

**Rockland Industries, Inc.**
**Cash Flow Projections**
**Beginning October 4, 2021**

| Vendor Name | Description | Estimated Amount | Payment Due Date | Payment Frequency |
|---|---|---|---|---|
| **Information Technology** | | | | |
| Anysystem (MD) | Sunserver maintenance contract (no charges at this time) | | | semi-annual |
| Anysystem (SC) | Sunserver maintenance contract (no charges at this time) | | April/October | annual |
| Vertical Communications | MD phone system maintenance | 2,738 | November March | annual |
| Apiphani | SAP basis support | 2,090 | | monthly |
| TRG Networking | Network support and nightly cloud backup | 804 | 31 | quarterly |
| Sonic Wall 2400 - quarterly | IT firewall security - email & file servers (TRG or alternative) | 1,296 | | quarterly |
| Baracuda - annual January | IT spamware security - email & file servers (TRG or alternative | 3,193 | January | annual |
| **Total IT & Communications cost** | | | | |
| | | | | |
| **Administrative** | | | | |
| Hill Management | Corporate Office Lease | 12,000 | 1 | monthly |
| Wells Fargo - SC Ricoh Copier | SC copier | 206 | 25 | monthly |
| Advanced Business Systems | MD copier | 720 | 15 | monthly |
| Postage | | - | | weekly |
| Office Supplies | | - | | weekly |
| Plant Maintenance and Supplies | | - | | weekly |
| Auto & Truck | | - | | monthly |
| Multi-Corp | office clearning service | | 7 | monthly |
| Waste Management of Maryland | trash removal | - | 15 | monthly |
| **Total Administrative Expenses** | | | | |
| | | | | |
| **Professional Services** | | | | |
| Shapiro | liquidation | | | |
| Posner | auction | | | |
| TM Capital | potential commission | | | |
| Michael Beal | legal  services | | | |
| Nexsen Pruet | legal services | | | |
| SC&H | 401K 401K audit and estimated income tax preparation | | | |
| | | | | |
| **Total Professional Services** | | | | |
| | | | | |
| **Commissions** | | | | |
| Jones | | | | |
| Lim | | | | |
| Guy | | | | |
| Nuno | | | | |
| **Total Commissions** | | | | |

**Rockland Industries, Inc.**
**Cash Flow Projections**
**Beginning October 4, 2021**

| Vendor Name | Description | Estimated Amount | Payment Due Date | Payment Frequency |
|---|---|---|---|---|
| **Taxes** | | | | |
| MD Sales and Use Tax | | | | |
| SC Sales and Use Tax | | | | |
| Property Tax - MD personal | MD personal property | | July | annual |
| Alice P. Johnson | SC real and personal property in advance of liquidation | | | |
| **Total Taxes** | | | | |
| | | | | |
| **Financing Costs** | | | | |
| Bank of America | bank service charges | | 1 | monthly |
| CIT | factor commissions | | | monthly |
| Merchant Services | credit card fees | | 6 | monthly |
| Family Notes | | | | |
| **Total Financing Costs** | | | | |



May 10, 2021

Ms. Donna Neimiller
Rockland Industries, Inc.
4969 Mercantile Road Suite A
Baltimore, MD  21236

Dear Donna:

We have prepared and enclosed your 2019 Corporation income tax returns for the year ended July 31, 2020.

This return has been prepared for electronic filing.  If you wish to have it transmitted electronically to the IRS, please sign, date, and return Form 8879-C to our office.  We will then submit your electronic return to the IRS.  Do not mail the paper copy of the return to the IRS.  Return federal Form 8879-C to us by May 17, 2021.

No payment is required with this return when filed.

The Maryland Form 500 return has been prepared for electronic filing.  If you wish to have it transmitted electronically to the MDDOR, please sign, date, and return Form EL101B to our office.  We will then submit your electronic return to the MDDOR.  Do not mail the paper copy of the return to the MDDOR. Return Form EL101B to us by June 15, 2021.

No payment is required with this return when filed.

The South Carolina Form SC1120 return has been prepared for electronic filing.  If you wish to have it transmitted electronically to the SCDOR, please sign, date, and return Form SC8453C to our office.  We will then submit your electronic return to the SCDOR.  Do not mail the paper copy of the return to the SCDOR.  Return Form SC8453C to us by May 17, 2021.

No payment is required with this return when filed.

Your overpayment in the amount of $44 has been applied to your South Carolina estimated tax.

If you are required to mail a tax return or payment voucher, we recommend that you use certified mailing envelopes with postmarked receipts for timely filing. However, please note that you must add the appropriate postage before mailing.

We have prepared the returns from information you furnished to us without verification. Upon examination of the returns by taxing authorities, requests may be made for underlying data. We therefore recommend that you preserve all records which you may be called upon to produce in connection with such an examination.

We have provided you tax advice in connection with the preparation of your U.S. federal tax return and associated tax planning services we have furnished. This advice is not intended or written to be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer by the Internal Revenue Service, and it cannot be used by any taxpayer for such purpose.

A copy of the return is enclosed for your files. We suggest that you retain this copy indefinitely.

We sincerely appreciate the opportunity to serve you. Please contact us if you have any questions concerning the tax returns.

Very Truly Yours,

Lori S. Burghauser

# 2019 TAX RETURN FILING INSTRUCTIONS
## U.S. CORPORATION INCOME TAX RETURN

# FOR THE YEAR ENDING
July 31, 2020

---

**Prepared For:**

Rockland Industries, Inc
4969 Mercantile Road Suite A
Baltimore, MD  21236

---

**Prepared By:**

SC&H Group, Inc.
910 Ridgebrook Road
Sparks, MD 21152

---

**To be Signed and Dated By:**

The appropriate corporate officer(s).

---

**Amount of Tax:**

| | | |
|---|---|---|
| Total tax | $ | 0 |
| Less: payments and credits | $ | 0 |
| Plus: interest and penalties | $ | 0 |
| No payment required | $ | |

---

**Overpayment:**

Not applicable

---

**Make Check Payable To:**

Not Applicable

---

**Mail Tax Return and Check (if applicable) To:**

This return has been prepared for electronic filing.  To have it transmitted electronically to the IRS, please sign, date, and return Form 8879-C to our office. We will then submit your electronic return.

---

**Return Must be Mailed on or Before:**

Return federal Form 8879-C to us by May 17, 2021.

---

**Special Instructions:**

CORPORATION
## Two-Year Comparison

# 2019

| Name | Employer Identification Number |
|------|-------------------------------|
| ROCKLAND INDUSTRIES, INC | ███ 3210 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|-------------|-----------:|-------------:|--------------------:|
| **INCOME:** | | | |
| GROSS RECEIPTS OR SALES LESS | | | |
|   RETURNS AND ALLOWANCES | 33,854,231. | 19,241,626. | -14,612,605. |
| COST OF GOODS SOLD | 29,382,456. | 18,162,460. | -11,219,996. |
| GROSS PROFITS | 4,471,775. | 1,079,166. | -3,392,609. |
| INTEREST | 834. | 739. | -95. |
| CAPITAL GAIN NET INCOME FROM | | | |
|   SCHEDULE D | 221,780. | 0. | -221,780. |
| NET GAIN (LOSS) FROM FORM 4797 | 0. | 2,035,689. | 2,035,689. |
| OTHER INCOME | 17,299. | 1,161,355. | 1,144,056. |
|   TOTAL INCOME | 4,711,688. | 4,276,949. | -434,739. |
| **DEDUCTIONS:** | | | |
| COMPENSATION OF OFFICERS | 1,814,213. | 1,765,973. | -48,240. |
| SALARIES AND WAGES LESS | | | |
|   EMPLOYMENT CREDITS | 1,891,421. | 1,305,038. | -586,383. |
| REPAIRS AND MAINTENANCE | 238,548. | 79,865. | -158,683. |
| BAD DEBTS | 4,990. | 19,388. | 14,398. |
| RENTS | 139,423. | 137,032. | -2,391. |
| TAXES AND LICENSES | 918,759. | 797,174. | -121,585. |
| INTEREST | 834. | 739. | -95. |
| DEPRECIATION | 446,206. | 333,392. | -112,814. |
| ADVERTISING | 20,348. | 15,638. | -4,710. |
| PENSION, PROFIT-SHARING, ETC., | | | |
|   PLANS | 44,427. | 25,890. | -18,537. |
| EMPLOYEE BENEFIT PROGRAMS | 27,334. | 13,076. | -14,258. |
| OTHER DEDUCTIONS | 5,322,018. | 3,483,057. | -1,838,961. |
|   TOTAL DEDUCTIONS | 10,868,521. | 7,976,262. | -2,892,259. |
| **TAXABLE INCOME:** | | | |
| TAXABLE INCOME BEFORE NOL DEDUCTION | | | |
|   AND SPECIAL DEDUCTIONS | -6,156,833. | -3,699,313. | 2,457,520. |
|   TAXABLE INCOME | -6,156,833. | -3,699,313. | 2,457,520. |
| **TAX COMPUTATION:** | | | |
|   TAX BEFORE CREDITS | 0. | 0. | 0. |
|   TAX AFTER CREDITS | 0. | 0. | 0. |
|   TOTAL TAX | 0. | 0. | 0. |
| **PAYMENTS AND CREDITS:** | | | |

912841
04-01-19

CORPORATION
## Two-Year Comparison

# 2019

| Name | Employer Identification Number |
|---|---|
| ROCKLAND INDUSTRIES, INC | ███3210 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| REFUNDABLE CREDIT FROM FORM 8827, | | | |
| LINE 8C | 1,158,529. | 0. | -1,158,529. |
| TOTAL PAYMENTS AND CREDITS | 1,158,529. | 0. | -1,158,529. |
| | | | |
| BALANCE DUE OR REFUND: | | | |
| | | | |
| OVERPAYMENT | 1,158,529. | 0. | -1,158,529. |
| AMOUNT REFUNDED | 1,158,529. | 0. | -1,158,529. |
| | | | |
| SCHEDULE M-2: | | | |
| | | | |
| BALANCE AT BEGINNING OF YEAR - | | | |
| UNAPPROPRIATED RETAINED EARNINGS | 13,816,734. | 3,888,785. | -9,927,949. |
| NET INCOME (LOSS) PER BOOKS | -8,513,608. | -3,030,219. | 5,483,389. |
| OTHER INCREASES | 0. | 1,414,341. | 1,414,341. |
| OTHER DECREASES | 1,414,341. | 95,489. | -1,318,852. |
| BALANCE AT END OF YEAR - | | | |
| UNAPPROPRIATED RETAINED EARNINGS | 3,888,785. | 2,177,418. | -1,711,367. |
| | | | |
| SCHEDULE M-3: | | | |
| | | | |
| INTEREST INCOME | 834. | 739. | -95. |
| COST OF GOODS SOLD | -30,776,593. | -17,177,420. | 13,599,173. |
| INCOME STATEMENT GAIN/LOSS ON | | | |
| DISPOSITION OF ASSETS | 221,780. | 3,032,492. | 2,810,712. |
| OTHER INCOME (LOSS) ITEMS WITH | | | |
| DIFFERENCES | -153,502. | 32,177. | 185,679. |
| TOTAL INCOME (LOSS) ITEMS | -30,707,481. | -14,112,012. | 16,595,469. |
| | | | |
| INTEREST EXPENSE | 769,305. | 575,546. | -193,759. |
| MEALS AND ENTERTAINMENT | 19,933. | 5,617. | -14,316. |
| PENSION AND PROFIT-SHARING | -76,030. | 6,437. | 82,467. |
| CHARITABLE CONTRIBUTION OF CASH | | | |
| AND TANGIBLE PROPERTY | 300. | 0. | -300. |
| DEPRECIATION | 348,111. | 317,823. | -30,288. |
| BAD DEBT EXPENSE | 36,000. | 36,000. | 0. |
| OTHER EXPENSE/DEDUCTION ITEMS WITH | | | |
| DIFFERENCES | 5,645,247. | 3,524,148. | -2,121,099. |
| TOTAL EXPENSE/DEDUCTION ITEMS | 6,742,866. | 4,465,571. | -2,277,295. |
| | | | |
| OTHER ITEMS WITH NO DIFFERENCES | 28,936,739. | 15,547,364. | -13,389,375. |
| | | | |
| 1120 SUBGROUP RECONCILIATION TOTALS | -8,513,608. | -3,030,219. | 5,483,389. |
| | | | |
| RECONCILIATION TOTALS | -8,513,608. | -3,030,219. | 5,483,389. |

912841
04-01-19

| Form **8879-C** | **IRS e-file Signature Authorization for Form 1120** | OMB No. 1545-0123 |
|---|---|---|

For calendar year 2019, or tax year beginning AUG 1 , 2019, ending JUL 31 , 20 20

▶ **Do not send to the IRS. Keep for your records.**

Department of the Treasury
Internal Revenue Service

▶ **Go to www.irs.gov/Form8879C for the latest information.**

**2019**

| Name of corporation | Employer identification number |
|---|---|
| ROCKLAND INDUSTRIES, INC | ███ 3210 |

**Part I** **Tax Return Information** (Whole dollars only)

| | | |
|---|---|---:|
| 1 Total income (Form 1120, line 11) | 1 | 4,276,949. |
| 2 Taxable income (Form 1120, line 30) | 2 | −3,699,313. |
| 3 Total tax (Form 1120, line 31) | 3 | |
| 4 Amount owed (Form 1120, line 35) | 4 | |
| 5 Overpayment (Form 1120, line 36) | 5 | |

**Part II** **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize SC&H GROUP, INC. to enter my PIN ███
ERO firm name
as my signature on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

do not enter all zeros

Officer's signature ▶ _____ Date ▶ _____ Title ▶ OTHER

**Part III** **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ SC&H GROUP, INC. Date ▶ 05/10/21

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.** Form **8879-C** (2019)

LHA

910211 10-31-19

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

### Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns
▶ **File a separate application for each return.**
▶ **Go to www.irs.gov/Form7004 for instructions and the latest information.**

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | ROCKLAND INDUSTRIES, INC | ███3210 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 4969 MERCANTILE ROAD SUITE A | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | BALTIMORE, MD  21236 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns.   See instructions.

1   Enter the form code for the return listed below that this application is for        **12**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II   All Filers Must Complete This Part

2   If the organization is a foreign corporation that does not have an office or place of business in the United States,
    check here ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
    check here ▶ ☐
    If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
    covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ▶ ☐

5a  The application is for calendar year _____, or tax year beginning **AUGUST 1, 2019**, and ending **JULY 31, 2020**

  b **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return   ☐ Final return
    ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax | **6** | 0. |
| 7 | **Total** payments and credits. See instructions | **7** | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions | **8** | 0. |

LHA   **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**      Form **7004** (Rev. 12-2018)

919741 04-01-19

U.S. Corporation Income Tax Return

Form **1120**

Department of the Treasury
Internal Revenue Service

For calendar year 2019 or tax year beginning AUGUST 1, 2019, ending JULY 31, 2020

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A** Check if:

1a Consolidated return (attach Form 851) ☐
1b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☒

TYPE OR PRINT

Name
ROCKLAND INDUSTRIES, INC

Number, street, and room or suite no. If a P.O. box, see instructions.
4969 MERCANTILE ROAD SUITE A

City or town, state or province, country, and ZIP or foreign postal code
BALTIMORE, MD  21236

**B** Employer identification number
3210

**C** Date incorporated
01/01/1927

**D** Total assets (see instructions)
$ 9,831,053.

**E** Check if:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

**Income**

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales | 1a | 19,339,475. | |
| b Returns and allowances | 1b | 97,849. | |
| c Balance. Subtract line 1b from line 1a | | 1c | 19,241,626. |
| 2 Cost of goods sold (attach Form 1125-A) | | 2 | 18,162,460. |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | 1,079,166. |
| 4 Dividends and inclusions (Schedule C, line 23) | | 4 | |
| 5 Interest                SEE STATEMENT 2 | | 5 | 739. |
| 6 Gross rents | | 6 | |
| 7 Gross royalties | | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | 2,035,689. |
| 10 Other income (attach statement)        SEE STATEMENT 3 | | 10 | 1,161,355. |
| 11 **Total income.** Add lines 3 through 10 | ▶ | 11 | 4,276,949. |

**Deductions (See instructions for limitations on deductions.)**

| | | | |
|---|---|---|---|
| 12 Compensation of officers (attach Form 1125-E) | | 12 | 1,765,973. |
| 13 Salaries and wages (less employment credits) | | 13 | 1,305,038. |
| 14 Repairs and maintenance | | 14 | 79,865. |
| 15 Bad debts | | 15 | 19,388. |
| 16 Rents | | 16 | 137,032. |
| 17 Taxes and licenses            SEE STATEMENT 4 | | 17 | 797,174. |
| 18 Interest (see instructions) | | 18 | 739. |
| 19 Charitable contributions        SEE STATEMENT 5 | | 19 | 0. |
| 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | 333,392. |
| 21 Depletion | | 21 | |
| 22 Advertising | | 22 | 15,638. |
| 23 Pension, profit-sharing, etc., plans | | 23 | 25,890. |
| 24 Employee benefit programs | | 24 | 13,076. |
| 25 Reserved for future use | | 25 | |
| 26 Other deductions (attach statement)      SEE STATEMENT 6 | | 26 | 3,483,057. |
| 27 **Total deductions.** Add lines 12 through 26 | ▶ | 27 | 7,976,262. |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -3,699,313. |
| 29a Net operating loss deduction (see instructions)   STATEMENT 7 | 29a | 0. | |
| b Special deductions (Schedule C, line 24) | 29b | | |
| c Add lines 29a and 29b | | 29c | |

**Tax, Refundable Credits, and Payments**

| | | | |
|---|---|---|---|
| 30 **Taxable income.** Subtract line 29c from line 28. See instructions | | 30 | -3,699,313. |
| 31 Total tax (Schedule J, Part I, line 11) | | 31 | 0. |
| 32 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | 32 | |
| 33 Total payments, credits, and section 965 tax liability (Schedule J, Part III, line 23) | | 33 | |
| 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | | 34 | |
| 35 **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | 35 | 0. |
| 36 **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | 36 | |
| 37 Enter amount from line 36 you want: Credited to 2020 estimated tax ▶          Refunded ▶ | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer          Date

▶ OTHER
Title

May the IRS discuss this return with the preparer shown below?
☒ Yes  ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed  PTIN |
| LORI S. BURGHAUSER | LORI S. BURGHAUSER | 05/10/21 | 1824 |
| Firm's name ▶ SC&H GROUP, INC. | | | Firm's EIN ▶ |
| Firm's address ▶ 910 RIDGEBROOK ROAD SPARKS, MD 21152 | | | Phone no. (410) 403-1500 |

911601  12-30-19    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**          Form **1120** (2019)

Form 1120 (2019)    ROCKLAND INDUSTRIES, INC                    3210   Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global intangible Low-Taxed income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC -DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

911611
12-30-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form 1120 (2019)    ROCKLAND INDUSTRIES, INC    <span style="background:black; color:white">   </span> 3210    Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) .............. ▶ ☐ | | |
| 2 | Income tax. See instructions | 2 | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 ................................................................ | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 ......................................................... | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) .................. | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions - attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0. |

**Part II - Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 .................. | 12 | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 | 13 | |
| 14 | 2019 estimated tax payments | 14 | |
| 15 | 2019 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Form 8827, line 5c | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 ................................................................ | 23 | |

Form **1120** (2019)

15280510 769024 ROC160                          2019.05094 ROCKLAND INDUSTRIES, INC    ROC160_1

Form 1120 (2019)  ROCKLAND INDUSTRIES, INC     210  Page **4**

| Schedule K | Other Information (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

  **a** Business activity code no. ▶ 314000

  **b** Business activity ▶ MANUFACTURING

  **c** Product or service ▶ TEXTILES

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ............   **No: X**

  If "Yes," enter name and EIN of the parent corporation ▶ _____

**4** At the end of the tax year:

  **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)   **No: X**

  **b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) .............   **Yes: X**

**5** At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions ..................   **No: X**

  If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ..................   **No: X**

  If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316   **No: X**

  If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

  If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ..................   **No: X**

  For rules of attribution, see section 318. If "Yes," enter:

  **(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

  **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ................. ▶ ☐

  If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____15_____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ................. ▶ ☐

  If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $   6,876,980.

Form **1120** (2019)

911632
12-30-19

15280510 769024 ROC160           2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form 1120 (2019)  ROCKLAND INDUSTRIES, INC                                                 3210  Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

**13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | | X

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____

**14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | | X

If "Yes," complete and attach Schedule UTP.

**15a** Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | X |

**b** If "Yes," did or will the corporation file required Form(s) 1099? | | X |

**16** During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | | X

**17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | | X

**18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | | X

**19** During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | | X

**20** Is the corporation operating on a cooperative basis? | | | X

**21** During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | | X

If "Yes," enter the total amount of the disallowed deductions ▶ $ _____

**22** Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | | X

If "Yes," complete and attach Form 8991.

**23** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | | X

**24** Does the corporation satisfy one or more of the following? See instructions | | X |

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," to any, complete and attach Form 8990.

**25** Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X

If "Yes," enter amount from Form 8996, line 14 ............. ▶ $ _____

Form **1120** (2019)

911633
12-30-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form 1120 (2019)  ROCKLAND INDUSTRIES, INC    3210    **Page 6**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 67,311. | | 50,474. |
| 2a Trade notes and accounts receivable | 6,108,315. | | 2,161,193. | |
| b Less allowance for bad debts | ( 217,067.) | 5,891,248. | ( 233,679.) | 1,927,514. |
| 3 Inventories | | 9,238,713. | | 3,238,469. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) STMT 8 | | 1,111,830. | | 398,010. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 18,329,988. | | 17,226,262. | |
| b Less accumulated depreciation | ( 14,311,899.) | 4,018,089. | ( 14,538,401.) | 2,687,861. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (att. stmt.) STMT 9 | | 68,666. | | 1,528,725. |
| 15 Total assets | | 20,395,857. | | 9,831,053. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 3,547,378. | | 3,680,542. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) STMT 10 | | 9,993,295. | | 408,230. |
| 19 Loans from shareholders | | 240,503. | | 219,834. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 0. | | 481,861. |
| 21 Other liabilities (att. stmt.) STMT 11 | | 1,668,415. | | 1,805,687. |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 52,277. | 52,277. | 52,277. | 52,277. |
| 23 Additional paid-in capital | | 1,023,700. | | 1,023,700. |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | 3,888,785. | | 2,177,418. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( 18,496.) | | ( 18,496.) |
| 28 Total liabilities and shareholders' equity | | 20,395,857. | | 9,831,053. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | Tax-exempt interest $ _____ | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | | | |
| | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ _____ | | |
| a Depreciation $ _____ | | b Charitable contributions $ _____ | | |
| b Charitable contributions $ _____ | | | | |
| c Travel and entertainment $ _____ | | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | | 10 Income (page 1, line 28) - line 6 less line 9 | | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 3,888,785. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -3,030,219. | b Stock | | |
| 3 Other increases (itemize): SEE STATEMENT 12 | | c Property | | |
| | | 6 Other decreases (itemize): SEE STATEMENT 13 | | 95,489. |
| | 1,414,341. | 7 Add lines 5 and 6 | | 95,489. |
| 4 Add lines 1, 2, and 3 | 2,272,907. | 8 Balance at end of year (line 4 less line 7) | | 2,177,418. |

911631 12-30-19

Form **1120** (2019)

15280510 769024 ROC160                 2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name

ROCKLAND INDUSTRIES, INC

Employer Identification number

███3210

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 12,438,485. |
| 2 | Purchases | 2 | 7,503,444. |
| 3 | Cost of labor | 3 | 2,175,338. |
| 4 | Additional section 263A costs (attach schedule)    SEE STATEMENT 14 | 4 | 311,755. |
| 5 | Other costs (attach schedule)    SEE STATEMENT 15 | 5 | 1,071,346. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 23,500,368. |
| 7 | Inventory at end of year | 7 | 5,337,908. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 18,162,460. |

**9a** Check all methods used for valuing closing inventory:

  (i) ☐ Cost

  (ii) ☒ Lower of cost or market

  (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ................................................... ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ........... ☒ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ........... ☐ Yes ☒ No

  If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

924441
04-01-19    LHA

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC   ROC160_1

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| ROCKLAND INDUSTRIES, INC | 3210 |

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).

Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| PAMELA BERMAN |  | UNITED STATES | 74.99% |
| ERICA BERMAN |  | UNITED STATES | 31.33% |
| ARIEL BERMAN |  | UNITED STATES | 31.33% |
| NOAH BERMAN |  | UNITED STATES | 31.33% |
| ADAM LEADERMAN |  | UNITED STATES | 72.64% |
| SCOTT LEADERMAN |  | UNITED STATES | 28.97% |
| DAVID LEADERMAN |  | UNITED STATES | 28.52% |
| STEPHEN LEADERMAN |  | UNITED STATES | 72.64% |
| MARK BERMAN |  | UNITED STATES | 26.57% |
|  |  |  |  |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

917701
04-01-19     LHA

**Schedule G (Form 1120) (Rev. 12-2011)**

| SCHEDULE M-3<br>(Form 1120)<br>(Rev. December 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Net Income (Loss) Reconciliation for Corporations**<br>**With Total Assets of $10 Million or More**<br>▶ Attach to Form 1120 or 1120-C.<br>▶ Go to www.irs.gov/Form1120 for instructions and the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| ROCKLAND INDUSTRIES, INC | ███ 3210 |

Check applicable box(es):   (1) [X] Non-consolidated return     (2) [ ] Consolidated return (Form 1120 only)
(3) [ ] Mixed 1120/L/PC group     (4) [ ] Dormant subsidiaries schedule attached

**Part I**     **Financial Information and Net Income (Loss) Reconciliation**  (see instructions)

**1a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
   [ ] **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
   [X] **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.
  **b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
    [ ] **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
    [X] **No.** Go to line 1c.
  **c** Did the corporation prepare a non-tax-basis income statement for that period?
    [X] **Yes.** Complete lines 2a through 11 with respect to that income statement.
    [ ] **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.

**2a** Enter the income statement period:  Beginning **08/01/2019**     Ending **07/31/2020**
  **b** Has the corporation's income statement been restated for the income statement period on line 2a?
    [ ] **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
    [X] **No.**
  **c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
    [ ] **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
    [X] **No.**

**3a** Is any of the corporation's voting common stock publicly traded?
   [ ] **Yes.**
   [X] **No.** If "No," go to line 4a.
  **b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock ................
  **c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting
    common stock .................

| | | | Total Assets | Total Liabilities |
|---|---|---|---|---|
| **4a** | Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 ........ | **4a** | **-3,030,219.** | |
| **b** | Indicate accounting standard used for line 4a (see instructions): (1) [X] GAAP  (2) [ ] IFRS | | | |
| | (3) [ ] Statutory  (4) [ ] Tax-basis  (5) [ ] Other (specify) _____ | | | |
| **5a** | Net income from nonincludible foreign entities (attach statement) ........ | **5a** | ( ) | |
| **b** | Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) ........ | **5b** | | |
| **6a** | Net income from nonincludible U.S. entities (attach statement) ........ | **6a** | ( ) | |
| **b** | Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) ........ | **6b** | | |
| **7a** | Net income (loss) of other includible foreign disregarded entities (attach statement) ........ | **7a** | | |
| **b** | Net income (loss) of other includible U.S. disregarded entities (attach statement) ........ | **7b** | | |
| **c** | Net income (loss) of other includible entities (attach statement) ........ | **7c** | | |
| **8** | Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach stmt.) ........ | **8** | | |
| **9** | Adjustment to reconcile income statement period to tax year (attach statement) ........ | **9** | | |
| **10a** | Intercompany dividend adjustments to reconcile to line 11 (attach statement) ........ | **10a** | | |
| **b** | Other statutory accounting adjustments to reconcile to line 11 (attach statement) ........ | **10b** | | |
| **c** | Other adjustments to reconcile to amount on line 11 (attach statement) ........ | **10c** | | |
| **11** | **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 ........ | **11** | **-3,030,219.** | |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| **a** | Included on Part I, line 4 ............... ▶ | 9,831,053. | 6,596,154. |
| **b** | Removed on Part I, line 5 ............... ▶ | | |
| **c** | Removed on Part I, line 6 ............... ▶ | | |
| **d** | Included on Part I, line 7 ............... ▶ | | |

LHA    **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**     Schedule M-3 (Form 1120) (Rev. 12-2019)
913321  12-11-19

15280510 769024 ROC160      2019.05094 ROCKLAND INDUSTRIES, INC    ROC160_1

Schedule M-3 (Form 1120) (Rev. 12-2019)    Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| ROCKLAND INDUSTRIES, INC | 3210 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☐ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|

**Part II**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss) per<br>Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar inc inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | 739. | | | 739. |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | (17,177,420.) | -985,040. | | (18,162,460.) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | 3,032,492. | -3,032,492. | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 2,035,689. | | 2,035,689. |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach stmt.) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach stmt.) STMT 16 | 32,177. | | 972,421. | 1,004,598. |
| 26 Total income (loss) items. Combine lines 1 through 25 | -14,112,012. | -1,981,843. | 972,421. | -15,121,434. |
| 27 Total expense/deduction items (from Part III, line 39) | -4,465,571. | 285,499. | 54,829. | -4,125,243. |
| 28 Other items with no differences STMT 17 | 15,547,364. | | | 15,547,364. |
| 29a Mixed groups, see instructions. All others, combine 26 through 28 | -3,030,219. | -1,696,344. | 1,027,250. | -3,699,313. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | -3,030,219. | -1,696,344. | 1,027,250. | -3,699,313. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

913322
12-11-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC    ROC160_1

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                                                                                    Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| ROCKLAND INDUSTRIES, INC | ▉3210 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☐ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|

**Part III**   **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | 575,546. | -530,242. | -44,565. | 739. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment          STMT 19 | 5,617. | | -2,808. | 2,809. |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | 6,437. | 19,453. | | 25,890. |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property          STMT 20 | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instrs.) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/ reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 317,823. | 15,569. | | 333,392. |
| 32 Bad debt expense          STMT 21 | 36,000. | -16,612. | | 19,388. |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (att. stmt.) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach stmt.)          STMT 22 | 3,524,148. | 226,333. | -7,456. | 3,743,025. |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 4,465,571. | -285,499. | -54,829. | 4,125,243. |

913323
12-11-19

**Schedule M-3 (Form 1120) (Rev. 12-2019)**

15280510 769024 ROC160                                    2019.05094 ROCKLAND INDUSTRIES, INC   ROC160_1

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**

▶ **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

Name

ROCKLAND INDUSTRIES, INC

Employer Identification number

█████3210

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 INFORMATION AVAILABLE IN THE TAXPAYER'S OFFICE | | | | | 1,765,973. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers | **2** | | 1,765,973. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | **3** | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | **4** | | 1,765,973. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

924451 04-01-19    LHA

15280510 769024 ROC160                          2019.05094 ROCKLAND INDUSTRIES, INC   ROC160_1

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

## Depreciation and Amortization
### (Including Information on Listed Property)   OTHER

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| ROCKLAND INDUSTRIES, INC | OTHER DEPRECIATION | 3210 |

**Part I**   Election To Expense Certain Property Under Section 179   **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount (see instructions) | 1 | 1,020,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 2,550,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

**Part III**   MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2019 | 17 | 332,732. |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | 46,250. | 7 YRS | HY | 200DB | 660. |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | / | | 30 yrs. | MM | S/L | |
| **d** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 333,392. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

916251  12-12-19   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2019)

Form 4562 (2019)   ROCKLAND INDUSTRIES, INC   3210   Page **2**

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☐ **Yes** ☐ **No**   **24b** If "Yes," is the evidence written? ☐ **Yes** ☐ **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............ | **28** |

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 .............................................. | **29** |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) ............... | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year ... | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven ............................................. | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 ............................. | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? ............... | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

|  | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............... | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............................. | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |

**43** Amortization of costs that began before your 2019 tax year .............................................. | **43** |

**44** **Total.** Add amounts in column (f). See the instructions for where to report | **44** |

916252  12-12-19

14

Form **4562** (2019)

Form **4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

▶ **Attach to your tax return.**

▶ Go to www.irs.gov/Form4797 for instructions and the latest information.

OMB No. 1545-0184

**2019**

Attachment
Sequence No. **27**

Name(s) shown on return

ROCKLAND INDUSTRIES, INC

Identifying number

3210

| | | |
|---|---|---|
| **1** | Enter the gross proceeds from sales or exchanges reported to you for 2019 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1** |

**Part I**   **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year** (see instructions)

| **(a)** Description of property | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) | **(d)** Gross sales price | **(e)** Depreciation allowed or allowable since acquisition | **(f)** Cost or other basis, plus improvements and expense of sale | **(g)** Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| **2** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** |

**Part II**   **Ordinary Gains and Losses** (see instructions)

| | |
|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | 2035689. |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | 2035689. |

| | | |
|---|---|---|
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040 or Form 1040-SR), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040 or 1040-SR), Part I, line 4 | **18b** |

**LHA**   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2019)

918001
12-04-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form 4797 (2019)    Page **2**

| Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions) |
|---|---|

**19 (a)** Description of section 1245, 1250, 1252, 1254, or 1255 property:

| | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| **A** | SALE OF EDISON HIGHWAY PROPERTY | VARIES | 031220 |
| **B** | SALE OF FIXED ASSETS | VARIES | 073120 |
| **C** | | | |
| **D** | | | |

| | These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| **20** | Gross sales price (**Note:** See line 1 before completing.) | 20 | 4,361,383. | 1,500. | | |
| **21** | Cost or other basis plus expense of sale | 21 | 7,834,939. | 40,483. | | |
| **22** | Depreciation (or depletion) allowed or allowable | 22 | 5,507,745. | 40,483. | | |
| **23** | Adjusted basis. Subtract line 22 from line 21 | 23 | 2,327,194. | 0. | | |
| **24** | Total gain. Subtract line 23 from line 20 | 24 | 2,034,189. | 1,500. | | |
| **25** | **If section 1245 property:** | | | | | |
| **a** | Depreciation allowed or allowable from line 22 | 25a | 5,507,745. | 40,483. | | |
| **b** | Enter the **smaller** of line 24 or 25a | 25b | 2,034,189. | 1,500. | | |
| **26** | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| **a** | Additional depreciation after 1975 | 26a | | | | |
| **b** | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | 26b | | | | |
| **c** | Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| **d** | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| **e** | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| **f** | Section 291 amount (corporations only) | 26f | | | | |
| **g** | Add lines 26b, 26e, and 26f | 26g | 0. | | | |
| **27** | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| **a** | Soil, water, and land clearing expenses | 27a | | | | |
| **b** | Line 27a multiplied by applicable percentage | 27b | | | | |
| **c** | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| **28** | **If section 1254 property:** | | | | | |
| **a** | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | 28a | | | | |
| **b** | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| **29** | **If section 1255 property:** | | | | | |
| **a** | Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| **b** | Enter the **smaller** of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| **30** | Total gains for all properties. Add property columns A through D, line 24 | 30 | 2,035,689. |
| **31** | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 2,035,689. |
| **32** | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

| Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less |
|---|---|

(see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| **33** | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| **34** | Recomputed depreciation. See instructions | 34 | | |
| **35** | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

918002
12-04-19

16

Form **4797** (2019)

Form **8916-A**
(Rev. November 2019)
Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.**
▶ **Go to www.irs.gov/Form1120 for the latest information.**

OMB No. 1545-0123

Name of common parent
ROCKLAND INDUSTRIES, INC

Employer identification number
████ 3210

Name of subsidiary

Employer identification number

| Part I | Cost of Goods Sold |
|---|---|

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions | | | | |
| 2 Amounts attributable to: | | | | |
| a Stock option expense | | | | |
| b Other equity-based compensation | | | | |
| c Meals and entertainment | | | | |
| d Parachute payments | | | | |
| e Compensation with section 162(m) limitation | | | | |
| f Pension and profit sharing | | | | |
| g Other post-retirement benefits | | | | |
| h Deferred compensation | | | | |
| i Reserved | | | | |
| j Amortization | | | | |
| k Depletion | | | | |
| l Depreciation | | | | |
| m Corporate-owned life insurance premiums | | | | |
| SEE STATEMENT 24 | | | | |
| n Other section 263A costs | 213,524. | 98,231. | | 311,755. |
| 3 Inventory shrinkage accruals | | | | |
| 4 Excess inventory and obsolescence reserves | | | | |
| 5 Lower of cost or market write-downs | | | | |
| SEE STATEMENT 26 | | | | |
| 6 Other items with differences (attach statement) | 6,616,635. | 886,809. | | 7,503,444. |
| SEE STATEMENT 25 | | | | |
| 7 Other items with no differences | 10,347,261. | | | 10,347,261. |
| 8 **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions | 17,177,420. | 985,040. | | 18,162,460. |

LHA    **For Paperwork Reduction Act Notice, see instructions.**

Form **8916-A** (Rev. 11-2019)

913315
12-11-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form 8916-A (Rev. 11-2019) ROCKLAND INDUSTRIES, INC                                              3210    Page **2**

## Part II    Interest Income

| | Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4a | Intercompany interest income - From outside tax affiliated group | | | | |
| 4b | Intercompany interest income - From tax affiliated group | | | | |
| 5 | Other interest income<br>STMT 27 | 739. | | | 739. |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 739. | | | 739. |

## Part III    Interest Expense

| | Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| 3b | Intercompany interest expense - Paid to tax affiliated group | | | | |
| 4 | Other interest expense<br>STMT 28 | 575,546. | -530,242. | -44,565. | 739. |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 575,546. | -530,242. | -44,565. | 739. |

Form **8916-A** (Rev. 11-2019)

913316
12-11-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form **8990**
(Rev. May 2020)

Department of the Treasury
Internal Revenue Service

## Limitation on Business Interest Expense
## Under Section 163(j)

▶ **Attach to your tax return.**

▶ **Go to www.irs.gov/Form8990 for instructions and the latest information.**

OMB No. 1545-0123

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| ROCKLAND INDUSTRIES, INC | ███ 3210 |

If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity ▶

Employer identification number, if any ▶

Reference ID number ▶

| **Part I** | **Computation of Allowable Business Interest Expense** |
|---|---|

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

### Section I - Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation | 1 | 583,432. | |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) | 2 | 714,568. | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) | 3 | | |
| 4 | Floor plan financing interest expense. See instructions | 4 | | |
| 5 | **Total business interest expense.** Add lines 1 through 4 ▶ | 5 | | 1,298,000. |

### Section II - Adjusted Taxable Income

### Taxable Income

| | | | |
|---|---|---|---|
| 6 | **Taxable income.** See instructions | 6 | -3,365,921. |

### Additions (adjustments to be made if amounts are taken into account on line 6)

| | | | |
|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions | 7 | ALL ADJUSTMENTS |
| 8 | Any business interest expense not from a pass-through entity. See instructions | 8 | ARE INCLUDED IN LINE 6 |
| 9 | Amount of any net operating loss deduction under section 172 | 9 | SEE FORM 8990 |
| 10 | Amount of any qualified business income deduction allowed under section 199A | 10 | ADJUSTED TAXABLE INCOME |
| 11 | Deduction allowable for depreciation, amortization, or depletion attributable to a trade or business. See instructions | 11 | WORKPAPER |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions | 12 | |
| 13 | Other additions. See instructions | 13 | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) | 14 | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) | 15 | |
| 16 | **Total.** Add lines 7 through 15 ▶ | 16 | |

### Reductions (adjustments to be made if amounts are taken into account on line 6)

| | | | |
|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions | 17 | ( ) |
| 18 | Any business interest income not from a pass-through entity. See instructions | 18 | ( ) |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions | 19 | ( ) |
| 20 | Other reductions. See instructions | 20 | ( ) |
| 21 | **Total.** Combine lines 17 through 20 ▶ | 21 | ( ) |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. (If zero or less, enter -0-.) ▶ | 22 | |

LHA  **For Paperwork Reduction Act Notice, see the instructions.**

Form **8990** (Rev. 5-2020)

19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form 8990 (Rev. 5-2020)                                                                                                    Page **2**

## Section III - Business Interest Income

| | | | | | |
|---|---|---|---|---|---|
| 23 | Current year business interest income. See instructions ........................... | 23 | | 739. | |
| 24 | Excess business interest income from pass-through entities (total of | | | | |
| | Schedule A, line 44, column (g), and Schedule B, line 46, column (d)) ........... | 24 | | | |
| 25 | **Total.** Add lines 23 and 24 ................................................................ ▶ | 25 | | | 739. |

## Section IV - Section 163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 26 | Multiply adjusted taxable income (line 22) by the applicable percentage. See | | | | |
| | instructions | 26 | | | |
| 27 | Business interest income (line 25) ........................................................ | 27 | | 739. | |
| 28 | Floor plan financing interest expense (line 4) ........................................ | 28 | | | |
| 29 | **Total.** Add lines 26, 27, and 28 ......................................................... ▶ | 29 | | | 739. |

### Allowable Business Interest Expense

| | | | |
|---|---|---|---|
| 30 | **Total current year business interest expense deduction.**  See instructions ......................... | 30 | 739. |

### Carryforward

| | | | |
|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) .................... | 31 | 1,297,261. |

| **Part II** | **Partnership Pass-Through Items** |
|---|---|

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners
and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | |
|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 ....................................... | 32 | |

### Excess Taxable Income  (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | |
|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) ........... | 33 | |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) ............................... | 34 | |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) ......... | 35 | |
| 36 | **Excess taxable income.** Multiply line 35 by line 22 | 36 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or | | |
| | less, enter -0-.) | 37 | |

| **Part III** | **S Corporation Pass-Through Items** |
|---|---|

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders.
See the instructions for more information.*

### Excess Taxable Income

| | | | |
|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) ........... | 38 | |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.) ............................... | 39 | |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) ......... | 40 | |
| 41 | **Excess taxable income.** Multiply line 40 by line 22 | 41 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or | | |
| | less, enter -0-.) ........................................................................... | 42 | |

Form **8990** (Rev. 5-2020)

ROCKLAND INDUSTRIES, INC

## Business Interest Expense

210

| Description | Prior Disallowed Business Interest Expense | Business Interest Expense | Business Interest Expense Ratio | Limited Business Interest Expense | Disallowed Business Interest Expense |
|---|---|---|---|---|---|
| MAIN TRADE OR BUSINESS | 714,568. | 583,432. | 1.000000 | 739. | 1,297,261. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total | 714,568. | 583,432. | 1.000000 | 739. | 1,297,261. |

923301 08-28-19

# Form 8990 Adjusted Taxable Income

| | |
|---|---:|
| Total income without interest income and net capital gains/loss | 4,276,210. |
| Less: Pass-through income without capital gain/losses | (                    ) |
| Add: Pass-through section 1231 loss treated as ordinary loss | |
| · Non-pass-through net capital gains/losses (limited to 0 if net capital loss is present) | |
| · COGS depreciation and amortization | |
| · Other adjustments | |
| Total income without pass-throughs | 4,276,210. |
| Deductions: | |
| Compensation of officers | 1,765,973. |
| Salaries and wages | 1,305,038. |
| Repairs | 79,865. |
| Bad debts | 19,388. |
| Rents | 137,032. |
| Taxes | 797,174. |
| Charitable contributions without pass-throughs | |
| Advertising | 15,638. |
| Pension, profit-sharing, etc., plans | 25,890. |
| Employee benefit programs | 13,076. |
| Section 199A(g) deduction - 1120-C only | |
| Other deductions without Section 199A(g) | 3,483,057. |
| Less: Pass-through other deductions | (                    ) |
| · Total amortization (without COGS) | (                    ) |
| Total deductions | 7,642,131. |
| Taxable income before special deductions | -3,365,921. |
| Special deductions without section 250 deduction | |
| Tentative section 250 deduction for Section 163(j) purposes | |
| Adjusted taxable income | -3,365,921. |

15280510 769024 ROC160              2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

```
Election Not to Claim the Additional First Year
 Depreciation Allowable Under IRC Sec. 168(k)




Rockland Industries, Inc
4969 Mercantile Road Suite A
Baltimore, MD  21236


Employer Identification Number:     ███3210


For the Year Ending July 31, 2020


Rockland Industries, Inc, hereby elects, pursuant to IRC Sec.
168(k)(7), not to claim the additional depreciation allowable under
IRC Sec. 168(k) for the following qualifying property placed in
service during the tax year ending July 31, 2020.


All property in the 3 year class.
All property in the 5 year class.
All property in the 7 year class.
All property in the 10 year class.
All property in the 15 year class.
All property in the 20 year class.
All property in the 25 year class.
Computer software as defined by IRC Sec. 167(f)(1)(B).
Qualified improvement property.


See attached Form 4562.
```

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Rockland Industries, Inc
4969 Mercantile Road Suite A
Baltimore, MD  21236

Employer Identification Number:  ████3210


For the Year Ending July 31, 2020


Rockland Industries, Inc is making the de minimis safe harbor
election under Reg. Sec. 1.263(a)-1(f).

FOOTNOTES                                      STATEMENT 1

ROCKLAND INDUSTRIES, INC. HAS A SMLLLC CALLED WAREHOUSE
PROPERTIES INVESTMENTS, LLC.

ROCKLAND INDUSTRIES, INC                                                    ███3210

---

| FORM 1120 | INTEREST INCOME | | STATEMENT 2 |
|---|---|---|---|

| DESCRIPTION | US | OTHER |
|---|---|---|
| INTEREST INCOME | | 739. |
| TOTAL TO FORM 1120, LINE 5 | | 739. |

---

| FORM 1120 | OTHER INCOME | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MISCELLANEOUS INCOME | 156,757. |
| REDEMPTION OF LIFE INSURANCE POLICIES | 1,004,598. |
| TOTAL TO FORM 1120, LINE 10 | 1,161,355. |

---

| FORM 1120 | TAXES AND LICENSES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAX EXPENSES | 369,463. |
| PROPERTY TAXES | 415,296. |
| RETAIL SALES TAX | 9,326. |
| LICENSES & PERMITS | 2,332. |
| TAXES - OTHER | 757. |
| TOTAL TO FORM 1120, LINE 17 | 797,174. |

ROCKLAND INDUSTRIES, INC                                                  ████3210

---

|                          | CONTRIBUTIONS | STATEMENT 5 |
| --- | --- | --- |

---

CURRENT YEAR CONTRIBUTIONS:
QUALIFIED CONTRIBUTIONS SUBJECT TO 100% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 15% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 10% LIMIT

CONTRIBUTION SUBJECT TO LIMITATION:
  CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS


  FOR TAX YEAR 2014
  FOR TAX YEAR 2015
  FOR TAX YEAR 2016                        433
  FOR TAX YEAR 2017                      3,050
  FOR TAX YEAR 2018                        300
                                     ─────────────

  TOTAL CARRYOVER                                   3,783
  CURRENT YEAR CONTRIBUTIONS
                                             ─────────────
  TOTAL CONTRIBUTIONS AVAILABLE                     3,783
  TAXABLE INCOME LIMITATION AS ADJUSTED                 0
                                             ─────────────
  EXCESS CONTRIBUTIONS                              3,783
                                             ─────────────
  ALLOWABLE CONTRIBUTIONS DEDUCTION                                 0
                                                            ─────────────
TOTAL CONTRIBUTION DEDUCTION                                        0
                                                            ═════════════

ROCKLAND INDUSTRIES, INC                                                              ▮▮▮3210

| FORM 1120 | OTHER DEDUCTIONS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ALLOCATED SECTION 263A COSTS | -112,259. |
| COMMISSIONS | 250,919. |
| COMPUTER EXPENSES | 142,452. |
| CUSTOMER DISCOUNTS | 48,626. |
| DUES AND SUBSCRIPTIONS | 60. |
| ENGRAVING | 3,568. |
| INSURANCE | 1,719,378. |
| MEALS | 2,809. |
| MISCELLANEOUS EXPENSES | 30,213. |
| OFFICE EXPENSES | 264,749. |
| PROFESSIONAL FEES | 387,825. |
| PURCHASED SERVICES | 255,691. |
| SAFETY & JANITORIAL | 23,956. |
| TRADE SHOWS | 39,577. |
| TRAVEL | 41,495. |
| WAREHOUSE & AUTOMOTIVE EXPENSES | 383,998. |
| TOTAL TO FORM 1120, LINE 26 | 3,483,057. |

| | NET OPERATING LOSS DEDUCTION | | | STATEMENT 7 |
|---|---|---|---|---|
| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
| 07/31/17 | 298,819. | | 298,819. | 298,819. |
| 07/31/18 | 3,241,077. | | 3,241,077. | 3,241,077. |
| 07/31/19 | 6,156,833. | 2,819,749. | 3,337,084. | 3,337,084. |
| NOL AVAILABLE THIS YEAR | | | 6,876,980. | 6,876,980. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSES | 257,556. | 75,497. |
| DEFERRED TAXES | 854,274. | 322,513. |
| TOTAL TO SCHEDULE L, LINE 6 | 1,111,830. | 398,010. |

ROCKLAND INDUSTRIES, INC                                                                3210

---

SCHEDULE L                            OTHER ASSETS                          STATEMENT 9

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CASH SURRENDER VALUE OF LIFE INSURANCE | 68,666. | 0. |
| DEFERRED TAXES | 0. | 1,528,725. |
| TOTAL TO SCHEDULE L, LINE 14 | 68,666. | 1,528,725. |

---

SCHEDULE L                      OTHER CURRENT LIABILITIES                  STATEMENT 10

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED  PAYROLL RELATED EXPENSES | 156,190. | 112,806. |
| ACCRUED BONUS | 185,040. | 150. |
| ACCRUED COMMISSIONS - DOMESTIC | -3,319. | 0. |
| ACCRUED COMMISSIONS - FOREIGN | 36,389. | 1,198. |
| ACCRUED COMMISSIONS - OUTSIDE | 326. | 0. |
| ACCRUED EXPENSES | 691,903. | 84,810. |
| ACCRUED PROFESSIONAL FEES | 160,356. | 69,773. |
| ACCRUED VACATION | 50,751. | 98,324. |
| LINE OF CREDIT | 8,703,318. | 30,963. |
| UNEMPLOYMENT | 12,341. | 10,206. |
| TOTAL TO SCHEDULE L, LINE 18 | 9,993,295. | 408,230. |

---

SCHEDULE L                          OTHER LIABILITIES                      STATEMENT 11

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED RETIREMENT BENEFITS | 1,625,233. | 1,770,693. |
| DEFERRED RENT | 43,182. | 34,994. |
| TOTAL TO SCHEDULE L, LINE 21 | 1,668,415. | 1,805,687. |

| SCHEDULE M-2 | UNAPPROPRIATED RETAINED EARNINGS - OTHER INCREASES | STATEMENT 12 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PRIOR PERIOD WRITE-OFF OF DTA VALUATION | 1,414,341. |
| TOTAL TO SCHEDULE M-2, LINE 3 | 1,414,341. |

| SCHEDULE M-2 | UNAPPROPRIATED RETAINED EARNINGS - OTHER DECREASES | STATEMENT 13 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PRIOR PERIOD ADJUSTMENTS | 95,489. |
| TOTAL TO SCHEDULE M-2, LINE 6 | 95,489. |

ROCKLAND INDUSTRIES, INC                                                    ███3210

| FORM 1125-A | ADDITIONAL SECTION 263A COSTS | STATEMENT 14 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADDITIONAL SECTION 263A COSTS | 311,755. |
| TOTAL TO LINE 4 | 311,755. |

| FORM 1125-A | OTHER COSTS | STATEMENT 15 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ELECTRICITY | 533,405. |
| NATURAL GAS | 231,162. |
| WATER AND SEWER | 261,774. |
| PROPANE | 14,569. |
| TRASH REMOVAL | 28,646. |
| PEST CONTROL | 374. |
| SECURITY EXPENSES | 1,416. |
| TOTAL TO LINE 5 | 1,071,346. |

| SCHEDULE M-3 | OTHER INCOME (LOSS) ITEMS WITH DIFFERENCES | STATEMENT 16 |
|---|---|---|

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | INCOME (LOSS) PER TAX RETURN |
|---|---|---|---|---|
| INCREASE IN CSV OF LIFE INSURANCE | 21,627. | | -21,627. | 0. |
| LIFE INSURANCE DIVIDENDS | 10,550. | | -10,550. | 0. |
| REDEMPTION OF LIFE INSURANCE POLICIES | 0. | | 1,004,598. | 1,004,598. |
| TOTAL TO M-3, PART II, LINE 25 | 32,177. | | 972,421. | 1,004,598. |

| SCHEDULE M-3 | OTHER INCOME (LOSS) AND EXPENSE / DEDUCTION ITEMS WITH NO DIFFERENCES | STATEMENT 17 |
|---|---|---|

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
|---|---|---|
| OTHER INCOME (LOSS) - SEE STATEMENT | 19,398,383. | 19,398,383. |
| OTHER EXPENSE / DEDUCTION - SEE STATEMENT | -3,851,019. | -3,851,019. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 28 | 15,547,364. | 15,547,364. |

ROCKLAND INDUSTRIES, INC                                                          ████3210

---

SCHEDULE M-3          OTHER INCOME (LOSS) ITEMS WITH NO DIFFERENCES     STATEMENT 18

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | INCOME (LOSS) PER TAX RETURN |
|---|---|---|
| GROSS RECEIPTS OR SALES | 19,339,475. | 19,339,475. |
| MISCELLANEOUS INCOME | 156,757. | 156,757. |
| RETURNS AND ALLOWANCES | -97,849. | -97,849. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 28 | 19,398,383. | 19,398,383. |

---

SCHEDULE M-3                    MEALS AND ENTERTAINMENT                    STATEMENT 19

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| MEALS AND ENTERTAINMENT | 5,617. | | -2,808. | 2,809. |
| TOTAL | 5,617. | | -2,808. | 2,809. |

---

SCHEDULE M-3              CHARITABLE CONTRIBUTION OF CASH         STATEMENT 20
                              AND TANGIBLE PROPERTY

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| CONTRIBUTIONS | 0. | | 0. | 0. |
| TOTAL | 0. | | 0. | 0. |

SCHEDULE M-3                    BAD DEBT EXPENSE                    STATEMENT 21

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| BAD DEBT | 36,000. | -16,612. | 0. | 19,388. |
| TOTAL | 36,000. | -16,612. | 0. | 19,388. |


SCHEDULE M-3        OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES   STATEMENT 22

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| ACCRUED WATER AND SEWER | -56,341. | 56,341. | 0. | 0. |
| COMMISSIONS | 219,194. | 31,725. | 0. | 250,919. |
| INSURANCE | 1,665,363. | 54,015. | 0. | 1,719,378. |
| PROFESSIONAL FEES | 322,808. | 65,017. | 0. | 387,825. |
| REPAIRS | 87,321. | | -7,456. | 79,865. |
| SALARIES AND WAGES | 1,285,803. | 19,235. | 0. | 1,305,038. |
| TOTAL TO M-3, PART III, LINE 38 | 3,524,148. | 226,333. | -7,456. | 3,743,025. |

| SCHEDULE M-3 | OTHER EXPENSE/DEDUCTION ITEMS WITH NO DIFFERENCES | STATEMENT 23 |
|---|---|---|

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|
| ADVERTISING | 15,638. | 15,638. |
| ALLOCATED SECTION 263A COSTS | -112,259. | -112,259. |
| COMPUTER EXPENSES | 142,452. | 142,452. |
| CUSTOMER DISCOUNTS | 48,626. | 48,626. |
| DUES AND SUBSCRIPTIONS | 60. | 60. |
| EMPLOYEE BENEFIT PROGRAMS | 13,076. | 13,076. |
| ENGRAVING | 3,568. | 3,568. |
| LICENSES & PERMITS | 2,332. | 2,332. |
| MISCELLANEOUS EXPENSES | 30,213. | 30,213. |
| OFFICE EXPENSES | 264,749. | 264,749. |
| OFFICERS COMPENSATION | 1,765,973. | 1,765,973. |
| PAYROLL TAX EXPENSES | 369,463. | 369,463. |
| PROPERTY TAXES | 415,296. | 415,296. |
| PURCHASED SERVICES | 255,691. | 255,691. |
| RENTS | 137,032. | 137,032. |
| RETAIL SALES TAX | 9,326. | 9,326. |
| SAFETY & JANITORIAL | 23,956. | 23,956. |
| TAXES - OTHER | 757. | 757. |
| TRADE SHOWS | 39,577. | 39,577. |
| TRAVEL | 41,495. | 41,495. |
| WAREHOUSE & AUTOMOTIVE EXPENSES | 383,998. | 383,998. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 28 | 3,851,019. | 3,851,019. |

| FORM 8916-A | OTHER SECTION 263A COSTS | | | STATEMENT 24 |
|---|---|---|---|---|

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| ADDITIONAL SECTION 263A COSTS | 213,524. | 98,231. | 0. | 311,755. |
| TOTAL TO LINE 2N | 213,524. | 98,231. | 0. | 311,755. |

ROCKLAND INDUSTRIES, INC                                                    3210

---

| FORM 8916-A | OTHER ITEMS WITH NO DIFFERENCES | STATEMENT 25 |
| --- | --- | --- |

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
| --- | --- | --- |
| BEGINNING INVENTORY | 12,438,485. | 12,438,485. |
| ELECTRICITY | 533,405. | 533,405. |
| ENDING INVENTORY | -5,337,908. | -5,337,908. |
| NATURAL GAS | 231,162. | 231,162. |
| PEST CONTROL | 374. | 374. |
| PROPANE | 14,569. | 14,569. |
| SALARIES AND WAGES | 2,175,338. | 2,175,338. |
| SECURITY EXPENSES | 1,416. | 1,416. |
| TRASH REMOVAL | 28,646. | 28,646. |
| WATER AND SEWER | 261,774. | 261,774. |
| TOTAL TO LINE 7 | 10,347,261. | 10,347,261. |

---

| FORM 8916-A | | OTHER ITEMS WITH DIFFERENCES | | STATEMENT 26 |
| --- | --- | --- | --- | --- |
| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
| PURCHASES | 6,616,635. | 886,809. | 0. | 7,503,444. |
| TOTAL TO LINE 6 | 6,616,635. | 886,809. | 0. | 7,503,444. |

---

| FORM 8916-A | | OTHER INTEREST INCOME | | STATEMENT 27 |
| --- | --- | --- | --- | --- |
| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
| INTEREST INCOME | 739. | 0. | 0. | 739. |
| TOTAL TO PART II, LINE 5 | 739. | 0. | 0. | 739. |

ROCKLAND INDUSTRIES, INC                                                3210

| FORM 8916-A | OTHER INTEREST EXPENSE | | | STATEMENT 28 |

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| INTEREST EXPENSE FROM TRADE OR BUSINESS | 575,546. | -530,242. | -44,565. | 739. |
| TOTAL TO PART III, LINE 4 | 575,546. | -530,242. | -44,565. | 739. |

# 2019 TAX RETURN FILING INSTRUCTIONS
## MARYLAND FORM 500

# FOR THE YEAR ENDING
July 31, 2020

**Prepared For:**

Rockland Industries, Inc
4969 Mercantile Road Suite A
Baltimore, MD  21236

**Prepared By:**

SC&H Group, Inc.
910 Ridgebrook Road
Sparks, MD 21152

**To Be Signed and Dated By:**

The appropriate corporate officer(s).

**Amount of Tax:**

| | | |
|---|---|---|
| Total tax | $ | 0 |
| Less: payments and credits | $ | 0 |
| Plus: other amount | $ | 0 |
| Plus: interest and penalties | $ | 0 |
| No payment required | $ | |

**Overpayment:**

Not applicable

**Make Check Payable to:**

Not applicable

**Mail Tax Return and Check (if applicable) to:**

This return has been prepared for electronic filing. If you wish to have it transmitted to the MDDOR, please sign, date and return Form EL101B to our office. We will then submit the return to the MDDOR. Do not mail a paper copy of the return.

**Return Must be Mailed On or Before:**

Return Form EL101B to us by June 15, 2021.

**Special Instructions:**



**MARYLAND FORM**

# EL101B

**INCOME TAX DECLARATION FOR BUSINESSES ELECTRONIC FILING**

**2019**

19101B005

OR FISCAL YEAR BEGINNING **0801** 2019, ENDING **073120**

ROCKLAND INDUSTRIES INC                                    ████ 3210

Name of corporation or pass-through entity                                Federal Employer Identification Number

4969 MERCANTILE ROAD SUITE A        BALTIMORE        MD    21236

Street Address                                City or town                State    ZIP Code        +4

**PART I    Tax Return Information** (whole dollars only)

| | | | |
|---|---|---|---|
| 1. | Amount of overpayment to be applied to 2020 estimated tax (Corporations only.) | 1. | .00 |
| 2. | Amount of overpayment to be refunded (Corporations only.)            **REFUND** | 2. | .00 |
| 3. | Total amount due | 3. | .00 |

**PART II    Declaration and Signature Authorization**

Check appropriate box to consent to:    ☐ Direct Deposit of refund or    ☐ Electronic Funds Withdrawal (direct debit)

4a.    Type of account:
       ☐ Checking    ☐ Savings

4b.    Routing Number (9-digits):                    4c.    Account number:

4d.    Direct debit settlement date (Enter the date (MMDDYY) you want the payment
       withdrawn from the account.)                                    4d.

4e.    Direct debit amount                                        4e.

☐ I consent that the corporation's refund be directly deposited as designated above and declare that the information shown is correct. By consenting, I also agree to disclose to the Maryland State Treasurer's Office certain income tax information including name, amount of refund and the above bank information. This disclosure is necessary to effect direct deposit.

☐ I authorize the State of Maryland and its designated financial agent to initiate an electronic funds withdrawal payment entry to the financial institution account indicated for payment of the Maryland taxes owed by the corporation or pass-through entity and the financial institution to debit the entry to this account. Upon confirmation of consent during the filing of the corporation or pass-through entity state return, this authorization is to remain in full force and effect, and I may not terminate the authorization. I also authorize the financial institutions involved in the processing of this electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

☒ I do not want direct deposit of the refund or an electronic funds withdrawal (direct debit) of the balance due.

Under penalties of perjury, I declare that I am an officer, general partner or managing member of the above corporation or of the pass-through entity. I have compared the information contained on my electronic return with the information that I provided to my electronic return originator or entered on-line and that the name(s), address and amounts described above agree with the amounts shown on the corresponding lines of my 2019 Maryland electronic income tax return. To the best of my knowledge and belief, the return is true, correct and complete. I consent that the return, including accompanying schedules and statements, be sent to the Maryland Revenue Administration Division by my electronic return originator or by the electronic return software provider.

**Sign
Here**                                                    OTHER

        Corporate officer, general partner or managing member's signature        Title            Date

**Wait ten (10) days** *after* **the receipt of a valid acknowledgement before calling 1-800-638-2937 or from Central Maryland 410-260-7980, about the refund.**

**PART III    Declaration of Electronic Return Originator (paid preparer)**

I declare that I have reviewed the return of the corporation or pass-through entity and that the entries on this form are complete and correct to the best of my knowledge. I have obtained the signature of the corporate officer, general partner or managing member, before submitting the return to the Maryland Revenue Administration Division, have provided that official with a copy of all forms and information to be filed with the Maryland Revenue Administration Division, and have followed all other requirements described in the Maryland Business MeF Handbook. This declaration is to be retained at the site of the electronic return originator.

**Electronic
Return
Originator
Use Only**

SCH GROUP INC            051021        SCH GROUP INC

Originator's Signature            Date            Firm's name (or yours if self-employed)

524102                        SPARKS MD            21152

EFIN                            Address            ZIP Code + 4

                        4104031500

                        Telephone Number

COM/RAD-060        07/19        956101 10-25-19

**DO NOT MAIL**

**MARYLAND FORM 500E**

**APPLICATION FOR EXTENSION TO FILE CORPORATION INCOME TAX RETURN**


19500E005

**2019**

OR FISCAL YEAR BEGINNING  **0801**  2019, ENDING  **073120**

**3210**

Federal Employer Identification Number (9 digits)

ROCKLAND INDUSTRIES INC

Name

4969 MERCANTILE ROAD SUITE A

Street Address

BALTIMORE                              MD    21236

City or town                           State    ZIP Code        +4

For Office Use Only

| ME 07 | YE 20 | EC | EC |

Print Using Blue or Black Ink Only

**STOP**  **IF NO TAX IS DUE WITH THIS EXTENSION, DO NOT MAIL THIS PAPER FORM UNLESS IT IS THE FIRST FILING OF THE ENTITY, INSTEAD FILE THE EXTENSION AT: www.marylandtaxes.gov OR CALL 410-260-7829 FROM CENTRAL MARYLAND OR 1-800-260-3664 FROM ELSEWHERE TO TELEFILE THIS FORM.**

## TAX PAYMENT WORKSHEET INSTRUCTIONS

STAPLE CHECK HERE

Line 1 - **Tax liability** Enter the total amount of income tax the corporation is expected to owe. Use Form 500 as a worksheet.

Line 2 - **Estimated tax payments** Enter the total amount of Maryland estimated tax paid with Form 500D for the tax year. Include any overpayment from the prior period that was credited to the current tax year.

Line 3 - **Allowable tax credits** Enter the allowable tax credits from Form 500CR or 502S or tax paid on the corporation's behalf by a pass-through entity.

Line 4 - **Total payments and credits** Add lines 2 and 3 and enter the total on line 4.

Line 5 - **Tax due** Subtract line 4 from line 1 and enter the result on line 5. This is the tax to be paid with the application for extension.

## TAX PAYMENT WORKSHEET

| | | |
|---|---|---|
| **1.** | Tax liability expected for the current tax year | 1. _____ __ |
| **2.** | Estimated tax payments and amount credited from the prior period | 2. _____0.___ |
| **3.** | Allowable tax credits | 3. _____ __ |
| **4.** | Total payments and credits. Add lines 2 and 3 and enter here | 4. _____ __ |
| **5.** | Tax due - Subtract line 4 from line 1 | 5. _____ __ |

**TAX PAID WITH THIS EXTENSION** ........................................... ▶ $ _____ __

(If filing and paying electronically, do not mail this form.)

**IF NO TAX IS DUE WITH THIS EXTENSION, DO NOT MAIL THIS PAPER FORM UNLESS IT IS THE FIRST FILING OF THE ENTITY, INSTEAD FILE THE EXTENSION AT: www.marylandtaxes.gov OR CALL 410-260-7829 FROM CENTRAL MARYLAND OR 1-800-260-3664 FROM ELSEWHERE TO TELEFILE THIS FORM.**

**Make checks payable to and mail to:**

**Comptroller Of Maryland**

**Revenue Administration Division**

**110 Carroll Street**

**Annapolis, Maryland 21411-0001**

**(Write Your Federal Employer Identification Number On Check Using Blue Or Black Ink.)**

COM/RAD-003    956571  10-18-19

| MARYLAND FORM **500** | CORPORATION INCOME TAX RETURN | | **2019** |
|---|---|---|---|

195000005  $

OR FISCAL YEAR BEGINNING   __0801__   2019, ENDING   __073120__

__3210__
► Federal Employer Identification Number (9 digits)    FEIN Applied for Date (MMDDYY)

__010127__                           __314000__
Date of Organization or Incorporation (MMDDYY)   ► Business Activity Code No. (6 digits)

ROCKLAND INDUSTRIES INC
Name

4969 MERCANTILE ROAD SUITE A
Current Mailing Address Line 1 (Street No. and Street Name or PO Box)

Current Mailing Address Line 2 (Apt No., Suite No., Floor No.)

| BALTIMORE | MD | 21236 | | Do not write in this space. |
|---|---|---|---|---|
| City or town | State | ZIP Code | +4 | 07   20 |
| | | | | ► ME      ► YE |

*Please Print Using Blue or Black Ink Only*

*STAPLE CHECK HERE*

**CHECK HERE IF:**
☐ Name or address has changed   ☐ Inactive corporation   ☐ First filing of the corporation   ☐ Final Return
► ☐ This tax year's beginning and ending dates are different from last year's due to an acquisition or consolidation.

**SEE CORPORATION INSTRUCTIONS. ATTACH A COPY OF THE FEDERAL INCOME TAX RETURN THROUGH SCHEDULE M2.**

**1a.** Federal Taxable Income (Enter amount from Federal Form 1120 line 28 or Form 1120-C
line 25c.) See Instructions. Check applicable box:
☒ 1120   ☐ 1120-REIT   ☐ 990T
☐ Other: _____ IF 1120S, FILE ON FORM 510 ................... 1a.   __-3699313.__

**1b.** Special Deductions (Federal Form 1120 line 29b or
Form 1120-C line 26b.) ........................ 1b.   _____

**1c.** Federal Taxable Income before net operating loss deduction
(Subtract line 1b from line 1a) ........................ ► 1c.   __-3699313.__

**MARYLAND ADJUSTMENTS TO FEDERAL TAXABLE INCOME**
**(All entries must be positive amounts.)**
**ADDITION ADJUSTMENTS**

**2a.** Section 10-306.1 related party transactions ................... ► 2a.   _____

**2b.** Decoupling Modification Addition adjustment
(Enter code letter(s) from instructions.)   ___ ___ ___   ► 2b.   _____

**2c.** Total Maryland Addition Adjustments to Federal Taxable Income (Add lines 2a and 2b) ................... 2c.   _____

**SUBTRACTION ADJUSTMENTS**

**3a.** Section 10-306.1 related party transactions ................... ► 3a.   _____

**3b.** Dividends for domestic corporation claiming foreign tax credits
(Federal form 1120/1120C Schedule C line 18) ................... ► 3b.   _____

**3c.** Dividends from related foreign corporations
(Federal form 1120/1120C Schedule C line 14, 16b and 16c) ................... ► 3c.   _____

**3d.** Decoupling Modification Subtraction adjustment
(Enter code letter(s) from instructions.)   ___ ___ ___   ► 3d.   _____

**3e.** Total Maryland Subtraction Adjustments to Federal Taxable Income
(Add lines 3a through 3d.) ................... 3e.   _____

**4.** Maryland Adjusted Federal Taxable Income before NOL deduction is applied
(Add lines 1c and 2c, and subtract line 3e.) ................... 4.   __-3699313.__

COM/RAD-001    956301  10-30-19

**MARYLAND FORM 500**

**CORPORATION INCOME TAX RETURN**



195000105

**2019**
page 2

NAME ROCKLAND INDUST   FEIN ▮▮▮▮▮3210

| | | | |
|---|---|---|---|
| **5.** | Enter Adjusted Federal NOL Carry-forward available from previous tax years (including FDSC Carry-forward) on a separate company basis (Enter NOL as a positive amount.) ................. | ▶ 5. | 9696729. |
| **6.** | **Maryland Adjusted Federal Taxable Income** (If line 4 is less than or equal to zero, enter amount from line 4.) (If line 4 is greater than zero, subtract line 5 from line 4 and enter result. If result is less than zero, enter zero.) ................................................ | 6. | -3699313. |

**MARYLAND ADDITION MODIFICATIONS**

**(All entries must be positive amounts.)**

| | | | |
|---|---|---|---|
| **7a.** | State and local income tax | ▶ 7a. | |
| **7b.** | Dividends and interest from another state, local or federal tax exempt obligation | ▶ 7b. | |
| **7c.** | Net operating loss modification recapture (Do not enter NOL carryover. See instructions.) | ▶ 7c. | |
| **7d.** | Domestic Production Activities Deduction | ▶ 7d. | |
| **7e.** | Deduction for Dividends paid by captive REIT | ▶ 7e. | |
| **7f.** | Other additions (Enter code letter(s) from instructions and attach schedule) __ __ __ | ▶ 7f. | |
| **7g.** | Total Addition Modifications (Add lines 7a through 7f.) ...................................... | 7g. | |

**MARYLAND SUBTRACTION MODIFICATIONS**

**(All entries must be positive amounts.)**

| | | | |
|---|---|---|---|
| **8a.** | Income from US Obligations | ▶ 8a. | |
| **8b.** | Other subtractions (Enter code letter(s) from instructions and attach schedule) __ __ __ | ▶ 8b. | |
| **8c.** | Total Subtraction Modifications (Add lines 8a and 8b.) ...................................... | 8c. | |

**NET MARYLAND MODIFICATIONS**

| | | | |
|---|---|---|---|
| **9.** | Total Maryland Modifications (Subtract line 8c from 7g. If less than zero, enter negative amount.) | 9. | |
| **10.** | Maryland Modified Income (Add lines 6 and 9.) ................................................ | 10. | -3699313. |

**APPORTIONMENT OF INCOME**

**(To be completed by multistate corporations whose apportionment factor is less than 1, otherwise skip to line 13.)**

| | | | |
|---|---|---|---|
| **11.** | Maryland apportionment factor (from page 4 of this form) (If factor is zero, enter .000001.) ......................................................... | ▶ 11. | .150168 |
| **12.** | Maryland apportionment income (Multiply line 10 by line 11.) | 12. | -555518. |
| **13.** | Maryland taxable income (from line 10 or line 12, whichever is applicable.) .................... | 13. | 0. |
| **14.** | Tax (Multiply line 13 by 8.25%.) ................................................................... | 14. | 0. |
| **15a.** | Estimated tax paid with Form 500D, Form MW506NRS and/or credited from 2018 overpayment | ▶ 15a. | |
| **15b.** | Tax paid with an extension request (Form 500E) | ▶ 15b. | |
| **15c.** | Nonrefundable business income tax credits from Part AAA. (See instructions for Form 500CR.) | | |
| **15d.** | Refundable business income tax credits from Part DDD. (See instructions for Form 500CR.) | | |
| **15e.** | The Heritage Structure Rehabilitation Tax Credit is claimed on line 1 of Part DDD on Form 500CR. Check here ☐ if you are a non-profit corporation. | | |
| **15f.** | Nonresident tax paid on behalf of the corporation by pass-through entities (Attach Maryland Schedule K-1.) | ▶ 15f. | |
| **15g.** | Total payments and credits (Add lines 15a through 15f.) ...................................... | 15g. | |
| **16.** | Balance of tax due (If line 14 exceeds line 15g, enter the difference.) .......................... | ▶ 16. | |
| **17.** | Overpayment (If line 15g exceeds line 14, enter the difference.) ................................ | ▶ 17. | |
| **18.** | Interest and/or penalty from Form 500UP _____ or late payment interest | **TOTAL. ▶** 18. | |
| **19.** | Total balance due (Add lines 16 and 18, or if line 18 exceeds line 17 enter the difference.) ......... | 19. | |

You must file this form electronically to claim business tax credits from Form 500CR.

COM/RAD-001   956302  10-30-19

| MARYLAND FORM 500 | CORPORATION INCOME TAX RETURN | 2019 page 3 |
|---|---|---|



195000205

NAME ROCKLAND INDUST     FEIN ███████3210

**20.** Amount of overpayment to be applied to estimated tax for 2020
(not to exceed the net of line 17 less line 18) ................................................ ► **20.** _____ __

**21.** Amount of overpayment TO BE REFUNDED
(Add lines 18 and 20, and subtract the total from line 17.) ................................ ► **21.** _____ __

---

**DIRECT DEPOSIT OF REFUND** (See Instructions.) **Be sure the account information is correct.**

If this refund will go to an account outside of the United States, then to comply with banking rules, place a "Y" in this box ................... ► ☐
and see Instructions.

For the direct deposit option, complete the following information clearly and legibly.

**22a.** Type of account:   ► ☐ Checking   ☐ Savings

**22b.** Routing Number (9-digits):   ► _____

**22c.** Account number:   ► _____

---

**INFORMATIONAL PURPOSES ONLY (LINES 23 & 24)**

**23.** NOL generated in Current Year - Carryforward 20 years and carry back 2 years (farming loss **ONLY).**
(If line 6 is less than zero, enter on line 23.) ................................................ 23. _____ -3699313.___

**24.** NAM generated in Current Year - Carried Forward/Back with Loss on Line 23 per
Section 10-205(e) (If line 6 is less than zero AND line 9 is greater than zero, enter the
amount from line 9 on line 24.) ................................................................ 24. _____ 0.___



| MARYLAND FORM **500** | CORPORATION INCOME TAX RETURN | | **2019** page 4 |

195000305

NAME ROCKLAND INDUST    FEIN ⬛⬛⬛3210

**Schedule A - COMPUTATION OF APPORTIONMENT FACTOR** (Applies only to multistate corporations. See instructions.)

| | | Column 1 TOTALS WITHIN MARYLAND | Column 2 TOTALS WITHIN AND WITHOUT MARYLAND | Column 3 DECIMAL FACTOR (Column 1 ÷ Column 2 rounded to six places) |
|---|---|---|---|---|
| NOTE: Special apportionment formulas are required for rental/ leasing, financial institutions, transportation and manufacturing companies. Worldwide headquartered companies see instructions. | | | | |
| **1A. Receipts** | a. Gross receipts or sales less returns and allowances ▶ | 145259 | ▶ 19241626 | |
| | b. Dividends | | | |
| | c. Interest | 136 | 739 | |
| | d. Gross rents | | | |
| | e. Gross royalties | | | |
| | f. Capital gain net income STMT 2 | 2067745 | 2067745 | |
| | g. Other income (Attach schedule.) | 1161355 | 1161355 | |
| | h. Total receipts (Add lines 1A(a) through 1A(g), for Columns 1 and 2.) ▶ | 3374495 | ▶ 22471465 | .150168 ◀ |
| **1B. Receipts** | Multiply factor on line 1A, Column 3 by 3. Disregard this line if special apportionment formula is used. | | | . |
| **2. Property** | a. Inventory | 0 | 0 | |
| | b. Machinery and equipment | 0 | 0 | |
| | c. Buildings | 0 | 0 | |
| | d. Land STMT 3 | | | |
| | e. Other tangible assets (Attach schedule.) | 0 | 0 | |
| | f. Rent expense capitalized (multiply by eight) | 0 | 0 | |
| | g. Total property (Add lines 2a through 2f, for Columns 1 and 2.) ▶ | | ▶ | . ◀ |
| **3. Payroll** | a. Compensation of officers | | | |
| | b. Other salaries and wages | 0 | 0 | |
| | c. Total payroll (Add lines 3a and 3b, for Columns 1 and 2.) ▶ | | ▶ | . ◀ |
| **4.** | **Total of factors** (Add entries in Column 3.) | | | .150168 |
| **5.** | **Maryland apportionment factor** Divide line 4 by six for three-factor formula, or by the number of factors used if special apportionment formula required. (If factor is zero, enter .000001 on line 11 page 2.) | | | .150168 |

▶ ☒ Check here if special apportionment formula is used.

| MARYLAND FORM **500** | CORPORATION INCOME TAX RETURN | <br>195000405 | **2019**<br>page 5 |
|---|---|---|---|

NAME ROCKLAND INDUST     FEIN ▮▮▮▮▮3210

**SCHEDULE B - ADDITIONAL INFORMATION REQUIRED (Attach a separate schedule if more space is necessary.)**

**1.** Telephone number of corporation tax department:   4105222505

**2.** Address of principal place of business in Maryland (if other than indicated on page 1):

**3.** Brief description of operations in Maryland:   **MANUFACTURING AND SALES**

**4.** Has the Internal Revenue Service made adjustments (for a tax year in which a Maryland return
was required) that were not previously reported to the Maryland Revenue Administration Division? .......................... ☐ Yes  ☒ No
If "yes", indicate tax year(s) here: _____  and submit an amended return(s) together with a copy of the IRS
adjustment report(s) under separate cover.

**5.** Did the corporation file employer withholding tax returns/forms with the Maryland Revenue
Administration Division for the last calendar year? ................................................................ ☒ Yes  ☐ No

**6.** Is this entity part of the federal consolidated filing? ......................................... ► ☐ Yes  ☒ No

**If a multistate operation, provide the following:**

**7.** Is this entity a multistate corporation that is a member of a unitary group? .................... ► ☐ Yes  ☒ No

**8.** Is this entity a multistate manufacturer with more than 25 employees? ........................ ► ☒ Yes  ☐ No

**SIGNATURE AND VERIFICATION**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements and to
the best of my knowledge and belief it is true, correct and complete. If prepared by a person other than taxpayer, the declaration is
based on all information of which the preparer has any knowledge.

Check here  ☒  if you authorize your preparer to discuss this return with us.

| | |
|---|---|
| _____   _____ <br> Officer's Signature                    Date <br><br> **DONNA NEIMILLER, OTHER** <br> Officer's Name and Title | **LORI S BURGHAUSER** <br> Preparer's Signature **(Required by Law)** <br> **SCH GROUP INC** <br> **910 RIDGEBROOK ROAD** <br> Preparer's name/or Firm's name, address and telephone number <br> **SPARKS MD 21152** <br> **4104031500** |

► ▮▮▮▮▮▮▮▮
Preparer's PTIN **(Required by Law)**

► ____ _____ ____
CODE NUMBERS (3 digits per line)

**INCLUDE ALL REQUIRED PAGES OF FORM 500**

**Make checks payable to and mail to:**
Comptroller Of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, Maryland 21411-0001
(Write Your FEIN On Check Using Blue Or Black Ink.)

ROCKLAND INDUSTRIES, INC                                                    3210

| MD 500 | FOOTNOTES | STATEMENT 1 |
| --- | --- | --- |

ROCKLAND INDUSTRIES, INC. HAS A SMLLLC CALLED WAREHOUSE
PROPERTIES INVESTMENTS, LLC.

```
MD 500                    RECEIPTS - OTHER INCOME          STATEMENT 2
```

| DESCRIPTION | MARYLAND | EVERYWHERE |
|---|---|---|
| OTHER RECEIPTS | 1161355. | 1161355. |
| TOTALS TO FORM 500, PAGE 4, LINE 1A(G) | 1161355. | 1161355. |

```
MD 500               PROPERTY - OTHER TANGIBLE ASSETS      STATEMENT 3
```

| DESCRIPTION | MARYLAND | EVERYWHERE |
|---|---|---|
| LEASEHOLD IMPROVEMENTS AT COST | 463864. | 463864. |
| FURNITURE & FIXTURES AT COST | 142023. | 224400. |
| TRANSPORT/DELIVERY EQUIP. AT COST | 24001. | 60107. |
| TOTALS TO FORM 500, PAGE 4, LINE 2(E) | 629888. | 748371. |

Form **1120**

**U.S. Corporation Income Tax Return**
For calendar year 2019 or tax year beginning AUGUST 1, 2019, ending JULY 31, 2020

Department of the Treasury
Internal Revenue Service

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A Check if:**
- 1a Consolidated return (attach Form 851)
- b Life/nonlife consolidated return
- 2 Personal holding co. (attach Sch. PH)
- 3 Personal service corp. (see instructions)
- 4 Schedule M-3 attached ☒

TYPE OR PRINT

Name
ROCKLAND INDUSTRIES, INC

Number, street, and room or suite no. If a P.O. box, see instructions.
4969 MERCANTILE ROAD SUITE A

City or town, state or province, country, and ZIP or foreign postal code
BALTIMORE, MD  21236

**B** Employer identification number
3210

**C** Date incorporated
01/01/1927

**D** Total assets (see instructions)
$ 9,831,053.

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | 1a | 19,339,475. | |
| **b** Returns and allowances | 1b | 97,849. | |
| **c** Balance. Subtract line 1b from line 1a | | | 1c | 19,241,626. |
| **2** Cost of goods sold (attach Form 1125-A) | | | 2 | 18,162,460. |
| **3** Gross profit. Subtract line 2 from line 1c | | | 3 | 1,079,166. |
| **4** Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| **5** Interest   SEE STATEMENT 5 | | | 5 | 739. |
| **6** Gross rents | | | 6 | |
| **7** Gross royalties | | | 7 | |
| **8** Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | 2,035,689. |
| **10** Other income (attach statement)   SEE STATEMENT 6 | | | 10 | 1,161,355. |
| **11** Total income. Add lines 3 through 10 ▶ | | | 11 | 4,276,949. |
| **12** Compensation of officers (attach Form 1125-E) | | | 12 | 1,765,973. |
| **13** Salaries and wages (less employment credits) | | | 13 | 1,305,038. |
| **14** Repairs and maintenance | | | 14 | 79,865. |
| **15** Bad debts | | | 15 | 19,388. |
| **16** Rents | | | 16 | 137,032. |
| **17** Taxes and licenses   SEE STATEMENT 7 | | | 17 | 797,174. |
| **18** Interest (see instructions) | | | 18 | 739. |
| **19** Charitable contributions   SEE STATEMENT 8 | | | 19 | 0. |
| **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 333,392. |
| **21** Depletion | | | 21 | |
| **22** Advertising | | | 22 | 15,638. |
| **23** Pension, profit-sharing, etc., plans | | | 23 | 25,890. |
| **24** Employee benefit programs | | | 24 | 13,076. |
| **25** Reserved for future use | | | 25 | |
| **26** Other deductions (attach statement)   SEE STATEMENT 9 | | | 26 | 3,483,057. |
| **27** Total deductions. Add lines 12 through 26 ▶ | | | 27 | 7,976,262. |
| **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -3,699,313. |
| **29a** Net operating loss deduction (see instructions)   STATEMENT 10 | 29a | 0. | |
| **b** Special deductions (Schedule C, line 24) | 29b | | |
| **c** Add lines 29a and 29b | | | 29c | |
| **30** Taxable income. Subtract line 29c from line 28. See instructions | | | 30 | -3,699,313. |
| **31** Total tax (Schedule J, Part I, line 11) | | | 31 | 0. |
| **32** 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | | 32 | |
| **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | | 33 | |
| **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | | | 34 | |
| **35** Amount owed. If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | | 35 | 0. |
| **36** Overpayment. If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | | 36 | |
| **37** Enter amount from line 36 you want: Credited to 2020 estimated tax ▶           Refunded ▶ | | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer          Date          ▶ OTHER
                                                   Title

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| LORI S. BURGHAUSER | LORI S. BURGHAUSER | 05/10/21 | | P00370694 |

Firm's name ▶ SC&H GROUP, INC.
Firm's EIN ▶ 1824

Firm's address ▶ 910 RIDGEBROOK ROAD
SPARKS, MD 21152

Phone no. (410) 403-1500

911601 12-30-19   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2019)

Form 1120 (2019)    ROCKLAND INDUSTRIES, INC                                         3210    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | **(a)** Dividends and inclusions | **(b)** % | **(c)** Special deductions **(a)** x **(b)** |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global intangible Low-Taxed income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

911611
12-30-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form 1120 (2019)  ROCKLAND INDUSTRIES, INC                                                3210  Page **3**

| Schedule J | Tax Computation and Payment (see instructions) |
|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax. See instructions | 2 | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions - attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0. |

**Part II - Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 | 12 | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 | 13 | |
| 14 | 2019 estimated tax payments | 14 | |
| 15 | 2019 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Form 8827, line 5c | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | |

Form **1120** (2019)

911621
12-30-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

Form 1120 (2019)    ROCKLAND INDUSTRIES, INC                                                                210    Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | | **Yes** | **No** |
|---|---|---|---|---|---|---|

**1** Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 314000

**b** Business activity ▶ MANUFACTURING

**c** Product or service ▶ TEXTILES

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ................................................ | X (No)

If "Yes," enter name and EIN of the parent corporation ▶ _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | X (No)

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ............ | X (Yes)

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ................. | X (No)

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ................. | X (No)

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | X (No)

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ........................... | X (No)

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ................. ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____15_____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ................. ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $     6,876,980.

Form **1120** (2019)

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC    ROC160_1

Form 1120 (2019)   ROCKLAND INDUSTRIES, INC ▮▮▮▮▮ 3210   Page **5**

| **Schedule K** | **Other Information** (continued from page 4) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| **20** | Is the corporation operating on a cooperative basis? | | X |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the corporation satisfy one or more of the following? See instructions | X | |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 14 ▶ $ | | |

Form **1120** (2019)

911633
12-30-19

15280510 769024 ROC160                    2019.05094 ROCKLAND INDUSTRIES, INC ROC160_1

Form 1120 (2019) ROCKLAND INDUSTRIES, INC                    3210    Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 67,311. | | 50,474. |
| 2a | Trade notes and accounts receivable | 6,108,315. | | 2,161,193. | |
| b | Less allowance for bad debts | ( 217,067.) | 5,891,248. | ( 233,679.) | 1,927,514. |
| 3 | Inventories | | 9,238,713. | | 3,238,469. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) STMT 11 | | 1,111,830. | | 398,010. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 18,329,988. | | 17,226,262. | |
| b | Less accumulated depreciation | ( 14,311,899.) | 4,018,089. | ( 14,538,401.) | 2,687,861. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) STMT 12 | | 68,666. | | 1,528,725. |
| 15 | Total assets | | 20,395,857. | | 9,831,053. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 3,547,378. | | 3,680,542. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) STMT 13 | | 9,993,295. | | 408,230. |
| 19 | Loans from shareholders | | 240,503. | | 219,834. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 0. | | 481,861. |
| 21 | Other liabilities (att. stmt.) STMT 14 | | 1,668,415. | | 1,805,687. |
| 22 | Capital stock: **a** Preferred stock | | | | |
| | **b** Common stock | 52,277. | 52,277. | 52,277. | 52,277. |
| 23 | Additional paid-in capital | | 1,023,700. | | 1,023,700. |
| 24 | Retained earnings - Appropriated (attach statement) | | | | |
| 25 | Retained earnings - Unappropriated | | 3,888,785. | | 2,177,418. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( 18,496.) | | ( 18,496.) |
| 28 | Total liabilities and shareholders' equity | | 20,395,857. | | 9,831,053. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest    $ _____ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | **a** Depreciation    $ _____ | |
| | **a** Depreciation    $ _____ | | | **b** Charitable contributions    $ _____ | |
| | **b** Charitable contributions    $ _____ | | | | |
| | **c** Travel and entertainment    $ _____ | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | | 10 | Income (page 1, line 28) - line 6 less line 9 | |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 3,888,785. | 5 | Distributions: **a** Cash | |
| 2 | Net income (loss) per books | -3,030,219. | | **b** Stock | |
| 3 | Other increases (itemize): SEE STATEMENT 15 | | | **c** Property | |
| | | | 6 | Other decreases (itemize): SEE STATEMENT 16 | 95,489. |
| | | 1,414,341. | 7 | Add lines 5 and 6 | 95,489. |
| 4 | Add lines 1, 2, and 3 | 2,272,907. | 8 | Balance at end of year (line 4 less line 7) | 2,177,418. |

911631
12-30-19

Form **1120** (2019)

14

FOOTNOTES                                          STATEMENT 4

ROCKLAND INDUSTRIES, INC. HAS A SMLLLC CALLED WAREHOUSE
PROPERTIES INVESTMENTS, LLC.

| FORM 1120 | INTEREST INCOME | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | US | OTHER |
|---|---|---|
| INTEREST INCOME | | 739. |
| TOTAL TO FORM 1120, LINE 5 | | 739. |

| FORM 1120 | OTHER INCOME | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MISCELLANEOUS INCOME | 156,757. |
| REDEMPTION OF LIFE INSURANCE POLICIES | 1,004,598. |
| TOTAL TO FORM 1120, LINE 10 | 1,161,355. |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAX EXPENSES | 369,463. |
| PROPERTY TAXES | 415,296. |
| RETAIL SALES TAX | 9,326. |
| LICENSES & PERMITS | 2,332. |
| TAXES - OTHER | 757. |
| TOTAL TO FORM 1120, LINE 17 | 797,174. |

ROCKLAND INDUSTRIES, INC                                                                   ███3210

---

|                        | CONTRIBUTIONS | STATEMENT 8 |
|---|---|---|

---

CURRENT YEAR CONTRIBUTIONS:
QUALIFIED CONTRIBUTIONS SUBJECT TO 100% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 15% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 10% LIMIT

CONTRIBUTION SUBJECT TO LIMITATION:
  CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS


  FOR TAX YEAR 2014
  FOR TAX YEAR 2015
  FOR TAX YEAR 2016                          433
  FOR TAX YEAR 2017                        3,050
  FOR TAX YEAR 2018                          300
                                    _____

  TOTAL CARRYOVER                                    3,783
  CURRENT YEAR CONTRIBUTIONS
                                            _____

  TOTAL CONTRIBUTIONS AVAILABLE                      3,783
  TAXABLE INCOME LIMITATION AS ADJUSTED                  0
                                            _____

  EXCESS CONTRIBUTIONS                               3,783
                                            _____

  ALLOWABLE CONTRIBUTIONS DEDUCTION                                    0
                                                                _____

TOTAL CONTRIBUTION DEDUCTION                                          0
                                                                ================

ROCKLAND INDUSTRIES, INC                                                          ████3210

| FORM 1120 | OTHER DEDUCTIONS | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ALLOCATED SECTION 263A COSTS | -112,259. |
| COMMISSIONS | 250,919. |
| COMPUTER EXPENSES | 142,452. |
| CUSTOMER DISCOUNTS | 48,626. |
| DUES AND SUBSCRIPTIONS | 60. |
| ENGRAVING | 3,568. |
| INSURANCE | 1,719,378. |
| MEALS | 2,809. |
| MISCELLANEOUS EXPENSES | 30,213. |
| OFFICE EXPENSES | 264,749. |
| PROFESSIONAL FEES | 387,825. |
| PURCHASED SERVICES | 255,691. |
| SAFETY & JANITORIAL | 23,956. |
| TRADE SHOWS | 39,577. |
| TRAVEL | 41,495. |
| WAREHOUSE & AUTOMOTIVE EXPENSES | 383,998. |
| TOTAL TO FORM 1120, LINE 26 | 3,483,057. |

|  | NET OPERATING LOSS DEDUCTION | | | STATEMENT 10 |
|---|---|---|---|---|
| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
| 07/31/17 | 298,819. | | 298,819. | 298,819. |
| 07/31/18 | 3,241,077. | | 3,241,077. | 3,241,077. |
| 07/31/19 | 6,156,833. | 2,819,749. | 3,337,084. | 3,337,084. |
| NOL AVAILABLE THIS YEAR | | | 6,876,980. | 6,876,980. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSES | 257,556. | 75,497. |
| DEFERRED TAXES | 854,274. | 322,513. |
| TOTAL TO SCHEDULE L, LINE 6 | 1,111,830. | 398,010. |

ROCKLAND INDUSTRIES, INC                                    ███3210

---

SCHEDULE L                      OTHER ASSETS                      STATEMENT 12

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CASH SURRENDER VALUE OF LIFE INSURANCE | 68,666. | 0. |
| DEFERRED TAXES | 0. | 1,528,725. |
| TOTAL TO SCHEDULE L, LINE 14 | 68,666. | 1,528,725. |

---

SCHEDULE L               OTHER CURRENT LIABILITIES               STATEMENT 13

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED   PAYROLL RELATED EXPENSES | 156,190. | 112,806. |
| ACCRUED BONUS | 185,040. | 150. |
| ACCRUED COMMISSIONS - DOMESTIC | -3,319. | 0. |
| ACCRUED COMMISSIONS - FOREIGN | 36,389. | 1,198. |
| ACCRUED COMMISSIONS - OUTSIDE | 326. | 0. |
| ACCRUED EXPENSES | 691,903. | 84,810. |
| ACCRUED PROFESSIONAL FEES | 160,356. | 69,773. |
| ACCRUED VACATION | 50,751. | 98,324. |
| LINE OF CREDIT | 8,703,318. | 30,963. |
| UNEMPLOYMENT | 12,341. | 10,206. |
| TOTAL TO SCHEDULE L, LINE 18 | 9,993,295. | 408,230. |

---

SCHEDULE L                    OTHER LIABILITIES                    STATEMENT 14

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED RETIREMENT BENEFITS | 1,625,233. | 1,770,693. |
| DEFERRED RENT | 43,182. | 34,994. |
| TOTAL TO SCHEDULE L, LINE 21 | 1,668,415. | 1,805,687. |

| SCHEDULE M-2 | UNAPPROPRIATED RETAINED EARNINGS – OTHER INCREASES | STATEMENT 15 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PRIOR PERIOD WRITE-OFF OF DTA VALUATION | 1,414,341. |
| TOTAL TO SCHEDULE M-2, LINE 3 | 1,414,341. |

| SCHEDULE M-2 | UNAPPROPRIATED RETAINED EARNINGS – OTHER DECREASES | STATEMENT 16 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PRIOR PERIOD ADJUSTMENTS | 95,489. |
| TOTAL TO SCHEDULE M-2, LINE 6 | 95,489. |

# 2019 TAX RETURN FILING INSTRUCTIONS
### SOUTH CAROLINA FORM SC1120

# FOR THE YEAR ENDING
July 31, 2020

---

**Prepared For:**

Rockland Industries, Inc
4969 Mercantile Road Suite A
Baltimore, MD  21236

---

**Prepared By:**

SC&H Group, Inc.
910 Ridgebrook Road
Sparks, MD 21152

---

**To Be Signed and Dated By:**

The appropriate corporate officer(s).

---

**Amount of Tax:**

| | | |
|---|---|---:|
| Total tax | $ | 33 |
| Less: payments and credits | $ | 77 |
| Plus: other amount | $ | 0 |
| Plus: interest and penalties | $ | 0 |
| Overpayment | $ | 44 |

---

**Overpayment:**

| | | |
|---|---|---:|
| Credit to your estimated tax | $ | 44 |
| Other amount | $ | 0 |
| Refunded to you | $ | 0 |

---

**Make Check Payable to:**

Not applicable

---

**Mail Tax Return and Check (if applicable) to:**

This return has been prepared for electronic filing. If you wish to have it transmitted to the SCDOR, please sign, date and return Form SC8453C to our office. We will then submit the return to the SCDOR. Do not mail a paper copy of the return.

---

**Return Must be Mailed On or Before:**

Return Form SC8453C to us by May 17, 2021.

---

**Special Instructions:**

1019

STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**CORPORATE INCOME TAX**
**DECLARATION FOR ELECTRONIC FILING**

**SC8453C**

(Rev. 7/22/09)
3415

## Part 1:  Corporation and Tax Return Information

| Corporation Name | FEIN |
|---|---|
| ROCKLAND INDUSTRIES, INC | 3210 |

| | | |
|---|---|---|
| 1. Federal taxable income    Check form filed: [X] SC1120, line 1;    [ ] SC1120S, line 1 | 1 | -3,699,313. 00 |
| 2. SC Corporate Income Tax (SC1120, line 7; SC1120S, line 7) | 2 | 00 |
| 3. Total Payments and Refundable Credits (SC1120, line 15, SC1120S, line 9) | 3 | 77. 00 |

## Part 2:  Declaration of Taxpayer/Corporate Officer

Under penalties of perjury, I declare I am an officer of the above corporation and to the best of my knowledge and belief, the information on this South Carolina Corporate Income Tax Return is true, correct, and complete.

If I have filed a balance due return, I understand that if the SC Department of Revenue does not receive full and timely payment of the tax liability, I will remain liable for the tax liability and all applicable interest and penalties.

I declare that I have compared the information on the corporate return with the information provided to the electronic return originator (ERO) and the amount agrees with the amounts on the South Carolina corporate tax return. To the best of my knowledge, the return is true and complete. I consent that the return and accompanying schedules and statements be sent to the Internal Revenue Service (IRS) by the ERO, and subsequently by the IRS to the SC Department of Revenue.

**Sign Here**

| Signature | Date |
|---|---|
| Title CFO | [X] **Paid Preparer Authorization:*** Check here if the Department of Revenue may discuss the return with the preparer shown below. |

## Part 3:  Declaration of Electronic Return Originator (ERO)/Paid Preparer

Under penalties of perjury, I declare that I have reviewed the above corporation's return and to the best of my knowledge and belief, the information on this South Carolina Corporate Income Tax Return is true, correct, and complete.

I declare that I have received the above taxpayer's return and the entries on this form are complete and correct to the best of my knowledge. I have obtained the corporate officer's signature on this form before submitting the return to the SC Department of Revenue. I have provided the taxpayer with a copy of all forms and information to be filed with the SC Department of Revenue, and have followed all IRS requirements specified by the IRS and SC Department of Revenue. If I am the preparer, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge, they are true and complete. This declaration is based on all information of which I have knowledge.

| **ERO's Use Only** | ERO signature ► SC&H GROUP, INC. | Date | Check if also paid preparer [X] | Check if self-employed [ ] | PTIN or FEIN |
|---|---|---|---|---|---|
| | Firm name (or yours if self-employed) ► SC&H GROUP, INC. | | | | |

| **Paid Preparer's Use Only** | Preparer signature ► | Date | Check if self-employed [ ] | PTIN or FEIN |
|---|---|---|---|---|
| | Firm name (or yours if self-employed) and address ► | | ZIP code | |

977741  04-01-19

**D O  N O T  M A I L  K E E P  F O R  Y O U R  R E C O R D S**

34151027

15280510 769024 ROC160                                      2019.05094 ROCKLAND INDUSTRIES, INC    ROC160_1

1019



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**APPLICATION FOR AUTOMATIC EXTENSION
OF TIME TO FILE CORPORATE TAX RETURN**

**SC1120-T**
(Rev. 7/31/19)
3096

**dor.sc.gov**

| SC Corporate File # | Income Tax period ending (MM-YY) |
|---|---|
| ███████ | 07-20 |

| FEIN |
|---|
| ███████ 3210 |

Corporate name and address

ROCKLAND INDUSTRIES INC

4969 MERCANTILE ROAD SUITE A
BALTIMORE              MD   21236

Check if:

- ☐ First-time filer who has not filed a CL-1
- ☐ S Corporation
- ☐ Consolidated Return
- ☐ Bank or Savings & Loan
- ☐ Utility or Electric Cooperative
- ☐ Exempt Organization

1. Estimated tax due ▶ **0.00**
   (Do not enter less
   than zero)

2. Total capital and paid in surplus
   _____ x .001 plus
   $15 but not less
   than $25 minimum
   License Fee ▶ **0.00**
   (Do not enter less
   than zero)

3. Balance due ........... ▶ **0.00**
   (line 1 plus line 2)

## INSTRUCTIONS

**Save time and paper!** Request your extension to file by paying your balance due on our free tax portal, MyDORWAY, at **dor.sc.gov/ pay.** Select Business Income Tax Payment to get started. Your payment on MyDORWAY automatically submits your filing extension request. No additional form or paperwork is required.

To request a six month extension to file, complete the following on or before the original Corporate Tax return due date:

1. submit an SC1120-T
2. pay ALL of the Corporate Income Tax due
3. pay ALL of the Corporate License Fee due

If the corporation has not fulfilled its filing requirements for any previous period, we cannot grant an extension, and the return will be delinquent if it was not filed by the original due date. We will not send notice of the invalid extension. If you do not anticipate owing tax, and you requested a federal extension of time to file your federal Income Tax return, we will accept a copy of the properly filed federal extension as long as the Corporate return is received within the extended time allowed by the IRS.

Only one SC1120-T is needed to extend a South Carolina consolidated Corporate Tax return. A single payment may be made for the entire consolidated group. You do not need to list each member included in the consolidated return. We will accept a federal extension if all corporations in the consolidated group have filed or are included in a federal extension.

An underpayment penalty will apply if the extension payment is less than 90% of the actual amount due for the period. The penalty is based on the difference between the amount paid and the amount due. This penalty applies from the date the tax was due until you pay in full.

Mail to: **SCDOR, Corporate Voucher, PO Box 100153, Columbia SC 29202.** Include Business Name and FEIN on the form and in the memo of the check.

977601 09-24-19

30961056   211537942   520463210   0720   0000000000   0000000000   4

1019



STATE OF SOUTH CAROLINA
# C CORPORATION INCOME TAX RETURN
Return is due on or before the 15th day of the 4th month following the close of the taxable year.

**dor.sc.gov**

**SC 1120**
(Rev. 8/15/19)
3091

SC file # _____

Income Tax period ending **JULY 31, 2020**

License Fee pe~~riod~~ ending **JULY 31, 2021**

████ **3210**

Name **ROCKLAND INDUSTRIES, INC**

Mailing address **4969 MERCANTILE ROAD SUI**

City **BALTIMORE**   State **MD**   ZIP **21236**

Change of ☐ Address   ☐ Accounting Period
          ☐ Officers

Attach complete copy of federal return
☒ Check if you filed a federal or state extension

Check if ☐ Initial Return   ☐ Consolidated Return (Complete Schedule M)
        ☐ Amended Return   ☐ Includes Disregarded LLC(s) (Complete Schedule L)

Check if ☐ Merged ▶ ☐ Reorganized ▶ ☐ Final

County or Counties in SC Where Property is Located:
**BAMBERG**

Audit location: Street address, city, state, and ZIP
**910 RIDGEBROOK ROAD SPARKS, MD 21152**

Total gross receipts ▶ **19,241,626.**

Total cost of depreciable personal property in SC **9,574,542.**

Audit contact **DONNA NEIMILLER**

Phone number **410 522 2505**

## PART I COMPUTATION OF INCOME TAX LIABILITY

| | | |
|---|---|---|
| 1. Federal taxable income from federal tax return | ▶ 1. | -3,699,313 00 |
| 2. Net adjustment from Schedule A and B, line 12 | 2. | 00 |
| 3. Total net income as reconciled (add line 1 and line 2) | ▶ 3. | -3,699,313 00 |
| 4. If multi-state corporation, enter amount from Schedule G, line 6; otherwise, enter amount from line 3 | ▶ 4. | -63,155 00 |
| 5. South Carolina net operating loss carryover, if applicable    **SEE STATEMENT 1** | 5. | < 1,917,769 00 > |
| 6. South Carolina net income subject to tax (subtract line 5 from line 4) | ▶ 6. | -1,980,924 00 |
| 7. Tax: Multiply line 6 by .05 (5%) | 7. | 0 00 |
| 8. Tax deferred on income from foreign trade receipts (see instructions) | ▶ 8. | < 00 > |
| 9. Balance (subtract line 8 from line 7) | 9. | 00 |
| 10. Credit carryover (Schedule C, line 7) ▶ 9,173 00 Nonrefundable credits (Schedule C, line 5) | ▶ 10. | < 00 > |
| 11. Balance of tax (subtract line 10 from line 9 and enter the difference, but not less than zero) | 11. | 00 |
| 12. Interest on DISC-deferred tax liability 00 or foreign trade deferred tax liability | 12. | 00 |
| 13. Total tax and/or interest (add line 11 and 12) | 13. | 00 |
| 14. Payments:  (a) Tax withheld (attach 1099s, I-290s, and/or W-2s) | ▶14a. | 00 |
| (b) Paid by declaration | ▶14b. | 77 00 |
| (c) Paid with extension | ▶14c. | 0 00 |
| (d) Credit from line 29b | 14d. | 00 |
| Refundable Credits:  (e) Ammonia Additive | ▶14e. | 00 |
| (f) Milk Credit | ▶14f. | 00 |
| (g) Motor Fuel Income Tax Credit | ▶14g. | 00 |
| 15. Total payments and refundable credits (add line 14a through line 14g) | 15. | 77 00 |
| 16. Balance of tax and/or interest (subtract line 15 from line 13) | ▶ 16. | 00 |
| 17. (a) Interest 00 (b) Late file/pay penalty 00 | | |
| (c) Declaration penalty (attach SC2220) 00 | | |
| Total (add line 17a through line 17c) See penalty and interest in SC1120 instructions | ▶ 17. | 00 |
| 18. Total Income Tax, interest, and penalty (add line 16 and 17)   **BALANCE DUE** | 18. | 00 |
| 19. Overpayment (subtract line 13 from line 15) 77 00 To be applied as follows: | | |
| (a) Estimated Tax ▶ 44 00 (b) License Fee ▶ 33 00 (c) REFUND ▶ | | 00 |

## PART II COMPUTATION OF LICENSE FEE AND SCHEDULES A, B, AND C PAGE 2

977401 09-20-19

30911051



SC1120                                                                                          Page 2

**PART II COMPUTATION OF LICENSE FEE**

| | | | |
|---|---|---|---|
| 20. Total capital and paid in surplus (Multi-state corporations see Schedule E) | ▶ 20. | 18,369 | 00 |
| 21. License Fee: multiply line 20 by .001 then add $15 (**Fee cannot be less than $25 per taxpayer**) | ▶ 21. | 33 | 00 |
| 22. Credit carryover ▶ [00] Credit taken this year from SC1120TC, Part II, Column C | ▶ 22. < | | 00 > |
| 23. Balance (subtract line 22 from line 21) | 23. | 33 | 00 |
| 24. Payments: (a) Paid with extension | ▶ 24a. | | 00 |
| (b) Credit from line 19b | 24b. | 33 | 00 |
| 25. Total payments (add line 24a and line 24b) | 25. | 33 | 00 |
| 26. Balance of License Fee (subtract line 25 from line 23) | 26. | 0 | 00 |
| 27. (a) Interest [00] (b) Late file/pay penalty [00] | | | |
| Total (add line 27a and line 27b) See penalty and interest in SC1120 Instructions | ▶ 27. | | 00 |
| 28. Total License Fee, interest, and penalty (add line 26 and line 27)    **BALANCE DUE** | 28. | 0 | 00 |
| 29. **Overpayment** (subtract line 23 from line 25) [00] To be applied as follows: | | | |
| (a) Estimated Tax ▶ [00] (b) Income Tax [00] (c) REFUND ▶ | | | 00 |
| 30. **GRAND TOTAL: INCOME TAX and LICENSE FEE DUE (add line 18 and line 28)** | 30. | 0 | 00 |

## SCHEDULE A AND B          ADDITIONS TO FEDERAL TAXABLE INCOME

| | | |
|---|---|---|
| 1. Taxes on or measured by income | 1. | |
| 2. Federal net operating loss | 2. | |
| 3. | 3. | |
| 4. | 4. | |
| 5. Other additions (attach schedule) | 5. | |
| 6. Total additions (add line 1 through line 5) | | 6. |

## DEDUCTIONS FROM FEDERAL TAXABLE INCOME

| | | |
|---|---|---|
| 7. Interest on US obligations | 7. | |
| 8. | 8. | |
| 9. | 9. | |
| 10. Other deductions (attach schedule) | 10. | |
| 11. Total deductions (add line 7 through line 10) | | 11. |
| 12. Net adjustment (subtract line 11 from line 6) Also enter on SC1120, Part 1, line 2 | | 12. |

## SCHEDULE C          SUMMARY OF INCOME TAX CREDITS (FROM SC1120TC)

| | | |
|---|---|---|
| 1. Credit carryover from previous year's SC1120, Schedule C (should match SC1120TC Column A, line 13) | 1. | 9,173. |
| 2. Enter total credits from SC1120TC, Column B, line 13 (attach SC1120TC and schedules for each tax credit claimed) | 2. | |
| 3. Total credits (add line 1 and line 2) | 3. | 9,173. |
| 4. Tax from SC1120, Part 1, line 9 | 4. | |
| 5. Lesser of line 3 or line 4 (enter on SC1120, Part 1, line 10; should match SC1120TC, Column C, line 13) | 5. | |
| 6. Enter credits lost due to statute (should match SC1120TC, Column D, line 13) | 6. | |
| 7. Credit carryover (subtract lines 5 and 6 from line 3; should match SC1120TC, Column E, line 13) | 7. | 9,173. |

**Sign Here**

As a principal officer of the corporation for which this return is made, I declare that this return, including accompanying annual report, statements, and schedules, has been examined by me and is to the best of my knowledge and belief true and complete.

| | |
|---|---|
| Signature of officer   DONNA NEIMILLER | Officer's title   CFO       Email   410-522-2505 |
| Print officer's name | Date       Phone number |

| | |
|---|---|
| I **authorize** the Director of the SCDOR or delegate to discuss this return, attachments, and related tax matters with the preparer.    Yes [X]  No [ ] | Print preparer's name   LORI S. BURGHAUSER |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature   LORI S. BURGHAUSER | Date   05/10/21 | Check if self-employed [ ] | Preparer's phone number   410 403-1500 |
| Firm's name (or yours if self-employed) and address | SC&H GROUP, INC. 910 RIDGEBROOK ROAD SPARKS, MD 21152 | PTIN or FEIN  ▮▮▮▮▮▮ | |
| | | ZIP   21152 | |

If this is a corporation's final return, signing here authorizes the SCDOR to disclose that information to the South Carolina Secretary of State (SCSOS). You must close with the SCSOS and the SCDOR.

| | |
|---|---|
| Taxpayer's signature | Date |

30912059          977402 09-20-19   PFX



SC1120                                                                                                                                    Page 3

**SCHEDULE D            ANNUAL REPORT TO BE COMPLETED BY ALL CORPORATIONS**

1. Name  ROCKLAND INDUSTRIES, INC

2. Incorporated under the laws of the state of  MARYLAND

3. Location of the registered office of the corporation in South Carolina        253 CALHOUN STREET
   In the city of  BAMBERG                    Registered agent at this address    WILLIAM MOORE

4. Location of principal office (street address) 4969 MERCANTILE ROAD SUITE A BALTIMORE, MD   21236
   Nature of principal business in SC  MANUFACTURING

5. Total number of **authorized shares** of capital stock, itemized by class and series, if any, within each class:

| Number of shares | Class | Series |
|---|---|---|
| 2,000,000. | COMMON          N/A | |

6. Total number of **issued and outstanding shares** of capital stock itemized by class and series, if any, within each class:

| Number of shares | Class | Series |
|---|---|---|
| 523,353. | COMMON          N/A | |

7. Names and business addresses of the directors (or individuals functioning as directors) and principal officers in the corporation:
   Attach separate schedules if you need more space.

| Name | Title | Business address |
|---|---|---|
| INFORMATION AVAILA | VARIOUS | P.O. BOX 17293 BALTIMORE, MD 21297 |

8. Date incorporated 01/01/1927           Date commenced business in South Carolina          01/01/1927

9. Date of this report JULY 31, 2020                                    FEIN ████ 3210

10. If foreign corporation, the date qualified to do business in South Carolina _____ 01/01/1927

11. Was the name of the corporation changed during the year?  NO      Previous name _____

12. The corporation's books are in the care of  DONNA NEIMILLER
    Located at (street address) P.O. BOX 17293, BALTIMORE, MD 21297

13. If filing consolidated, complete and attach Schedule J for each corporation included in the consolidation.

14. Total amount of stated capital per balance sheet is:
    A. Total paid in capital stock (cannot be a negative amount) ........... $         52,277.
    B. Total paid in capital surplus (cannot be a negative amount) ......... $      1,023,700.
    C. Total amount of stated capital (cannot be a negative amount) ........ $      1,075,977.

**ATTACH COMPLETE COPY OF YOUR FEDERAL RETURN**

**File electronically using Modernized Electronic Filing (MeF).**

**Payments:** Pay online using our free tax portal, MyDORWAY, at **dor.sc.gov/pay.**
Select Business Income Tax Payment to get started.

If you pay by check, make your check payable to SCDOR and include your business name and FEIN in the memo.

| **Mail Balance Due returns to:** | **Mail Refund or Zero Tax returns to:** |
|---|---|
| SCDOR | SCDOR |
| Corporate Taxable | Corporate Refund |
| PO Box 100151 | PO Box 125 |
| Columbia, SC 29202 | Columbia, SC 29214-0032 |

977411  09-20-19   PFX

ROCKLAND IND         3210

SC1120                                                                                    Page 4

### ONLY MULTI-STATE CORPORATIONS MUST COMPLETE SCHEDULES E, F, G, AND H

**SCHEDULE E            COMPUTATION OF LICENSE FEE OF MULTI-STATE CORPORATIONS**

| | | |
|---|---|---|
| 1. Total capital and paid in surplus at end of year | $ | 1,075,977. |
| 2. SC Proportion: (multiply line 1 by the ratio from Schedule H-1, H-2, or H-3, as appropriate) Also enter on SC1120, line 20 | $ | 18,369. |

**SCHEDULE F                INCOME SUBJECT TO DIRECT ALLOCATION**

| | Gross Amounts 1 | Less: Related Expenses 2 | Net Amounts Allocated Directly to SC and Other States 3 | Net Amounts Allocated Directly to SC 4 |
|---|---|---|---|---|
| 1. Interest not connected with business | | | | |
| 2. Dividends received | | | | |
| 3. Rents | | | | |
| 4. Gains/losses on real property | | | | |
| 5. Gains/losses on intangible personal property | | | | |
| 6. Investment income directly allocated | | | | |
| 7. Total income directly allocated | | | | |
| 8. Income directly allocated to SC | | | | |

**SCHEDULE G            COMPUTATION OF TAXABLE INCOME OF MULTI-STATE CORPORATIONS**

| | | |
|---|---|---|
| 1. Total net income as reconciled from SC1120, page 1, line 3 | 1. | -3,699,313. |
| 2. Income subject to direct allocation to SC and other states from Schedule F, line 7 | 2. | |
| 3. Total net income subject to apportionment (subtract line 2 from line 1) | 3. | -3,699,313. |
| 4. Multiply line 3 by appropriate ratio from Schedule H-1, H-2, or H-3 | 4. | -63,155. |
| 5. Income subject to direct allocation to SC from Schedule F, line 8 | 5. | |
| 6. Total SC net income (add line 4 and line 5) Also enter on SC1120, page 1, line 4 | 6. | -63,155. |

**SCHEDULE H-1                COMPUTATION OF SALES RATIO**

| | Amount | Ratio |
|---|---|---|
| 1. Total sales within South Carolina (see instructions) | 383,624. | |
| 2. Total sales everywhere (see instructions) | 22,471,465. | |
| 3. Sales ratio (line 1 divided by line 2) | | 1.7072 % |

**Note:** If there are no sales anywhere:  Enter 100% on line 3 if South Carolina is the principal place of business.
Enter 0% on line 3 if principal place of business is outside South Carolina.

**SCHEDULE H-2                COMPUTATION OF GROSS RECEIPTS RATIO**

| | Amount | Ratio |
|---|---|---|
| 1. South Carolina gross receipts | | |
| 2. Amounts allocated to South Carolina on Schedule F | < > | |
| 3. South Carolina adjusted gross receipts (subtract line 2 from line 1) | | |
| 4. Total gross receipts | | |
| 5. Total amounts allocated on Schedule F | < > | |
| 6. Total adjusted gross receipts (subtract line 5 from line 4) | | |
| 7. Gross receipts ratio (line 3 divided by line 6) | | % |

**SCHEDULE H-3                COMPUTATION OF RATIO FOR SECTION 12-6-2310 COMPANIES**

| | Amount | Ratio |
|---|---|---|
| 1. Total within South Carolina (see instructions) | | |
| 2. Total everywhere | | |
| 3. Taxable ratio (line 1 divided by line 2) | | % |

977412 09-20-19    PFX

ROCKLAND INDU  3210

SC1120                                                                                                  Page 8
**SCHEDULE N**                        **PROPERTY INFORMATION**

Property within South Carolina

|  | (a) Beginning period | (b) Ending period |
|---|---|---|
| 1. Land | 164,179. | 164,179. |
| 2. Buildings | 4,176,786. | 4,176,786. |
| 3. Machinery and equipment | 16,053,767. | 9,410,296. |
| 4. Construction in progress | | |
| 5. Other property * | 8,962,542. | 3,337,939. |
| Total | 29,357,274. | 17,089,200. |

* Provide an explanation or listing of property from line 5 above.

| Description of Property | (a) Beginning period | (b) Ending period |
|---|---|---|
| INVENTORIES | 8,844,059. | 3,219,456. |
| FURNITURE AND FIXTURES | 82,377. | 82,377. |
| LEASEHOLD IMPROVEMENTS | 0. | 0. |
| TRANSPORT. AND DELIVERY | 36,106. | 36,106. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | 8,962,542. | 3,337,939. |

STATEMENT 2

977416  09-20-19   PFX

30918056

                                                5

15280510  769024 ROC160                 2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

1019



| dor.sc.gov | STATE OF SOUTH CAROLINA<br>**CORPORATE TAX CREDITS** | **SC 1120-TC**<br>(Rev. 9/17/19)<br>3370 |

Name of corporation
**ROCKLAND INDUSTRIES, INC**

FEIN
▶ ████ 3210

SC file #
▶ 2 ████████

**All credits** are computed on separate tax credit schedules. Attach appropriate schedules to this SC1120TC and your tax return.

**Part I  Corporate Income Tax Credits**

| Part I Credit Description | Code | Column A<br>Previously Accrued | Column B<br>Earned This Year | Column C<br>Taken This Year | Column D<br>Lost Due to Statute | Column E<br>Carried Forward |
|---|---|---|---|---|---|---|
| 1. New Jobs | 004 ▶ | | | | | |
| 2. Capital Investment | 011 ▶ | | | | | |
| 3. Family Independence Payments | 012 ▶ | | | | | |
| 4. Research Expenses | 018 ▶ | | | | | |

Enter only Corporate Income Tax credits below in Part 1. You can find credit codes and descriptions, along with the required tax schedule for each credit, beginning on page 3.

| Part I Credit Description | Code | Column A<br>Previously Accrued | Column B<br>Earned This Year | Column C<br>Taken This Year | Column D<br>Lost Due to Statute | Column E<br>Carried Forward |
|---|---|---|---|---|---|---|
| 5. TC20 ▶ | 020 | 9,173. | | | | 9,173. |
| 6. ▶ | | | | | | |
| 7. ▶ | | | | | | |
| 8. ▶ | | | | | | |
| 9. ▶ | | | | | | |
| 10. ▶ | | | | | | |
| 11. ▶ | | | | | | |
| 12. ▶ | | | | | | |
| **13.** Total Income Tax credits (add line 1 through line 12) | | 9,173. | | | | 9,173. |

977511 09-26-19

Continued on page 2

33701038

6

15280510 769024 ROC160             2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1



SC1120TC                                                                                              Page 2

## Part II  Corporate License Fee Credits

Enter only Corporate Income Tax credits in Part II. You can find credit codes and descriptions, along with the required tax schedule for
each credit, on page 4.

| Part II Credit Description | Code | Column A Previously Accrued | Column B Earned This Year | Column C Taken This Year | Column D Lost Due to Statute | Column E Carried Forward |
|---|---|---|---|---|---|---|
| 1. ▶ | | | | | | |
| 2. ▶ | | | | | | |
| 3. ▶ | | | | | | |
| 4. ▶ | | | | | | |
| 5. ▶ | | | | | | |
| 6. ▶ | | | | | | |
| 7. Total License Fee Credits (add line 1 through line 6) | | | | | | |

977512 09-26-19    PFX

33702036

15280510  769024 ROC160                                2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

SC1120/SC1120U          NET OPERATING LOSS DEDUCTION          STATEMENT 1

| DATE | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING |
|---|---|---|---|
| 07/31/02 | 165,891. | 75,640. | 90,251. |
| 07/31/05 | 328,477. | 0. | 328,477. |
| 07/31/06 | 202,922. | 0. | 202,922. |
| 07/31/07 | 256,790. | 0. | 256,790. |
| 07/31/10 | 524,483. | 0. | 524,483. |
| 07/31/11 | 266,551. | 0. | 266,551. |
| 07/31/17 | 6,097. | 0. | 6,097. |
| 07/31/18 | 97,599. | 0. | 97,599. |
| 07/31/19 | 144,599. | 0. | 144,599. |

TOTAL NOL CARRYOVER AVAILABLE THIS YEAR          1,917,769.


SC SCHEDULE N          OTHER PROPERTY INFORMATION          STATEMENT 2

| DESCRIPTION | BEGINNING PERIOD | ENDING PERIOD |
|---|---|---|
| INVENTORIES | 8,844,059. | 3,219,456. |
| FURNITURE AND FIXTURES | 82,377. | 82,377. |
| LEASEHOLD IMPROVEMENTS | 0. | 0. |
| TRANSPORT. AND DELIVERY | 36,106. | 36,106. |
| TOTAL TO FORM SC1120 SCHEDULE N | 8,962,542. | 3,337,939. |

Electronic Filing PDF Attachment

15280510 769024 ROC160            2019.05094 ROCKLAND INDUSTRIES, INC  ROC160_1

1039



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**CREDIT FOR EXPENSES INCURRED
THROUGH BROWNFIELDS VOLUNTARY
CLEANUP PROGRAM**

**SC SCH.TC-20**
(Rev. 7/30/14)
3376
20 14

Name As Shown On Tax Return

SS No. or Fed. EI No.

ROCKLAND INDUSTRIES, INC.

Total eligible cleanup expenses paid or accrued by all taxpayers (for single site).     $ _____ 18,345

## PART I - Computation of Tax Credit

1. Amount of eligible cleanup expenses paid or accrued by the taxpayer during the
   current taxable year for Brownfields Voluntary Cleanup Program.     $ _____ 18,345

2. Multiply amount on line 1 by .50 (50%).     $ _____ 9,172.50

3. Enter amount of carryover of prior year(s) unused Brownfields credit (Attach schedule).     $ _____ 0

4. Add lines 2 and 3.     $ _____ 9,172.50

5. Enter lesser of line 4 or $50,000. (See instructions regarding multiple taxpayers.)
   Enter this amount on appropriate tax credit schedule.
   (Subject to income tax liability limitation.)     $ _____ 9,172.50

6. Subtract line 5 from line 4.  This is your carryover credit available in future years.     $ _____ 0.00

## PART II - Computation of Tax Credit for Final Year of Cleanup ONLY:

1. Amount of expenses paid or accrued or contributions to cleanup throughout project
   for Brownfields Voluntary Cleanup Program.     $ _____

2. Multiply amount on line 1 by .10 (10%).     $ _____

3. Enter lesser of line 2 or $50,000.     $ _____

## PART III - Total Tax Credit for Final Year Only:

Add Part I, line 5 and Part II, line 3. Enter this amount on appropriate tax credit schedule.     $ _____ 9,172.50
(Subject to income tax liability limitation).

**IMPORTANT: Attach a copy of the tax credit certificate from the Department of Health and Environmental Control
(DHEC) to this form.**

**In final year of cleanup as evidenced by DHEC, attach a copy of the certificate of completion for that site as
issued by DHEC.**

## General Instructions

Code Section 12-6-3550 provides a corporate or individual income tax credit for costs of voluntary cleanup activity by a
nonresponsible party under the Brownfields Voluntary Cleanup Program (Title 44, Chapter 56, Article 7). The credit is
limited to 50% of expenses paid or accrued or contributions made for cleanup of a single site during the taxable year. The
taxpayer may use no more than $50,000 of the credit in any taxable year. Any unused credit up to $100,000 may be
carried forward five years. Multiple taxpayers working jointly to clean up a single site are allowed the credit in the
same proportion as their contribution to payment of cleanup costs.

33761024



### D H E C

PROMOTE PROTECT PROSPER

W. Marshall Taylor Jr., Acting Director

*Promoting and protecting the health of the public and the environment*

March 17, 2015

Mark R. Berman
Warehouse Property Investments, LLC
1601 Edison Highway
Baltimore, Maryland 21213

**RE:**     **2014 Application for Certification Credit for Expenses Incurred**
            **Through Brownfields Voluntary Cleanup Program**

            **Voluntary Cleanup Contract 14-6254-NRP**
            **Former Elite Equine Property, South Carolina**
            **Bamberg County**

Dear Mr. Berman:

The South Carolina Department of Health and Environmental Control (DHEC) has completed a review of your 2014 Application and supplemental documentation. DHEC has determined that Warehouse Property Investments, LLC has met all requirements for the tax year 2014 regarding the former Elite Equine property. The 2014 Tax Credit Certificate for Expenses Incurred through Brownfields Voluntary Cleanup Program is enclosed.

If you have any questions, please do not hesitate to contact me at 803.898.0927 or stampsjm@dhec.sc.gov .

Sincerely,

Jerry Stamps
Brownfields Program
Division of Site Assessment, Remediation and Revitalization
Bureau of Land and Waste Management

cc:     w/ enclosure   - BLWM File #58142

**RECEIVED**

MAR 2  2015

ROCKLAND INDUSTRIES, INC.
BALTIMORE, MD



**D H E C**

PROMOTE PROTECT PROSPER

W. Marshall Taylor Jr., Acting Director

*Promoting and protecting the health of the public and the environment*

## TAX CREDIT CERTIFICATE
## FOR EXPENSES INCURRED THROUGH
## BROWNFIELDS VOLUNTARY CLEANUP PROGRAM

Pursuant to the provisions of S.C. Code of Laws Section 12-6-3550 as amended, certification for tax credit is hereby made. The following information is submitted in support of this certification.

WHEREAS, Warehouse Property Investments, LLC (the Applicant) has filed an application for certification, that was received by the South Carolina Department of Health and Environmental Control (DHEC) on December 31, 2014, and provides all pertinent information requested on the tax credit application form; and,

WHEREAS, the Applicant has entered into a non-responsible party voluntary cleanup contract, VCC 14-6254-NRP, with the DHEC pursuant to S.C. Code of Laws Section 44-56-750; and,

WHEREAS, DHEC has reviewed the tax credit application and supplemental documentation submitted by the Applicant and has determined that the Applicant has met all requirements for the tax credit.

THEREFORE, DHEC hereby certifies that the Applicant is allowed a credit against taxes due based on expenses of $18,344.65, paid or accrued by the taxpayer in cleaning up a portion of the former Elite Equine property, in the manner provided in Section 12-6-3550(B) for the taxable year 2014.

WITNESSES:

**South Carolina Department of Health and Environmental Control**

By:

Robert Hodges, Jr. P.G., Manager
Brownfields Program
Bureau of Land and Waste Management
Environmental Quality Control

3-17-15

Date

**Fill in this information to identify the case:**

Debtor name    **Rockland Industries, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  5, 2021**         X  **/s/ Mark Berman**
                                                            Signature of individual signing on behalf of debtor

                                                            **Mark Berman**
                                                            Printed name

                                                            **President**
                                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rockland Industries, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alice P. Johnson PO Box 240 Bamberg, SC 29003-0240** | | **Property Taxes** | | | | **$315,004.88** |
| **Arthur R. Johnson Co Inc PO Box 320205 Brooklyn, NY 11232** | | **Trade Debts** | | | | **$143,101.24** |
| **Cady Industries Inc. c/o Rosenthal & Rosenthal Inc PO Box 88926 Chicago, IL 60695-1926** | | **Trade Debts** | | | | **$43,244.00** |
| **Eastman Chemical Financial Corp PO Box 785157 Philadelphia, PA 19178-5157** | | **Trade Debts** | | | | **$98,245.00** |
| **Euler Hermes North America Ins Co 800 Red Brook Blvd Suite 400C Owings Mills, MD 21117** | | **Euler Hermes (assignee) for Hamrick Mills 24-C-21-003198** | **Contingent Unliquidated Disputed** | | | **$147,932.64** |
| **Euler Hermes North America Ins Co 800 Red Brook Blvd Suite 400C Owings Mills, MD 21117** | | **Euler Hermes assignee for J.C. Sussman Case No. 24-C-21-001652 CN** | **Contingent Unliquidated Disputed** | | | **$618,830.40** |
| **GCS, Inc 400 Gate Road Inman, SC 29349** | | **Trade Debts** | | | | **$48,584.40** |
| **ICL-IP America, Inc. PO Box 3247 Carol Stream, IL 60132-3247** | | **Trade Debts** | | | | **$131,426.38** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Rockland Industries, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Imptex International Corp.** 76 North Broadway RM#4040 Hicksville, NY 11801 | | **Trade Debts** | | | | $300,983.39 |
| **International Paper** PO Box 644095 Pittsburgh, PA 15264-4095 | | **Trade Debts** | | | | $66,178.13 |
| **Jiangsu Longda Transfer Printing Textile Compnay Ltd** Luoshe Town, Wuxi City CN 214187 Jiangsu Province 100 | | **Trade Debts** | | | | $44,173.00 |
| **Micro Emulsions Inc.** PO Box 160306 Spartanburg, SC 29316 | | **Trade Debts** | | | | $61,414.43 |
| **Northwest Fabric** 10 City Place Suite 15H White Plains, NY 10601 | | **Trade Debts** | | | | $515,118.43 |
| **Rogers & Brown** PO Box 162005 Atlanta, GA 30321-0005 | | **Trade Debts** | | | | $132,355.26 |
| **Rohm & Haas Company** PO Box 741801 Atlanta, GA 30384-1801 | | **Trade Debts** | | | | $248,796.30 |
| **Stanley B. Fradin** 6875 Willow Wood Drive Apt 2083 Boca Raton, FL 33434 | | **Retirement Benefits** | | | | $52,801.00 |
| **Supplyone Rockwell, Inc** PO Box 534331 Atlanta, GA 30353-4331 | | **Trade Debts** | | | | $58,041.22 |
| **Thompson Coburn LLP** Attorneys at Law PO Box 18379M Saint Louis, MO 63195 | | **Legal** | | | | $51,685.62 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Rockland Industries, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Van Antimo USA Inc.** **1326 Fifth Avenue,** **Suite 343** **Seattle, WA 98101** | | **Trade Debts** | | | | **$106,262.81** |
| **Vantage Chemical Corporation** **PO Box 8851** **Asheville, NC 28814** | | **Trade Debts** | | | | **$111,336.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Rockland Industries, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    2,341,069.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    2,214,677.72

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    4,555,746.72

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$    3,878,693.34

4.  Total liabilities ..............................................................................................
    Lines 2 + 3a + 3b    $    3,878,693.34

**Fill in this information to identify the case:**

Debtor name     **Rockland Industries, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF SOUTH CAROLINA**

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | **$165.86** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Accounts Payable** | **6586** | **$9,600.43** |
| 3.2. | **Bank of America** | **Collection Account** | **2439** | **$235,132.18** |
| 3.3. | **Bank of America** | **Master Operating** | **5040** | **$102,841.12** |
| 3.4. | **Wells Fargo** | **South Carolina Operating Account** | | **$353.25** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$348,092.84**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 1

Debtor    **Rockland Industries, Inc.**                                          Case number *(If known)*
          Name

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **Westfield Commercial Insurance - Umbrella Policy**                              $0.00

    7.2.  **Chubb & Son Insurance - Fiduciary liability insurance premium for 401(k)**      $184.42

    7.3.  **First Insurance Fund - Property**                                               $12,970.25

    7.4.  **Travelers Insurance - Erisa Bond**                                              $258.50

    7.5.  **Workmen's Compensation - Insurance**                                            $3,359.38

    7.6.  **Maryland Taxes - Personal Property**                                            $1,741.45

    7.7.  **Hill Management Leased Property - Deposit**                                      $8,615.45

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    $27,129.45
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:        55,465.06        -        0.00        = ....        $55,465.06
                                  face amount                   doubtful or uncollectible accounts

    11a. 90 days old or less:        19,980.00        -        0.00        = ....        $19,980.00
                                  face amount                   doubtful or uncollectible accounts

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  2

Debtor    **Rockland Industries, Inc.**                                    Case number *(If known)* _____
_____
Name

11b. Over 90 days old: ___**152,831.97**___ - ___**0.00**___ =.... ___**$152,831.97**___
    face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | **$228,277.03** |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:     % of ownership | | |

15.1.   **Warehouse Property Investments, LLC**    **100** %    **Tax records**    **$223,400.00**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17.    **Total of Part 4.**                                                    | **$223,400.00** |
    Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Greige Goods** | | **Unknown** | **Liquidation** | **$16,808.60** |
| | **Chemicals** | | **Unknown** | **Liquidation** | **$70,000.00** |
| | **Packaging** | | **Unknown** | **Est. Market Val.** | **$6,137.50** |
| | **Parts and Supplies** | | **Unknown** | | **Unknown** |
| | **Print Paper and Backing** | | **Unknown** | **Liquidation** | **$7,800.00** |
| 20. | **Work in progress** **Semi-finished goods** | | **Unknown** | **Liquidation** | **$2,582.34** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  3

| Debtor | **Rockland Industries, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 21. | **Finished goods, including goods held for resale** | | | | |
|---|---|---|---|---|---|
| | Finished good | | **Unknown** | Liquidation | $14,136.16 |

| 22. | **Other inventory or supplies** |
|---|---|

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $117,464.60 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Office furniture to include chairs, desks, file cabinets, lateral files & vertical summit telephone system.** See attached list | $21,819.52 | N/A | Unknown |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipemnt to include computer hardware and software.** See attached list | $41,122.86 | N/A | Unknown |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Rockland Industries, Inc.**                                Case number *(If known)* _____
          Name

| 43. | **Total of Part 7.** | | **$0.00** |
|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2003 C1500 Chevy Silverado Truck** | **$0.00** | **Liquidation** | **$4,000.00** |
| 47.2.    **1996 Ford Truck** | **$0.00** | **Liquidation** | **$2,500.00** |
| 47.3.    **2006 International 4300SBA Van Truck** | **$0.00** | **Liquidation** | **$5,000.00** |
| 47.4.    **1989 International Truck (spray foam rig)** | **$0.00** | **Liquidation** | **$10,000.00** |
| 47.5.    **1998 International Boom Crane** | **$4,954.59** | **Liquidation** | **$12,000.00** |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Miscellaneous equipment - see schedule<br>attached** | **$1,023,334.39** | **Liquidation Est.** | **$1,000,000.00** |

| 51. | **Total of Part 8.** | | **$1,033,500.00** |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Rockland Industries, Inc.**    Case number *(If known)* _____
_____
Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **Map No. 072-06-05-008 - Bleach house, finishing warehouse and bale shed abutting lots on West side of US 301, East side of Calhoun St. and empty lot on East side of US 301.** | Own land and building | Unknown | Tax records | $1,648,951.00 |
| 55.2. | **Map No. 0087-02-12-004 - 114 Weimer Street, property only, no building on property.** | Own land. | Unknown | Tax records | $5,500.00 |
| 55.3. | **Map No. 0087-02-12-013 - Lot on Main Hwy US 301 (parking lot - SUPERB fund clean-up). Property only, no building.** | Own land. | Unknown | Tax records | $16,200.00 |
| 55.4. | **Tax Map No. 0087-02-12-014 - Lot 23 and portion of mill lot off Main Hwy US 301 (Bridges property), Land only.** | Own land. | Unknown | Tax records | $8,000.00 |
| 55.5. | **Tax Map No. 0087-02-12-016 - Old office building & land at 3254 Main Hwy US 301, land and building.** | Own land and building. | Unknown | Tax records | $83,260.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Rockland Industries, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **Tax Map. No. 0087-02-12-017 - Lot on Main Hwy US 301 (old Brickle garage property), 2 small lots, no buildings.** | Own land. | Unknown | Tax records | $12,900.00 |
| 55.7. | **Tax Map No. 0087-02-12-018 - Lot on Main Hwy US 301 (old Fire House property) , land only, no buildings.** | Own land. | Unknown | | Unknown |
| 55.8. | **Tax Map No. 0072-07-03-001 - 609 Calhoun Steet, 1 property with 5 buildings.** | Own land and buildings. | Unknown | Tax records | $501,358.00 |
| 55.9. | **Tax Map No. 072-07-03-002 - 609 Calhoun St. acreage only, no building.** | Own land | Unknown | Tax records | $30,800.00 |
| 55.10. | **Tax Map No. 0087-02-15-001 - Property at Main & Presbyterian Streets, east side of Main Hwy US 301, land only.** | Own land. | Unknown | Tax records | $23,600.00 |
| 55.11. | **Tax Map No. 0087-02-14-005 - Property at NE corner of Elm & Calhoun Streets, no building.** | Own land. | Unknown | Tax records | $8,500.00 |
| 55.12. | **Tax Map No. 0072-07-07-019 - Portion of Lot 5 off Calhoun Street, landlocked residential lot. Property only, no building.** | Own land. | Unknown | Tax records | $2,000.00 |
| 55.13. | **4969 Mercantile Road Nottingham, MD 21236 Executive offices, 11,735 square feet** | Leasee | $0.00 | | $0.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Rockland Industries, Inc.** | Case number *(If known)* | |
| | Name | | |

| 56. | **Total of Part 9.** | | **$2,341,069.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Registered trademark for Roc-lon, US Reg No. 6,292,282.** | Unknown | | Unknown |
| | **Common Law Trademarks for:  Edge-to-Edge; Budget Blackout; Expo Blackout; Textralon; Sleep Safe; Lights Out; Termalsuede; Specialsuede; Denimtone; Golden Gate; Monterey; Waikiki; Savannah; Serendipity; Verona; Luna; Rain-No-Stain; Renaissance; Satinnap; Special Sheen; Sonata Sateen; Supralon; Econosheen; Windsor; Safe-T-Lon; Flame Ban; Roc-Bump and Roc-Protect.** | Unknown | | Unknown |
| | **Internet domain name and website: Rock-lon.com, expires 12/18/21** | Unknown | | Unknown |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** **License and Asset Purchase Agreement with China Tex** **Minimun annual payment of at least 60k paid out quartly.** | Unknown | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer mailing list.** | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Rockland Industries, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| **71.** | **Notes receivable** Description (include name of obligor) | | | | |
| | **Duty Drawback** | **230,000.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = **$230,000.00** |
| | **Fabric Tex credit memo for defective prepaid goods.** | **6,813.80** Total face amount | - | **0.00** doubtful or uncollectible amount | = **$6,813.80** |
| | **Trademark Assignment Agreement with Chinatex as of 1/4/2021** | **0.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = **Unknown** |
| **72.** | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | | | |
| | **Unused net operating losses. ($10,576,294.00)** | | Tax year **2017-2020** | | **$0.00** |
| **73.** | **Interests in insurance policies or annuities** | | | | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | | | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** **Lender liability and related claims against Bank of America** | | | | **Unknown** |
| | Nature of claim | | | | |
| | Amount requested | **$0.00** | | | |

| Debtor | **Rockland Industries, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| **Possible litigation for Breach of Contract by Frabricut.** | | **Unknown** |
|---|---|---|
| Nature of claim | **Breach of Contract** | |
| Amount requested | **$0.00** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**

|  |
|---|
| **$236,813.80** |

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Rockland Industries, Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $348,092.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $27,129.45 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $228,277.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $223,400.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $117,464.60 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,033,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $2,341,069.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $236,813.80 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,214,677.72 | + 91b. $2,341,069.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,555,746.72 |

Section 2
Part 7.39
Office Furniture, Fixtures and Equipment

Furniture & Fixtures
As of July 31, 2021

| Main numt | SNo. | Cap. date | Name | Acq.value | Accum.dep. | Book val | Valuation Method |
|---|---|---|---|---|---|---|---|
| 300001 | 2 | 7/31/1997 | F/F - TELEPHONE | 67,229.95 | -67,229.95 | 0 | 10 Yr straight line |
| 300006 | 0 | 7/31/1989 | F/F TELEPHONE | 188.5 | -188.5 | 0 | 10 Yr straight line |
| 300006 | 1 | 7/31/1993 | F/F TELEPHONE | 14,336.72 | -14,336.72 | 0 | 10 Yr straight line |
| 300006 | 2 | 7/31/1994 | F/F TELEPHONE | 855 | -855 | 0 | 10 Yr straight line |
| 300006 | 3 | 7/31/1997 | F/F TELEPHONE | 3,970.21 | -3,970.21 | 0 | 10 Yr straight line |
| 300032 | 0 | 12/31/2017 | Vertical Summit Telephone System - SC | 16,643.12 | -5,963.78 | 10,679.34 | 10 Yr straight line |
| 300005 | 0 | 7/31/1987 | F/F-FURNITURE & FIXTURES | 7,827.46 | -7,827.46 | 0 | 10 Yr straight line |
| 300005 | 1 | 7/31/1988 | F/F-FURNITURE & FIXTURES | 1,149.75 | -1,149.75 | 0 | 10 Yr straight line |
| 300005 | 2 | 7/31/1989 | F/F-FURNITURE & FIXTURES | 463.58 | -463.58 | 0 | 10 Yr straight line |
| 300005 | 3 | 7/31/1991 | F/F-FURNITURE & FIXTURES | 1,574.99 | -1,574.99 | 0 | 10 Yr straight line |
| 300005 | 4 | 7/31/1992 | F/F-FURNITURE & FIXTURES | 409.48 | -409.48 | 0 | 10 Yr straight line |
| 300005 | 5 | 7/31/1994 | F/F-FURNITURE & FIXTURES | 3,148.00 | -3,148.00 | 0 | 10 Yr straight line |
| 300005 | 6 | 7/31/1995 | F/F-FURNITURE & FIXTURES | 5,425.34 | -5,425.34 | 0 | 10 Yr straight line |
| 300005 | 7 | 7/31/1996 | F/F-FURNITURE & FIXTURES | 233.15 | -233.15 | 0 | 10 Yr straight line |
| 300005 | 8 | 7/31/1999 | F/F-FURNITURE & FIXTURES | 3,340.00 | -3,340.00 | 0 | 10 Yr straight line |
| 300007 | 0 | 7/31/1990 | F/F - PLANT | 377.95 | -377.95 | 0 | 10 Yr straight line |
| 300013 | 0 | 11/30/1999 | Furniture & Fixtures | 14,433.13 | -14,433.13 | 0 | 10 Yr straight line |
| 300014 | 0 | 2/28/2000 | Furniture & Fixtures | 3,441.28 | -3,441.28 | 0 | 10 Yr straight line |
| 300015 | 0 | 4/30/2000 | 4 Office Chairs | 211.96 | -211.96 | 0 | 10 Yr straight line |
| 300016 | 0 | 5/4/2000 | Computer Desk | 63.58 | -63.58 | 0 | 10 Yr straight line |
| 300018 | 1 | 2/29/2004 | Office Furniture | 35,017.10 | -35,017.10 | 0 | 10 Yr straight line |
| 300025 | 0 | 9/30/2003 | Office Furniture | 12,179.10 | -12,179.10 | 0 | 10 Yr straight line |
| 300026 | 0 | 4/30/2006 | Desk & file cabinets - controller's office | 2,666.66 | -2,666.66 | 0 | 10 Yr straight line |
| 300027 | 0 | 8/31/2009 | Trade Show Fixtures | 7,795.61 | -7,795.61 | 0 | 10 Yr straight line |
| 300028 | 0 | 11/8/2016 | 28 lateral files 13 cherry Knoll /15 tan Steelcase | 7,500.20 | -3,500.11 | 4,000.09 | 10 Yr straight line |
| 300031 | 0 | 9/14/2017 | Office Cubicle Parts and Assembly | 7,641.92 | -2,929.43 | 4,712.49 | 10 Yr straight line |
| 300029 | 0 | 3/27/2017 | Park - Greige and Finished goods racks | 4,284.00 | -1,856.40 | 2,427.60 | 10 Yr straight line |
| Assetclass | | 3000 | | 222,407.74 | -200,588.22 | 21,819.52 | |

Computer Hardware & Software
As of July 31, 2021

| Main numt | SNo. | Cap. date | Name | Acq.value | Accum.dep. | Book val | |
|---|---|---|---|---|---|---|---|
| 600099 | 0 | 4/30/2014 | Remote Sun Server backup | 16,360.30 | -11,861.23 | 4,499.07 | 5 Yr straight line |
| 600100 | 0 | 7/11/2014 | APC Battery Backup for Sun V490 server | 9,924.46 | -6,947.15 | 2,977.31 | 5 Yr straight line |
| 600102 | 0 | 10/23/2015 | Development/Backup Server | 14,494.00 | -8,334.07 | 6,159.93 | 5 Yr straight line |
| 600103 | 0 | 5/31/2016 | HP ProLiant ML350 G9 ROCK2 Tower Server | 13,203.39 | -6,821.76 | 6,381.63 | 5 Yr straight line |
| 600104 | 0 | 9/6/2016 | SC Computer Room UPS System and Battery pack | 7,654.70 | -3,699.78 | 3,954.92 | 5 Yr straight line |
| 600017 | 0 | 8/31/1999 | Computer Equipment | 5,394.55 | -5,394.55 | 0 | 10 Yr straight line |
| 600018 | 0 | 3/31/2000 | Computer Equipment | 285.98 | -285.98 | 0 | 10 Yr straight line |
| 600020 | 0 | 5/4/2000 | HP Ink Jet Printer | 95.33 | -95.33 | 0 | 10 Yr straight line |
| 600021 | 0 | 6/6/2000 | HP Deskjet Printer 610CL | 95.32 | -95.32 | 0 | 10 Yr straight line |
| 600024 | 0 | 6/30/2002 | Plaut Services | 1,866,016.31 | -1,866,016.31 | 0 | 10 Yr straight line |
| 600024 | 1 | 10/31/2002 | Plaut Services | 20,550.00 | -20,550.00 | 0 | 10 Yr straight line |
| 600024 | 2 | 12/31/2002 | Plaut Services | 26,081.00 | -26,081.00 | 0 | 10 Yr straight line |
| 600033 | 0 | 12/20/2000 | RF System | 67,933.50 | -67,933.50 | 0 | 10 Yr straight line |
| 600034 | 0 | 12/20/2000 | RF System | 0 | 0 | 0 | 10 Yr straight line |
| 600037 | 0 | 1/31/2001 | ATS Scanner | 331,126.19 | -331,126.19 | 0 | 10 Yr straight line |
| 600040 | 0 | 3/9/2001 | Zebra 105SE Printers | 17,142.64 | -17,142.64 | 0 | 10 Yr straight line |
| 600050 | 0 | 2/27/2002 | Scanner | 104.99 | -104.99 | 0 | 10 Yr straight line |
| 600051 | 0 | 10/7/2002 | Sun Fire V480 | 100,903.75 | -100,903.75 | 0 | 10 Yr straight line |
| 600058 | 0 | 2/28/2002 | Plaut Integrated Planning | 2,771.27 | -2,771.27 | 0 | 10 Yr straight line |
| 600061 | 0 | 4/26/2003 | LS3202 Scanner with accessories | 10,455.00 | -10,455.00 | 0 | 10 Yr straight line |
| 600063 | 0 | 7/21/2003 | Canon Image Runner digital copier | 5,500.00 | -5,500.00 | 0 | 10 Yr straight line |

| 600067 | 0 | 8/31/2003 | SAP Console | 19,507.43 | -19,507.43 | 0 | 10 Yr straight line |
| 600068 | 0 | 8/31/2003 | SAP Programming Changes | 8,100.00 | -8,100.00 | 0 | 10 Yr straight line |
| 600073 | 0 | 10/29/2003 | HP4200N Laser Printer | 3,412.25 | -3,412.25 | 0 | 10 Yr straight line |
| 600077 | 0 | 2/17/2004 | IBM TP T20 Pentium III Notebook | 1,627.00 | -1,627.00 | 0 | 10 Yr straight line |
| 600085 | 0 | 5/5/2004 | Zebra 6M Standard Printer | 2,479.00 | -2,479.00 | 0 | 10 Yr straight line |
| 600088 | 0 | 12/31/2004 | Okidata 321 Printer Turbo | 503.4 | -503.4 | 0 | 10 Yr straight line |
| 600089 | 0 | 3/25/2005 | Pentium 4 Intel 2.8 gig processor | 2,178.00 | -2,178.00 | 0 | 10 Yr straight line |
| 600096 | 0 | 4/30/2010 | TRG - file and mail servers with backup | 14,279.56 | -14,279.56 | 0 | 10 Yr straight line |
| 600097 | 0 | 9/30/2012 | LaserJet 5200 TN Printer | 4,198.00 | -4,198.00 | 0 | 10 Yr straight line |
| 600101 | 0 | 10/31/2014 | SAP software migration to Sun V490 Servers | 8,415.00 | -8,415.00 | 0 | 10 Yr straight line |
| 600105 | 0 | 2/28/2018 | Brand Star Website Development | 46,000.00 | -28,850.00 | 17,150.00 | 10 Yr straight line |

Total          41,122.86

**Sec 2**
**Part 8 Machinery, Equipment and Vehicles**

**Motor Vehicles**
As of July 31, 2021

| Main number | SNo. | Cap. date | Name | Acq.value | Accum.dep. | Book val | Method |
|---|---|---|---|---|---|---|---|
| 500010 | 0 | 8/31/2003 | 2003 C1500 Chevy Silverado Truck | 18,954.11 | -18,954.11 | 0 | 3 Yr straight line |
| 500010 | 1 | 3/24/2004 | 1996 Ford Truck | 5,000.00 | -5,000.00 | 0 | 3 Yr straight line |
| 500016 | 0 | 11/30/2012 | 2006 International 4300SBA Van Truck | 12,151.88 | -12,151.88 | 0 | 3 Yr straight line |
| 200299 | 0 | 6/30/2009 | 1989 International Truck (Spray Foam Rig) | 32,000.00 | -32,000.00 | 0 | 10 Yr straight line |
| 200344 | 0 | 5/31/2013 | 1998 International Boom Crane | 27,025.01 | -22,070.42 | 4,954.59 | 10 Yr straight line |

**Machinery & Equipment**
As of July 31, 2021

| Main number | SNo. | Cap. date | Name | Acq.value | Accum.dep. | Book val | Method |
|---|---|---|---|---|---|---|---|
| 200034 | 0 | 7/31/1990 | M/E - LINE #6 | 16,100.00 | -16,100.00 | 0 | 10 Yr straight line |
| 200035 | 0 | 7/31/1987 | M/E - CURING UNIT | 32,852.88 | -32,852.88 | 0 | 10 Yr straight line |
| 200035 | 1 | 7/31/1988 | M/E - CURING UNIT | 1,472.35 | -1,472.35 | 0 | 10 Yr straight line |
| 200064 | 0 | 7/31/1988 | M/E - BALE SHED | 8,250.00 | -8,250.00 | 0 | 10 Yr straight line |
| 200064 | 1 | 7/31/1989 | M/E - BALE SHED | 1,350.00 | -1,350.00 | 0 | 10 Yr straight line |
| 200064 | 2 | 7/31/1994 | M/E - BALE SHED | 34,935.67 | -34,935.67 | 0 | 10 Yr straight line |
| 200065 | 3 | 7/31/1990 | M/E - BLEACHING | 11,728.39 | -11,728.39 | 0 | 10 Yr straight line |
| 200065 | 5 | 7/31/1992 | M/E - BLEACHING | 7,040.06 | -7,040.06 | 0 | 10 Yr straight line |
| 200065 | 6 | 7/31/1993 | M/E - BLEACHING | 7,500.00 | -7,500.00 | 0 | 10 Yr straight line |
| 200065 | 7 | 7/31/1994 | M/E - BLEACHING | 82,801.00 | -82,801.00 | 0 | 10 Yr straight line |
| 200065 | 8 | 7/31/1995 | M/E - BLEACHING | 386,073.91 | -386,073.91 | 0 | 10 Yr straight line |
| 200065 | 9 | 7/31/1996 | M/E - BLEACHING | 50,231.52 | -50,231.52 | 0 | 10 Yr straight line |
| 200065 | 10 | 7/31/1997 | M/E - BLEACHING | 10,902.89 | -10,902.89 | 0 | 10 Yr straight line |
| 200065 | 11 | 7/31/1998 | M/E - BLEACHING | 5,831.72 | -5,831.72 | 0 | 10 Yr straight line |
| 200066 | 7 | 7/31/1995 | M/E - BOILER ROOM | 77,227.73 | -77,227.73 | 0 | 10 Yr straight line |
| 200066 | 8 | 7/31/1996 | M/E - BOILER ROOM | 766.38 | -766.38 | 0 | 10 Yr straight line |
| 200066 | 9 | 7/31/1999 | M/E - BOILER ROOM | 28,506.10 | -28,506.10 | 0 | 10 Yr straight line |
| 200067 | 0 | 7/31/1989 | M/E - MIXING ROOM | 188,568.71 | -188,568.71 | 0 | 10 Yr straight line |
| 200067 | 1 | 7/31/1990 | M/E - MIXING ROOM | 28,664.56 | -28,664.56 | 0 | 10 Yr straight line |
| 200067 | 2 | 7/31/1991 | M/E - MIXING ROOM | 9,618.29 | -9,618.29 | 0 | 10 Yr straight line |
| 200067 | 3 | 7/31/1992 | M/E - MIXING ROOM | 3,706.65 | -3,706.65 | 0 | 10 Yr straight line |
| 200067 | 4 | 7/31/1994 | M/E - MIXING ROOM | 6,860.50 | -6,860.50 | 0 | 10 Yr straight line |
| 200067 | 6 | 7/31/1997 | M/E - MIXING ROOM | 6,700.00 | -6,700.00 | 0 | 10 Yr straight line |
| 200072 | 0 | 7/31/1998 | LINE #3 | 449,759.73 | -449,759.73 | 0 | 10 Yr straight line |
| 200072 | 1 | 7/31/1999 | LINE #3 | 132,055.50 | -132,055.50 | 0 | 10 Yr straight line |
| 200073 | 0 | 7/31/1988 | M/E - LINE #4 (FOAM LINE) | 53,085.06 | -53,085.06 | 0 | 10 Yr straight line |
| 200073 | 1 | 7/31/1989 | M/E - LINE #4 (FOAM LINE) | 27,900.00 | -27,900.00 | 0 | 10 Yr straight line |
| 200073 | 2 | 7/31/1991 | M/E - LINE #4 (FOAM LINE) | 6,800.00 | -6,800.00 | 0 | 10 Yr straight line |
| 200073 | 3 | 7/31/1992 | M/E - LINE #4 (FOAM LINE) | 35,280.92 | -35,280.92 | 0 | 10 Yr straight line |
| 200073 | 4 | 7/31/1993 | M/E - LINE #4 (FOAM LINE) | 16,176.15 | -16,176.15 | 0 | 10 Yr straight line |
| 200073 | 5 | 7/31/1997 | M/E - LINE #4 (FOAM LINE) | 292,471.14 | -292,471.14 | 0 | 10 Yr straight line |
| 200073 | 6 | 7/31/1998 | M/E - LINE #4 (FOAM LINE) | 49,854.39 | -49,854.39 | 0 | 10 Yr straight line |
| 200073 | 7 | 7/31/1999 | M/E - LINE #4 (FOAM LINE) | 6,500.00 | -6,500.00 | 0 | 10 Yr straight line |
| 200075 | 0 | 7/31/1987 | M/E - LINE #6 | 18,178.74 | -14,450.73 | 3,728.01 | 10 Yr straight line |
| 200075 | 1 | 7/31/1988 | M/E - LINE #6 | 5,434.69 | -5,434.69 | 0 | 10 Yr straight line |
| 200075 | 2 | 7/31/1989 | M/E - LINE #6 | 13,274.18 | -13,274.18 | 0 | 10 Yr straight line |
| 200075 | 3 | 7/31/1990 | M/E - LINE #6 | 7,853.00 | -7,853.00 | 0 | 10 Yr straight line |
| 200075 | 4 | 7/31/1994 | M/E - LINE #6 | 995.15 | -995.15 | 0 | 10 Yr straight line |
| 200075 | 5 | 7/31/1995 | M/E - LINE #6 | 84,009.99 | -84,009.99 | 0 | 10 Yr straight line |
| 200075 | 6 | 7/31/1996 | M/E - LINE #6 | 4,679.43 | -4,679.43 | 0 | 10 Yr straight line |
| 200075 | 7 | 7/31/1998 | M/E - LINE #6 | 11,839.46 | -11,839.46 | 0 | 10 Yr straight line |
| 200075 | 8 | 7/31/1999 | M/E - LINE #6 | 2,349.00 | -2,349.00 | 0 | 10 Yr straight line |
| 200076 | 0 | 7/31/1987 | M/E - CURING UNIT | 6,421.04 | -6,421.04 | 0 | 10 Yr straight line |
| 200076 | 1 | 7/31/1988 | M/E - CURING UNIT | 5,147.15 | -5,147.15 | 0 | 10 Yr straight line |
| 200076 | 2 | 7/31/1993 | M/E - CURING UNIT | 3,520.00 | -3,520.00 | 0 | 10 Yr straight line |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 200076 | 3 | 7/31/1996 | M/E - CURING UNIT | 211.4 | -211.4 | 0 | 10 Yr straight line |
| 200077 | 0 | 7/31/1998 | LINE #6 | 632,776.35 | -632,776.35 | 0 | 10 Yr straight line |
| 200077 | 1 | 7/31/1999 | LINE #6 | 36,098.22 | -36,098.22 | 0 | 10 Yr straight line |
| 200078 | 0 | 7/31/1987 | M/E - CALENDERS | 24,450.00 | -15,449.85 | 9,000.15 | 10 Yr straight line |
| 200078 | 1 | 7/31/1988 | M/E - CALENDERS | 3,389.99 | -3,389.99 | 0 | 10 Yr straight line |
| 200078 | 2 | 7/31/1989 | M/E - CALENDERS | 4,668.68 | -4,668.68 | 0 | 10 Yr straight line |
| 200078 | 3 | 7/31/1990 | M/E - CALENDERS | 2,719.88 | -2,719.88 | 0 | 10 Yr straight line |
| 200078 | 4 | 7/31/1992 | M/E - CALENDERS | 14,667.43 | -14,667.43 | 0 | 10 Yr straight line |
| 200078 | 5 | 7/31/1993 | M/E - CALENDERS | 19,473.88 | -19,473.88 | 0 | 10 Yr straight line |
| 200078 | 6 | 7/31/1994 | M/E - CALENDERS | 8,157.00 | -8,157.00 | 0 | 10 Yr straight line |
| 200078 | 7 | 7/31/1999 | M/E - CALENDERS | 9,440.00 | -9,440.00 | 0 | 10 Yr straight line |
| 200083 | 0 | 7/31/1989 | M/E - NAPPING | 297,531.94 | -297,531.94 | 0 | 10 Yr straight line |
| 200083 | 2 | 7/31/1991 | M/E - NAPPING | 6,543.75 | -6,543.75 | 0 | 10 Yr straight line |
| 200083 | 3 | 7/31/1993 | M/E - NAPPING | 10,208.21 | -10,208.21 | 0 | 10 Yr straight line |
| 200083 | 4 | 7/31/1994 | M/E - NAPPING | 31,852.33 | -31,852.33 | 0 | 10 Yr straight line |
| 200084 | 0 | 7/31/1987 | M/E - PUT - UP | 15,791.17 | -15,791.17 | 0 | 10 Yr straight line |
| 200084 | 1 | 7/31/1988 | M/E - PUT - UP | 5,788.00 | -5,788.00 | 0 | 10 Yr straight line |
| 200084 | 2 | 7/31/1989 | M/E - PUT - UP | 43,162.48 | -43,162.48 | 0 | 10 Yr straight line |
| 200084 | 3 | 7/31/1995 | M/E - PUT - UP | 8,226.21 | -8,226.21 | 0 | 10 Yr straight line |
| 200084 | 4 | 7/31/1996 | M/E - PUT - UP | 9,500.00 | -9,500.00 | 0 | 10 Yr straight line |
| 200084 | 5 | 7/31/1997 | M/E - PUT - UP | 18,500.00 | -18,500.00 | 0 | 10 Yr straight line |
| 200084 | 6 | 7/31/1998 | M/E - PUT - UP | 1,895.00 | -1,895.00 | 0 | 10 Yr straight line |
| 200085 | 0 | 7/31/1987 | M/E - SHIPPING DEPARTMENT | 26,396.00 | -14,641.11 | 11,754.89 | 10 Yr straight line |
| 200085 | 1 | 7/31/1988 | M/E - SHIPPING DEPARTMENT | 80,409.50 | -80,409.50 | 0 | 10 Yr straight line |
| 200085 | 2 | 7/31/1989 | M/E - SHIPPING DEPARTMENT | 1,250.00 | -1,250.00 | 0 | 10 Yr straight line |
| 200085 | 3 | 7/31/1993 | M/E - SHIPPING DEPARTMENT | 1,165.00 | -1,165.00 | 0 | 10 Yr straight line |
| 200085 | 4 | 7/31/1994 | M/E - SHIPPING DEPARTMENT | 20,774.00 | -20,774.00 | 0 | 10 Yr straight line |
| 200085 | 5 | 7/31/1995 | M/E - SHIPPING DEPARTMENT | 8,301.33 | -8,301.33 | 0 | 10 Yr straight line |
| 200085 | 6 | 7/31/1996 | M/E - SHIPPING DEPARTMENT | 19,080.00 | -19,080.00 | 0 | 10 Yr straight line |
| 200085 | 7 | 7/31/1997 | M/E - SHIPPING DEPARTMENT | 6,890.00 | -6,890.00 | 0 | 10 Yr straight line |
| 200085 | 8 | 7/31/1998 | M/E - SHIPPING DEPARTMENT | 34,748.29 | -34,748.29 | 0 | 10 Yr straight line |
| 200085 | 9 | 7/31/1999 | M/E - SHIPPING DEPARTMENT | 22,590.75 | -22,590.75 | 0 | 10 Yr straight line |
| 200086 | 1 | 7/31/1997 | M/E - MAINTENANCE | 4,590.20 | -4,590.20 | 0 | 10 Yr straight line |
| 200087 | 0 | 7/31/1993 | M/E - OCCUPANCY | 5,683.90 | -5,683.90 | 0 | 10 Yr straight line |
| 200087 | 1 | 7/31/1994 | M/E - OCCUPANCY | 2,951.42 | -2,951.42 | 0 | 10 Yr straight line |
| 200087 | 2 | 7/31/1998 | M/E - OCCUPANCY | 7,523.90 | -7,523.90 | 0 | 10 Yr straight line |
| 200087 | 3 | 7/31/1999 | M/E - OCCUPANCY | 2,120.34 | -2,120.34 | 0 | 10 Yr straight line |
| 200088 | 0 | 7/31/1988 | M/E - LAB DEPARTMENT | 352.99 | -352.99 | 0 | 10 Yr straight line |
| 200088 | 1 | 7/31/1990 | M/E - LAB DEPARTMENT | 2,100.00 | -2,100.00 | 0 | 10 Yr straight line |
| 200088 | 2 | 7/31/1993 | M/E - LAB DEPARTMENT | 8,169.00 | -8,169.00 | 0 | 10 Yr straight line |
| 200107 | 0 | 7/31/1999 | M/E - LINE #6 | 47,463.28 | -47,463.28 | 0 | 10 Yr straight line |
| 200126 | 0 | 3/31/2000 | Machinery & Equipment | 3,139.28 | -2,288.49 | 850.79 | 10 Yr straight line |
| 200132 | 0 | 6/22/2000 | Erhardt & Leimer KRA-50 rail guiding system | 3,945.42 | -3,945.42 | 0 | 10 Yr straight line |
| 200136 | 0 | 8/17/2000 | 4000lb LP Catapiller Forklift Model VC40D | 2,200.00 | -2,200.00 | 0 | 10 Yr straight line |
| 200137 | 0 | 8/18/2000 | Forklift, Model VC40C | 2,200.00 | -2,200.00 | 0 | 10 Yr straight line |
| 200138 | 0 | 7/31/1994 | M/E CALENDERS | 13,209.57 | -13,209.57 | 0 | 10 Yr straight line |
| 200139 | 0 | 2/1/1995 | M/E - BLEACHING | 7,950.61 | -7,950.61 | 0 | 10 Yr straight line |
| 200143 | 0 | 11/21/2000 | 1996 Gover Sizzor Lift | 3,675.00 | -3,675.00 | 0 | 10 Yr straight line |
| 200144 | 0 | 12/18/2000 | Heat Transfer Print Machine | 52,263.67 | -52,263.67 | 0 | 10 Yr straight line |
| 200150 | 0 | 12/13/2001 | A Frames | 8,999.97 | -8,999.97 | 0 | 10 Yr straight line |
| 200151 | 0 | 1/16/2002 | New Table for Line #6 | 2,073.00 | -2,073.00 | 0 | 10 Yr straight line |
| 200152 | 0 | 1/29/2002 | Lift Bracket for Mitsubishi Forklift | 1,075.00 | -1,075.00 | 0 | 10 Yr straight line |
| 200154 | 0 | 3/14/2002 | 20HP Worthington Air Compressor | 2,000.00 | -2,000.00 | 0 | 10 Yr straight line |
| 200155 | 0 | 8/1/2001 | New Calendar | 26,416.85 | -26,416.85 | 0 | 10 Yr straight line |
| 200163 | 0 | 7/1/2002 | Orion-Model H-77 Semi-Automatic Wrapping M | 6,995.00 | -6,995.00 | 0 | 10 Yr straight line |
| 200166 | 0 | 6/28/2002 | Verduin Calenders | 13,700.00 | -13,700.00 | 0 | 10 Yr straight line |
| 200168 | 0 | 6/28/2002 | Pad Range 4 | 4,200.00 | -4,200.00 | 0 | 10 Yr straight line |
| 200169 | 0 | 6/28/2002 | Lift Trucks | 4,500.00 | -4,500.00 | 0 | 10 Yr straight line |
| 200174 | 0 | 7/31/2002 | Print Blanket | 28,081.29 | -28,081.29 | 0 | 10 Yr straight line |
| 200178 | 0 | 8/9/2002 | Tenter Clips | 31,677.44 | -31,677.44 | 0 | 10 Yr straight line |
| 200181 | 0 | 9/16/2002 | Tilt Trucks | 1,177.50 | -1,177.50 | 0 | 10 Yr straight line |
| 200183 | 0 | 10/15/2002 | Tenter Chain | 21,375.00 | -21,375.00 | 0 | 10 Yr straight line |
| 200185 | 0 | 11/12/2002 | Trumeters | 10,626.00 | -10,626.00 | 0 | 10 Yr straight line |
| 200190 | 0 | 11/30/2002 | Used high lifts and parts | 13,610.00 | -13,610.00 | 0 | 10 Yr straight line |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 200191 | 0 | 11/30/2002 | Strapex Rotary stretch wrap tunnel | 4,000.00 | -4,000.00 | 0 | 10 Yr straight line |
| 200198 | 0 | 4/14/2003 | Rock Hill Printing & Equip. purchases | 495.94 | -495.94 | 0 | 10 Yr straight line |
| 200199 | 0 | 4/14/2003 | Rock Hill Printing & Equip. purchases | 247.97 | -247.97 | 0 | 10 Yr straight line |
| 200200 | 0 | 4/14/2003 | Rock Hill Printing & Equip. purchases | 1,487.83 | -1,487.83 | 0 | 10 Yr straight line |
| 200203 | 0 | 4/14/2003 | Rock Hill Printing & Equip. purchases | 1,983.77 | -1,983.77 | 0 | 10 Yr straight line |
| 200205 | 0 | 4/30/2003 | MCD 710 Signode Strappers w/ Scales & Convey | 1,500.00 | -1,500.00 | 0 | 10 Yr straight line |
| 200206 | 0 | 5/30/2003 | 5 Port Battery Charger w/ Analyzer | 855 | -855 | 0 | 10 Yr straight line |
| 200207 | 0 | 6/19/2003 | Gas/Exhaust System | 1,200.00 | -1,200.00 | 0 | 10 Yr straight line |
| 200208 | 0 | 7/31/2003 | Gessner Napper with spare parts | 3,000.00 | -3,000.00 | 0 | 10 Yr straight line |
| 200214 | 0 | 7/31/2003 | Motorola Portable Radios | 2,683.00 | -2,683.00 | 0 | 10 Yr straight line |
| 200216 | 0 | 7/31/2003 | Orthomat Straightener BFMC-104A | 61,500.00 | -61,500.00 | 0 | 10 Yr straight line |
| 200216 | 1 | 7/31/2003 | Orthomat Straightener BFMC-104A | 2,445.70 | -2,445.70 | 0 | 10 Yr straight line |
| 200218 | 0 | 9/19/2003 | MEC 6, 15lbs. Drycleaning Machine | 21,536.37 | -21,536.37 | 0 | 10 Yr straight line |
| 200233 | 0 | 2/29/2004 | Forklifts | 24,567.86 | -24,567.86 | 0 | 10 Yr straight line |
| 200237 | 0 | 11/30/2003 | Uncurlers - Bleach | 350 | -350 | 0 | 10 Yr straight line |
| 200238 | 0 | 11/30/2003 | Uncurlers - Screen Print | 175 | -175 | 0 | 10 Yr straight line |
| 200242 | 0 | 1/13/2004 | Line 3 - Elk Upgrade | 28,814.84 | -28,814.84 | 0 | 10 Yr straight line |
| 200245 | 0 | 12/31/2003 | American Lathe | 2,500.00 | -2,500.00 | 0 | 10 Yr straight line |
| 200246 | 0 | 1/24/2004 | Finishing Data Logger | 1,458.00 | -1,458.00 | 0 | 10 Yr straight line |
| 200247 | 0 | 2/24/2004 | Caterpillar GC25K-LP Cushion Tire Forklift | 18,913.00 | -18,913.00 | 0 | 10 Yr straight line |
| 200249 | 0 | 3/8/2004 | 80" Aframe Winder - Napping Project | 13,764.80 | -13,764.80 | 0 | 10 Yr straight line |
| 200250 | 0 | 2/10/2004 | Ohaus Scale | 400 | -400 | 0 | 10 Yr straight line |
| 200251 | 0 | 2/10/2004 | Bow Rolls | 1,000.00 | -1,000.00 | 0 | 10 Yr straight line |
| 200252 | 0 | 3/24/2004 | Doall Vertical Milling Machine | 5,368.00 | -5,060.59 | 307.41 | 10 Yr straight line |
| 200253 | 0 | 3/24/2004 | Ford tractor with mower & fertilizer spreader | 5,300.00 | -5,300.00 | 0 | 10 Yr straight line |
| 200254 | 0 | 3/24/2004 | Bobcat with backhoe & brush attachment | 7,500.00 | -7,500.00 | 0 | 10 Yr straight line |
| 200255 | 0 | 3/24/2004 | American Tool Lathe with attachment & Gantry | 16,635.46 | -16,635.46 | 0 | 10 Yr straight line |
| 200257 | 0 | 10/31/2003 | Gas/Exhaust Sytem | 4,074.00 | -4,074.00 | 0 | 10 Yr straight line |
| 200258 | 0 | 9/30/2003 | Gessner Napper with spare parts | 7,843.05 | -7,843.05 | 0 | 10 Yr straight line |
| 200260 | 0 | 8/31/2003 | Tenter head | 181,342.58 | -181,342.58 | 0 | 10 Yr straight line |
| 200262 | 0 | 9/2/2003 | Shrink Wrap Machine for long rolls | 13,455.54 | -13,455.54 | 0 | 10 Yr straight line |
| 200265 | 0 | 8/1/2004 | 400 HP Cleaver Brooks Model E Boiler | 10,720.54 | -10,720.54 | 0 | 10 Yr straight line |
| 200266 | 0 | 8/26/2004 | 48" Center height a-frames | 17,499.92 | -17,499.92 | 0 | 10 Yr straight line |
| 200268 | 0 | 10/31/2004 | 3000 Gallon Stainless Steel Tank with Mixer | 11,081.16 | -11,081.16 | 0 | 10 Yr straight line |
| 200269 | 0 | 11/1/2004 | ConvertaMax 26 Automatic Floor Scrubber | 2,756.00 | -2,756.00 | 0 | 10 Yr straight line |
| 200270 | 0 | 11/1/2004 | Gessner Worker Roll Grinder | 10,539.00 | -10,539.00 | 0 | 10 Yr straight line |
| 200271 | 0 | 11/1/2004 | Sarco Pump | 5,000.00 | -5,000.00 | 0 | 10 Yr straight line |
| 200272 | 0 | 11/15/2004 | Heat Pump for Napping | 1,431.90 | -1,431.90 | 0 | 10 Yr straight line |
| 200273 | 0 | 12/10/2004 | Phoenix Model# 2150 Stretch Wrap Machine | 7,450.00 | -7,450.00 | 0 | 10 Yr straight line |
| 200274 | 0 | 11/29/2004 | Boiler and Air Compressor from | 36,665.22 | -36,665.22 | 0 | 10 Yr straight line |
| 200275 | 0 | 11/30/2004 | Overhead Heater from | 1,961.00 | -1,961.00 | 0 | 10 Yr straight line |
| 200276 | 0 | 11/30/2004 | Laminator | 6,517.10 | -6,517.10 | 0 | 10 Yr straight line |
| 200278 | 0 | 3/25/2005 | Wet aframes | 18,861.22 | -18,861.22 | 0 | 10 Yr straight line |
| 200280 | 0 | 4/4/2005 | Incinerators for Line #6 | 19,101.59 | -19,101.59 | 0 | 10 Yr straight line |
| 200281 | 0 | 4/1/2005 | Crown A-frame Tugger | 500 | -500 | 0 | 10 Yr straight line |
| 200282 | 0 | 5/3/2005 | Air Compressor | 16,640.07 | -16,640.07 | 0 | 10 Yr straight line |
| 200285 | 0 | 4/30/2006 | 130" Verduin Calender | 47,816.31 | -47,816.31 | 0 | 10 Yr straight line |
| 200286 | 0 | 4/30/2006 | Spare AC drives | 2,250.00 | -2,250.00 | 0 | 10 Yr straight line |
| 200287 | 0 | 4/30/2006 | Spare AC drives | 2,250.00 | -2,250.00 | 0 | 10 Yr straight line |
| 200288 | 0 | 4/30/2006 | 108" Stork Transfer Print Machine | 33,527.96 | -33,527.96 | 0 | 10 Yr straight line |
| 200291 | 0 | 6/30/2006 | 100 HSF Zeks Dryer | 15,260.00 | -15,260.00 | 0 | 10 Yr straight line |
| 200294 | 0 | 10/31/2006 | Daewoo GC25E3 Forklifts | 16,629.00 | -16,629.00 | 0 | 10 Yr straight line |
| 200295 | 0 | 10/31/2006 | Daewoo BC25S Electric Forklift | 1,411.00 | -1,411.00 | 0 | 10 Yr straight line |
| 200298 | 0 | 6/30/2003 | warehouse racking | 7,750.40 | -7,750.40 | 0 | 10 Yr straight line |
| 200300 | 0 | 7/31/2009 | Fire-Retardant Compounding | 116,871.94 | -116,871.94 | 0 | 10 Yr straight line |
| 200301 | 0 | 7/31/2009 | Warehouse conveyor | 85,979.19 | -85,979.19 | 0 | 10 Yr straight line |
| 200302 | 0 | 7/31/2009 | Wide Inspection Machine | 147,149.85 | -147,149.85 | 0 | 10 Yr straight line |
| 200303 | 0 | 7/31/2009 | 130" Verduin | 109,547.01 | -109,547.01 | 0 | 10 Yr straight line |
| 200304 | 0 | 7/31/2009 | Cooling Tower | 435 | -435 | 0 | 10 Yr straight line |
| 200305 | 0 | 7/31/2009 | Kellogg 10hp air compressor | 2,880.00 | -2,880.00 | 0 | 10 Yr straight line |
| 200306 | 0 | 7/31/2009 | Shanklin shrink wrap tunnel | 71,921.44 | -71,921.44 | 0 | 10 Yr straight line |
| 200307 | 0 | 7/31/2009 | Line #1 tenter chain | 23,636.96 | -23,636.96 | 0 | 10 Yr straight line |
| 200308 | 0 | 11/30/2009 | Line #6 blade | 2,100.00 | -2,100.00 | 0 | 10 Yr straight line |
| 200309 | 0 | 11/30/2009 | Casters for saturator A-frames | 1,241.20 | -1,241.20 | 0 | 10 Yr straight line |

| 200310 | 0 | 11/30/2009 | Line #3 pints | 3,869.76 | -3,869.76 | 0 | 10 Yr straight line |
| 200311 | 0 | 11/30/2009 | Line #6 pins for cure box | 2,113.10 | -2,113.10 | 0 | 10 Yr straight line |
| 200313 | 0 | 3/4/2010 | Foam Recycle Tank Scale | 3,611.50 | -3,611.50 | 0 | 10 Yr straight line |
| 200315 | 0 | 3/31/2010 | Forklift - 2004 Mitsubishi FGC25N s/n AF82F006 | 5,000.00 | -5,000.00 | 0 | 10 Yr straight line |
| 200316 | 0 | 3/31/2010 | Forklift - 2003 Cat GC25K s/n AT28D03721 | 6,000.00 | -6,000.00 | 0 | 10 Yr straight line |
| 200318 | 0 | 8/31/2010 | Mitsubishi FGC25N Forklift | 5,500.00 | -5,500.00 | 0 | 10 Yr straight line |
| 200319 | 0 | 8/31/2010 | Mitsubishi FGC25N Forklift | 5,500.00 | -5,500.00 | 0 | 10 Yr straight line |
| 200320 | 0 | 11/19/2010 | Line #3 Kenyon tenter chain | 28,275.00 | -28,275.00 | 0 | 10 Yr straight line |
| 200322 | 0 | 4/30/2011 | Line #3 flow meter | 7,187.50 | -7,187.50 | 0 | 10 Yr straight line |
| 200323 | 0 | 6/30/2011 | Geniez45/22 Articulating Lift | 3,027.59 | -3,027.59 | 0 | 10 Yr straight line |
| 200324 | 0 | 9/30/2011 | Line #3 - Mid South Roller | 5,395.00 | -5,305.08 | 89.92 | 10 Yr straight line |
| 200325 | 0 | 9/30/2011 | Line #3 - Anar Rubber Works | 3,413.31 | -3,356.41 | 56.9 | 10 Yr straight line |
| 200328 | 0 | 10/31/2011 | Air Compressor - SSR-125 | 1,667.00 | -1,625.33 | 41.67 | 10 Yr straight line |
| 200329 | 0 | 10/31/2011 | Compressed Air Receiver | 1,667.00 | -1,625.33 | 41.67 | 10 Yr straight line |
| 200330 | 0 | 10/31/2011 | Marley | 833 | -812.18 | 20.82 | 10 Yr straight line |
| 200331 | 0 | 10/31/2011 | Gorman Rupp Waste Pumps | 2,500.00 | -2,437.50 | 62.5 | 10 Yr straight line |
| 200332 | 0 | 10/31/2011 | Condensate System | 833 | -812.18 | 20.82 | 10 Yr straight line |
| 200333 | 0 | 2/13/2012 | Verduin Calender Roll Refill | 6,296.50 | -5,929.20 | 367.3 | 10 Yr straight line |
| 200334 | 0 | 6/15/2012 | Mount Hope Bowed Rollers | 3,000.00 | -2,725.00 | 275 | 10 Yr straight line |
| 200335 | 0 | 6/15/2012 | Merrow 70-D3B-2 Sewing Mach Head w/ slimlin | 1,250.00 | -1,135.42 | 114.58 | 10 Yr straight line |
| 200336 | 0 | 7/12/2012 | Security Camera System | 3,673.23 | -3,305.89 | 367.34 | 10 Yr straight line |
| 200337 | 0 | 7/19/2012 | LeMaire Transfer Print Machine | 102,361.59 | -92,125.44 | 10,236.15 | 10 Yr straight line |
| 200338 | 0 | 11/16/2012 | Fire Alarm System Upgrade | 2,992.30 | -2,593.33 | 398.97 | 10 Yr straight line |
| 200339 | 0 | 11/16/2012 | Industrial Park - Heating System | 4,617.08 | -4,001.49 | 615.59 | 10 Yr straight line |
| 200340 | 0 | 12/4/2012 | Vacuum Trucks | 14,500.00 | -12,445.82 | 2,054.18 | 10 Yr straight line |
| 200341 | 0 | 11/30/2012 | 2007 Caterpillar C5000 4750lb Forklift | 9,225.00 | -7,995.00 | 1,230.00 | 10 Yr straight line |
| 200342 | 0 | 11/30/2012 | 2006 Caterpillar C5000 4750lb Forklift | 9,225.00 | -7,995.00 | 1,230.00 | 10 Yr straight line |
| 200343 | 0 | 3/15/2013 | Line #6 Exhaust System | 6,975.00 | -5,812.50 | 1,162.50 | 10 Yr straight line |
| 200346 | 0 | 8/31/2013 | 2006 JLG 1930ES Electri Scissorlift | 5,432.50 | -4,300.73 | 1,131.77 | 10 Yr straight line |
| 200347 | 0 | 8/31/2013 | 2000 Toyota 7FGCU25 5000 lb Forklift | 9,778.50 | -7,741.31 | 2,037.19 | 10 Yr straight line |
| 200348 | 0 | 8/31/2013 | 2000 Toyota 7FGCU25 5000 lb Forklift | 9,778.50 | -7,741.31 | 2,037.19 | 10 Yr straight line |
| 200349 | 0 | 12/31/2013 | Caterpillar Model GP45KT Propane Forklift | 16,820.00 | -12,755.17 | 4,064.83 | 10 Yr straight line |
| 200350 | 0 | 12/31/2013 | Ingersoll-Rand Model T-30 Dual Head Air Compr | 2,030.00 | -1,539.42 | 490.58 | 10 Yr straight line |
| 200351 | 0 | 12/31/2013 | Tennant Model 7400 Propane Riding Floor Swee | 1,740.00 | -1,319.50 | 420.5 | 10 Yr straight line |
| 200353 | 0 | 6/2/2014 | Line #6 - Stripped AH-360 burners | 6,486.00 | -4,594.25 | 1,891.75 | 10 Yr straight line |
| 200355 | 0 | 7/25/2014 | Line #3 - Knife coating roll | 3,175.00 | -2,222.50 | 952.5 | 10 Yr straight line |
| 200356 | 0 | 10/31/2014 | Foam Deaerator | 5,750.00 | -3,881.25 | 1,868.75 | 10 Yr straight line |
| 200357 | 0 | 10/31/2014 | Ameristar Heat Pump - 4 ton | 4,550.00 | -3,071.25 | 1,478.75 | 10 Yr straight line |
| 200358 | 0 | 2/28/2015 | Modine Ceiling Mounted Gas Heater | 678.5 | -435.37 | 243.13 | 10 Yr straight line |
| 200359 | 0 | 2/28/2015 | Sterling Model QVEF-250 Ceiling Mounted Gas H | 2,537.00 | -1,627.91 | 909.09 | 10 Yr straight line |
| 200360 | 0 | 2/28/2015 | 240"Hx72"Dx120"L Teardrop Pallet Rack | 5,208.87 | -3,342.38 | 1,866.49 | 10 Yr straight line |
| 200361 | 0 | 2/28/2015 | 2005 Yale Order Picker Fork Lift | 9,646.06 | -6,189.58 | 3,456.48 | 10 Yr straight line |
| 200362 | 0 | 2/28/2015 | Dayton Warehouse Celing mounted fans | 578.76 | -371.4 | 207.36 | 10 Yr straight line |
| 200363 | 0 | 3/12/2015 | Wash Range Fiberglass Hood | 7,358.00 | -4,660.07 | 2,697.93 | 10 Yr straight line |
| 200364 | 0 | 10/26/2015 | Bush Hog - 2015 CIP Xtreme 60" | 3,005.00 | -1,727.88 | 1,277.12 | 10 Yr straight line |
| 200365 | 0 | 11/25/2015 | Toyota Electric Forklift Model 7FBOL12C | 3,031.25 | -1,717.74 | 1,313.51 | 10 Yr straight line |
| 200366 | 0 | 4/5/2016 | Forklift Sidewinder Attachment | 750 | -393.75 | 356.25 | 10 Yr straight line |
| 200367 | 0 | 5/31/2016 | 130" Verduin two roll calendar Serial #672-B336 | 85,086.63 | -43,928.02 | 41,158.61 | 10 Yr straight line |
| 200368 | 0 | 5/31/2016 | Niagra Roll Former Model 3X48 - 16 gallon capa | 885 | -457.25 | 427.75 | 10 Yr straight line |
| 200369 | 0 | 5/31/2016 | Roper Whitney Inc. Pexto, Model 0617-B | 590 | -304.83 | 285.17 | 10 Yr straight line |
| 200370 | 0 | 5/31/2016 | Wysong Shear Model 1010-HM, Capacity 10-gua | 8,260.00 | -4,267.67 | 3,992.33 | 10 Yr straight line |
| 200371 | 0 | 6/30/2017 | Carte Transformers 1000 kva, 3 phase, 60HZ | 8,673.00 | -3,541.48 | 5,131.52 | 10 Yr straight line |
| 200372 | 0 | 9/30/2017 | Lemaire Print Blanket | 6,197.84 | -2,375.82 | 3,822.02 | 10 Yr straight line |
| 200373 | 0 | 7/31/2018 | Line #1 Foam Coating Range | 1,279,680.97 | -383,892.31 | 895,788.66 | 10 Yr straight line |
| 200374 | 0 | 4/30/2006 | A frame tugger | 3,000.00 | -3,000.00 | 0 | 10 Yr straight line |
| 200375 | 0 | 4/30/2006 | A frame tugger | 1,500.00 | -1,500.00 | 0 | 10 Yr straight line |
| 200062 | 0 | 7/31/1999 | INACTIVE ASSETS | 2,244,306.24 | -2,244,306.24 | 0 | 10 Yr straight line |

Construction in Progress
As of July 31, 2021

| Main number | SNo. | Cap. date | Name | Acq.value | Accum.dep. | Book val | |

| 400018 | 0 | 1/24/2011 | ELY Propane Vaporizer System | 6,218.08 | 0 | 6,218.08 | not depreciated |
| 400019 | 0 | 4/19/2011 | Foam Compound Storage Tanks | 1,115.51 | 0 | 1,115.51 | not depreciated |
| 400020 | 0 | 4/30/2011 | Ammonium Stearate Compounding | 1,279.90 | 0 | 1,279.90 | not depreciated |
| 400023 | 0 | 9/3/2014 | Industrial Grinder | 38,544.40 | 0 | 38,544.40 | not depreciated |
| 400024 | 0 | 11/30/2015 | CIP - Open Width Bleach Line | 83,404.19 | 0 | 83,404.19 | not depreciated |

**Fill in this information to identify the case:**

Debtor name   **Rockland Industries, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **CIT** | | |
|---|---|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| **2.1** | **CIT**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Related to A/R credit insurance**<br>**Claim 2C60** | **$0.00** | **$0.00** |

Creditor's Name

**201 South Tryon Street**
**Charlotte, NC 28202**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Related to A/R credit insurance**
**Claim 2C60**

Describe the lien
**Lien against A/R but not owed any money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **TM Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Granted a security interest in Rockland's assets to secure payment of a fee in the event of certain sales of Rockland's assets.** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1230 Peachtree St NE**
**Atlanta, GA 30309**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Granted a security interest in Rockland's assets to secure payment of a fee in the event of certain sales of Rockland's assets.**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Rockland Industries, Inc.** | Case number *(if known)* | |
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent

■ Unliquidated

■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$0.00** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 2

**Fill in this information to identify the case:**

Debtor name __**Rockland Industries, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $4,003.44 |
|  | **3 Day Blinds** |  |
|  | **2220 East Cerritos Ave.** |  |
|  | **Anaheim, CA 92806** |  |
|  | Date(s) debt was incurred _ |  |
|  | Last 4 digits of account number _ |  |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debts__

Is the claim subject to offset? ■ No  ☐ Yes

|  |  |  |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | $12,606.00 |
|  | **48Forty Solutions LLC** |  |
|  | **PO Box 849729** |  |
|  | **Dallas, TX 75284-9729** |  |
|  | Date(s) debt was incurred _ |  |
|  | Last 4 digits of account number _ |  |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debts__

Is the claim subject to offset? ■ No  ☐ Yes

|  |  |  |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | $199.33 |
|  | **Accomplish Quilting** |  |
|  | **810 Napier Ave** |  |
|  | **Saint Joseph, MI 49085** |  |
|  | Date(s) debt was incurred _ |  |
|  | Last 4 digits of account number _ |  |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debts__

Is the claim subject to offset? ■ No  ☐ Yes

|  |  |  |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | $516.13 |
|  | **Accurate Forklift** |  |
|  | **1120 Oakleigh Drive** |  |
|  | **Atlanta, GA 30344** |  |
|  | Date(s) debt was incurred _ |  |
|  | Last 4 digits of account number _ |  |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debts__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Rockland Industries, Inc. | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
Adam J. Leaderman
4714 Kitty Hawk Dr.
Atlanta, GA 30342

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Note**

Is the claim subject to offset? ■ No ☐ Yes

**$68,431.78**

---

**3.6** | Nonpriority creditor's name and mailing address
ADP, LLC
PO Box 842875
Boston, MA 02284-2875

Date(s) debt was incurred  9/10/21

Last 4 digits of account number  4147

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$2,283.39**

---

**3.7** | Nonpriority creditor's name and mailing address
Al Jazira Al Arabia Sons
PO box 53321
Jeddah, 21533
Saudi Arabia

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$12,800.00**

---

**3.8** | Nonpriority creditor's name and mailing address
Alice P. Johnson
PO Box 240
Bamberg, SC 29003-0240

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Property Taxes**

Is the claim subject to offset? ■ No ☐ Yes

**$315,004.88**

---

**3.9** | Nonpriority creditor's name and mailing address
Almanzel Furniture Co Ltd.
PO Box 6641
Jeddah, 21423
Saudi Arabia

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$1,136.60**

---

**3.10** | Nonpriority creditor's name and mailing address
Am. Retrmt. Plan Svcs.
Executive Plaza 1, Suite 802
11350 McCormick Rd
Hunt Valley, MD 21031

Date(s) debt was incurred  6/22/21

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.11** | Nonpriority creditor's name and mailing address
American Textile Specialties
321 England Place
Spartanburg, SC 29303

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$3,772.00**

---

| Debtor | Rockland Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,101.24 |
|---|---|---|---|

**Arthur R. Johnson Co Inc**
PO Box 320205
Brooklyn, NY 11232

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,102.95 |
|---|---|---|---|

**Atlantic Broadband**
520 East Pine Log Rd
Aiken, SC 29803

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet and Phone**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,452.28 |
|---|---|---|---|

**Atlantic Corporation**
PO Box 60002
Charlotte, NC 28260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,477.89 |
|---|---|---|---|

**B-H Transfer Co.**
PO Box 151
Sandersville, GA 31082

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.10 |
|---|---|---|---|

**Boone's Country Store**
23 Country Store
Boones Mill, VA 24065

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,759.68 |
|---|---|---|---|

**Buckeye Business Products**
PO Box 392340
Cleveland, OH 44193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,244.00 |
|---|---|---|---|

**Cady Industries Inc.**
c/o Rosenthal & Rosenthal Inc
PO Box 88926
Chicago, IL 60695-1926

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rockland Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.19**

**Nonpriority creditor's name and mailing address**

**Cantwell-Cleary**
**Paper & Packaging**
**7575 Washing Blvd.**
**Elkridge, MD 21075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debts__

Is the claim subject to offset? ■ No ☐ Yes

**$6,957.60**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Caraustar Converted Products Group**
**PO Box 935013**
**Atlanta, GA 31193-5013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debts__

Is the claim subject to offset? ■ No ☐ Yes

**$21,327.26**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Catawba Valley Community College**
**Attn: Business Office**
**2550 Highway 70 SE**
**Hickory, NC 28602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debts__

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Central Supply/CSC Inc.**
**PO Box 188**
**Fountain Inn, SC 29644**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debts__

Is the claim subject to offset? ■ No ☐ Yes

**$647.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Christine Civiletti**
**2707 Gray Monor Terrace**
**Dundalk, MD 21222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**City Electric Company**
**Charleston Division**
**PO Box 131811**
**Dallas, TX 75313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debts__

Is the claim subject to offset? ■ No ☐ Yes

**$721.72**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Coastal Filtration**
**9208 Avondale Road**
**Parkville, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$758.00**

---

| Debtor | Rockland Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.36**

**Comcast Business**
PO Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$849.62**

**Commercial Seaming**
PO Box 39
Henderson, NC 27536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,647.22**

**Continental Textile Co**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,580.00**

**Custom Synthesis, LLC**
PO Box 5254
Anderson, SC 29623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,064.64**

**Daylight Transport**
PO Box 93155
Long Beach, CA 90809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,785.01**

**Dillon Supply Company**
PO Box 896595
Charlotte, NC 28289-6595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,613.27**

**Dilmar Oil Company**
PO Box 5629
Florence, SC 29502-5629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rockland Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,067.15**

**Distinctive Stationary**
**Att: Bruce Raeke Jr.**
**204 Azar Court**
**Halethorpe, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debts__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,479.23**

**DuBose Strapping, Inc**
**PO Box 674435**
**Detroit, MI 48267-4435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debts__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,890.00**

**Dystar LP**
**PO Box 75193**
**Charlotte, NC 28275-0193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debts__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**East Federal, LLC**
**3520 East Federal Street**
**Baltimore, MD 21213**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Case pending 24-C-20-005122__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,245.00**

**Eastman Chemical Financial Corp**
**PO Box 785157**
**Philadelphia, PA 19178-5157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debts__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Edward M. Coles, Jr.**
**268 McGee St.**
**Bamberg, SC 29003**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$662.00**

**Elevate Textiles**
**PO  Box 507**
**Mount Holly, NC 28120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/22/21__

**Basis for the claim:**  __Trade Debts__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Rockland Industries, Inc.** _____    Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$2,212.34** |
| | **Estes Express Lines** | ☐ Contingent |
| | **PO Box 25612** | ☐ Unliquidated |
| | **Richmond, VA 23260-5612** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debts** |
| | **Last 4 digits of account number** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$147,932.64** |
| | **Euler Hermes North America Ins Co** | ■ Contingent |
| | **800 Red Brook Blvd** | |
| | **Suite 400C** | ■ Unliquidated |
| | **Owings Mills, MD 21117** | ■ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Euler Hermes (assignee) for Hamrick Mills** |
| | **Last 4 digits of account number** _ | **24-C-21-003198** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$618,830.40** |
| | **Euler Hermes North America Ins Co** | ■ Contingent |
| | **800 Red Brook Blvd** | |
| | **Suite 400C** | ■ Unliquidated |
| | **Owings Mills, MD 21117** | ■ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Euler Hermes assignee for J.C. Sussman** |
| | **Last 4 digits of account number** _ | **Case No. 24-C-21-001652 CN** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$149.10** |
| | **Everhard Products, Inc** | ☐ Contingent |
| | **1016 Ninth Street, SW** | ☐ Unliquidated |
| | **Canton, OH 44707** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debts** |
| | **Last 4 digits of account number** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$20,797.44** |
| | **Extex Corporation** | ☐ Contingent |
| | **33 34th Street** | ☐ Unliquidated |
| | **Brooklyn, NY 11232-2001** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debts** |
| | **Last 4 digits of account number** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$6,813.80** |
| | **Fabric Tex Corporation** | ☐ Contingent |
| | **372 Creek Path Avenue** | ☐ Unliquidated |
| | **Oakville, Ontario L6L 6X3** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debts** |
| | **Last 4 digits of account number** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$31.00** |
| | **FedEx** | ☐ Contingent |
| | **PO Box 371461** | ☐ Unliquidated |
| | **Pittsburgh, PA 15250-7461** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debts** |
| | **Last 4 digits of account number** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Rockland Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,158.00** |
|---|---|---|---|

**FedEx Freight Economy**
**PO Box 223125**
**Pittsburgh, PA 15250-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debts_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,750.00** |
|---|---|---|---|

**Fibro Chem, LLC**
**PO Box 150684**
**Ogden, UT 84415-0684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debts_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,074.03** |
|---|---|---|---|

**First Film Extruding**
**Division of Balcan Plastics**
**11320 State Route 9, Suite 100**
**Champlain, NY 12919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debts_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.73** |
|---|---|---|---|

**Frank Parsons Paper Co Inc.**
**PO Box 791416**
**Baltimore, MD 21279-1416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debts_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,335.00** |
|---|---|---|---|

**G&D Transportation Brokerage**
**50 Commerce Drive**
**Morton, IL 61550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debts_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,584.40** |
|---|---|---|---|

**GCS, Inc**
**400 Gate Road**
**Inman, SC 29349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debts_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,805.04** |
|---|---|---|---|

**Georgia Forklift Inc**
**155 Wes Walker Memorial Dr**
**Suite 100**
**Ball Ground, GA 30107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debts_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | Rockland Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,946.38 |
|---|---|---|---|

**Heartland Window Treatments**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,935.00 |
|---|---|---|---|

**HEIQ**
**PO Box 5228**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Highland Art Logistics, Inc.**
**PO Box 23255**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Highway Transport Logistics, I**
**6420 Baum Drive**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,810.28 |
|---|---|---|---|

**Hinton & Hillman Inc**
**5755 North Point Parkway**
**Suite 26**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**Hnry Logistics**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,426.38 |
|---|---|---|---|

**ICL-IP America, Inc.**
**PO Box 3247**
**Carol Stream, IL 60132-3247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/20

Last 4 digits of account number _

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rockland Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,983.39**

**Imptex International Corp.**
**76 North Broadway RM#4040**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,018.40**

**Industrial Packaging Supplies**
**PO Box 2009**
**Fountain Inn, SC 29644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$465.50**

**Industrial Repair Service, Inc**
**2650 Business Drive**
**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,178.13**

**International Paper**
**PO Box 644095**
**Pittsburgh, PA 15264-4095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Intertek Testing Services NA**
**PO Box 405176**
**Atlanta, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**James L. Swann**
**PO Box 1106**
**168 Panther Lane**
**Bamberg, SC 29003**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,173.00**

**Jiangsu Longda Transfer Printing**
**Textile Compnay Ltd**
**Luoshe Town, Wuxi City**
**CN 214187 Jiangsu Province 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rockland Industries, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Karon Boatwright**
**375 Dandridge Road**
**Walterboro, SC 29488**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,292.82**

**LA Continental Fabric Inc**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debts__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Larry A. Walsh**
**8454 Church Road**
**Pasadena, MD 21122**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.36**

**Lone Star Corrugated Container**
**PO Box 177357**
**Irving, TX 75017-7357**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debts__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,486.25**

**Madaris Transportation, LLC**
**PO Box 62892**
**Baltimore, MD 21264-2892**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debts__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,071.36**

**Maxon Corporation**
**15189 Collection Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debts__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,414.43**

**Micro Emulsions Inc.**
**PO Box 160306**
**Spartanburg, SC 29316**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debts__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Rockland Industries, Inc. | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

---

**3.75**

Nonpriority creditor's name and mailing address

**Motion Industries Inc.**
**PO Box 404130**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$285.92**

---

**3.76**

Nonpriority creditor's name and mailing address

**MSC Industrial Supply Co**
**PO Box 953635**
**Saint Louis, MO 63195-3635**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$229.20**

---

**3.77**

Nonpriority creditor's name and mailing address

**Multicorp, Inc**
**9693 Gerwig Lane, Suite O**
**Columbia, MD 21046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$775.92**

---

**3.78**

Nonpriority creditor's name and mailing address

**Nalco Company**
**PO Box 70716**
**Chicago, IL 60673-0716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$3,584.16**

---

**3.79**

Nonpriority creditor's name and mailing address

**Nancy Bell**
**2811 Christopher Ave**
**Baltimore, MD 21214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80**

Nonpriority creditor's name and mailing address

**Nelson Printing Corporation**
**PO Box 20427**
**Charleston, SC 29413-0427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$1,425.90**

---

**3.81**

Nonpriority creditor's name and mailing address

**Nexsen Pruet**
**PO Drawer 2426**
**Columbia, SC 29202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$42,334.97**

---

| Debtor | **Rockland Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,021.73** |
|---|---|---|---|

**Noah M. Berman**
**12 Wilson Street**
**Berwick, ME 03901-2937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Family Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$515,118.43** |
|---|---|---|---|

**Northwest Fabric**
**10 City Place**
**Suite 15H**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,664.97** |
|---|---|---|---|

**Old Dominion Freight**
**PO Box 415202**
**Boston, MA 02241-5202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,305.59** |
|---|---|---|---|

**Pamela Berman**
**900 Fallscroft Way**
**Timonium, MD 21093-1705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Family Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,513.81** |
|---|---|---|---|

**Parks Printing**
**8295 Henry Harris Road**
**Fort Mill, SC 29707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.93** |
|---|---|---|---|

**Quill Office Products**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132,355.26** |
|---|---|---|---|

**Rogers & Brown**
**PO Box 162005**
**Atlanta, GA 30321-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rockland Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248,796.30**

**Rohm & Haas Company**
**PO Box 741801**
**Atlanta, GA 30384-1801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$371.22**

**Romantex S.A.C.**
**AV Paz, Soldan 185**
**San Isidro, Lima, Peru**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$394.00**

**S. C. Dept of Health and Environmental C**
**Bureau of Radiological Health**
**2600 Bull Street**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **License Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,052.71**

**S. Walter Packaging Corp**
**1210 Northbrook Drive**
**Suite 350**
**Feasterville, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.90**

**Sailrite**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,377.77**

**Southeastern Freight Lines**
**PO Box 100104**
**Columbia, SC 29202-3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,801.00**

**Stanley B. Fradin**
**6875 Willow Wood Drive**
**Apt 2083**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retirement Benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Rockland Industries, Inc.**
_____
Name

Case number (if known) _____

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$524.17** |

**Star Textile**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,305.59** |

**Stephen R. Leaderman**
**675 President St., Ste 2304**
**Baltimore, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,041.22** |

**Supplyone Rockwell, Inc**
**PO Box 534331**
**Atlanta, GA 30353-4331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,036.86** |

**Tencarva Machinery Co**
**PO Box 409897**
**Atlanta, GA 30384-9897**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,262.50** |

**The Parker Company**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$184.80** |

**The Stroud Purchasing Group**
**5950 Symphony Woods**
**Columbia, MD 21044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$339.80** |

**The Toner Company**
**20533 Biscayne Blvd**
**#510**
**Miami, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rockland Industries, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,685.62**

Thompson Coburn LLP
Attorneys at Law
PO Box 18379M
Saint Louis, MO 63195

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Legal**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,798.00**

Thunderbolt Global Logistics
1501 Saint Paul Street, Ste 127
Baltimore, MD 21202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$597.30**

Tipco Technologies
11412 Cronhill Dr
Owings Mills, MD 21117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,145.00**

U.S. Logistics Inc
PO Box 225
Elizabeth, NJ 07207

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$781.06**

USF Holland Inc.
27052 Network Place
Chicago, IL 60673

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,262.81**

Van Antimo USA Inc.
1326 Fifth Avenue, Suite 343
Seattle, WA 98101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,336.00**

Vantage Chemical Corporation
PO Box 8851
Asheville, NC 28814

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rockland Industries, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323.22 |
|---|---|---|---|

**Veritiv Operating Company**
Veritiv-Columbia
PO Box 409884
Atlanta, GA 30384-9884

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.85 |
|---|---|---|---|

**Vertical Communications, Inc.**
PO Box 654180
Dallas, TX 75265

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.69 |
|---|---|---|---|

**W.B. Mason Co. Inc**
PO Box 981101
Boston, MA 02298-1101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,663.54 |
|---|---|---|---|

**Walltracts**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,065.60 |
|---|---|---|---|

**Yates Bleachery**
PO Box 800
Flintstone, GA 30725

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,307.00 |
|---|---|---|---|

**YRC**
PO Box 13573
Newark, NJ 07188-3573

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,774.65 |
|---|---|---|---|

**Zoro Tools Inc**
PO Box 5233
Janesville, WI 53547-5233

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Rockland Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hamrick Mills**<br>**PO Box 102**<br>**Gaffney, SC 29342** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **J.C. Sussman (Northwest Faabric)**<br>**10 City Place**<br>**Suite 15 H**<br>**White Plains, NY 10601** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jeremy C. B. Wyatt**<br>**40 West Chesapeake Ave**<br>**Ste 600**<br>**Towson, MD 21204** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Joel D. Seledee**<br>**1 N. Charles St.**<br>**Ste 2300**<br>**Baltimore, MD 21201** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Joel D. Seledee**<br>**1 N. Charles St.**<br>**Ste 2300**<br>**Baltimore, MD 21201** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael J. Bollinger Co., Inc.**<br>**3520 East Federal Street**<br>**Baltimore, MD 21213** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 3,878,693.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,878,693.34 |

**Fill in this information to identify the case:**

Debtor name     **Rockland Industries, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2 Copiers in Baltimore office, payment based on number of copies with minimum maitenance**<br>**6/20/2022** | **Advance Business Systems**<br>**10766 York Road**<br>**Linthicum Heights, MD 21090** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Computer support services for SAP Systems/Software**<br><br>**on 60 days notice** | **Apiphan, Inc**<br>**745 Atlantic Ave**<br>**8th Floor**<br>**Boston, MA 02110** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Trademark Assignment Agreement** | **Chinatex Oriental, Inc.**<br>**209 West 40th Street**<br>**4th Floor**<br>**New York, NY 10018** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Trademark Coexistence Agreement** | **Chinatex Oriental, Inc.**<br>**209 West 40th Street**<br>**4th Floor**<br>**New York, NY 10018** |

| Debtor 1 | **Rockland Industries, Inc.** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **License and Asset Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Chinatex Oriental, Inc. 209 West 40th Street 4th Floor New York, NY 10018** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease of 4969 Mercantile Rd Suite A, Baltimore, MD 21236** | |
|---|---|---|---|
| | State the term remaining | **02/28/2027** | **Mercantile Road, LLC c/o Hill Management Services,LLC PO Box 4835 Timonium, MD 21094** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease in Bamberg** | |
|---|---|---|---|
| | State the term remaining | **on 30 days notice** | **Ricoh Copiers Inc 70 Valley Stream Pkway Malvern, PA 19355** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Granted a security interest in Rockland's assets and A/R to secure payment of a fee in the event of certain sales of Rockland's assets.** | |
|---|---|---|---|
| | State the term remaining | | **TM Capital 1230 Peachtree Street, NE Suite 550 Atlanta, GA 30309** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone system in Bamberg, SC facility** | |
|---|---|---|---|
| | State the term remaining | **6/2022** | **Vertical 8840 Stanford Blvd Suite 4100 Columbia, MD 21045** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rockland Industries, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name        **Rockland Industries, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **8/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $75,906.54 |
| **For prior year:**<br>From  **8/01/2020** to  **7/31/2021** | ■ Operating a business<br>☐ Other _____ | $2,481,047.28 |
| **For year before that:**<br>From  **8/01/2019** to  **7/31/2020** | ■ Operating a business<br>☐ Other _____ | $19,339,474.55 |
| **For the fiscal year:**<br>From  **8/01/2018** to  **7/31/2019** | ■ Operating a business<br>☐ Other _____ | $35,109,177.39 |

2.   **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **2018 From 1120 Amended Refund Check** | $971,065.45 |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Chinatex Oriental Royalty Deposit** | $50,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Rockland Industries, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | **Chinatex Oriental Quartly Royalty Payment** | **$11,875.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **AXA Equitable Life Insurance Termination Settlement** | **$61,011.25** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **AXA Equitable Life Insurance Dividends** | **$10,550.50** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Proceeds from Sale of Edison Highway Real Estate** | **$4,350,000.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Palmetto State Bank PPP Loan -100% Forgiven** | **$481,861.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Proceeds from logging Industrial Park Land by Mid Carolina Timber Co., Inc** | **$11,418.89** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | **AXA Equitable Life Insurance Dividends** | **$21,719.86** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | **Proceeds from sale of Sun Life Financial Inc investment** | **$252,101.57** |
| **For the fiscal year:**<br>From **1/01/2018** to **12/31/2018** | **AXA Equitable Life Insurance Loan Advance** | **$1,170,197.67** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **ADP, LLC**<br>**PO Box 842875**<br>**Boston, MA 02284-2875** | **7/30/2021**<br>**8/16/2021** | **$4,188.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Rockland Industries, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Am. Retrmt. Plan Svcs.**<br>**Executive Plaza 1, Suite 803**<br>**11350 McCormick Rd**<br>**Hunt Valley, MD 21031** | 7/19/2021 | $6,722.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Board of Public Works Bamberg SC** | 7/7/21<br>8/6/21<br>9/2/21 | $50,161.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **First Insurance Funding Corp** | 7/19/2021<br>8/30/21 | $13,551.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.5. **Hill Management Services, Inc.** | 7/30/2021<br>8/30/21 | $23,114.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.6. **Mitel Cloud Services** | 7/26/21<br>8/30/21 | $9,930.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **AT&T**<br>**PO Box 6416**<br>**Carol Stream, IL 60197-6416** | 9/28/2021 | $210.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Circuit Court for Baltimore, MD**<br>**111 North Calvert St**<br>**Baltimore, MD 21202** | 9/28/2021 | $20.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Filing fee** |
| 3.9. **Assured Partners** | 9/28/2021 | $170.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Rockland Industries, Inc.** _____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.10. **Delta Dental** | | **$688.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **East Federal, LLC et al v. Rockland Industries, Inc. et al**<br>**24-C-20-005122 OT** | **Claim for damages by abutting landowner relating to drainage and water supply** | **Circuit Court for Baltimore, MD**<br>**111 North Calvert St**<br>**Baltimore, MD 21202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Euler Hermes North American Ins. Co as Assignee of J.C. Sussman v. Rockland Industries, Inc**<br>**24-C-21-001652 CN** | **Collection action by factor for $618,830.40** | **Circuit Court for Baltimore, MD**<br>**111 North Calvert St**<br>**Baltimore, MD 21202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Rockland Industries, Inc.**                              Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Euler Hermes North American Ins. Co as Assignee of Hamrick v. Rockland Industries, Inc** 24-C-21-003198 CN | **Collection action by factor for $147,932.64** | **Circuit Court for Baltimore, MD** **111 North Calvert St** **Baltimore, MD 21202** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Colonial Chemical Solutions, Inc. v. Rockland Industries, Inc** STVC20-00889 | **Collection Action by supplier for $22,155.33. Settled for $17,500 and dismissed in Oct 2020** | **State Court of Chatham County Georgia** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | **Wegochem International LLC v. Rockland Industries, Inc** 1:20-cv-00704-GLR | **Collection action by supplier for $343,057.81. Settled by payment on 12/11/2020 for $315,000.00** | **US District Court for the District of MD** **Baltimore Division** **101 W Lombard St.** **Baltimore, MD 21201** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. | **Wells Fargo Bank NA v. Rockland Industries Inc.** C-30-CV-20-002232 | **Collection action by factor for $83, 301.42. Settled for $55,000.00 in May 2021** | **Circuit Court for Baltimore, MD** **111 North Calvert St** **Baltimore, MD 21202** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor    **Rockland Industries, Inc.**                                          Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Beal, LLC** **PO Box 11277** **Columbia, SC 29211** | **Attorney Fees** | **12/4/2020** | **$787.50** |
| | **Email or website address** **ccooper@bealllc.com** | | | |
| | **Who made the payment, if not debtor?** **All payments were made from retainer in Beal, LLC's trust account.** | | | |
| 11.2. | **Beal, LLC** **PO Box 11277** **Columbia, SC 29211** | **Attorney Fees** | **4/21/2021** | **$3,009.83** |
| | **Email or website address** **ccooper@bealllc.com** | | | |
| | **Who made the payment, if not debtor?** **All payments were made from retainer in Beal, LLC's trust account.** | | | |
| 11.3. | **Beal, LLC** **PO Box 11277** **Columbia, SC 29211** | **Attorney Fees** | **8/11/2021** | **$3,431.43** |
| | **Email or website address** **ccooper@bealllc.com** | | | |
| | **Who made the payment, if not debtor?** **All payments were made from retainer in Beal, LLC's trust account.** | | | |
| 11.4. | **Beal, LLC** **PO Box 11277** **Columbia, SC 29211** | **Attorney Fees** | **9/24/2021** | **$1,365.00** |
| | **Email or website address** **ccooper@bealllc.com** | | | |
| | **Who made the payment, if not debtor?** **All payments were made from retainer in Beal, LLC's trust account.** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Rockland Industries, Inc.**                                Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **Beal, LLC**<br>**PO Box 11277**<br>**Columbia, SC 29211** | | **9/21/2021** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Retainer** | | | |
| 11.6. | **Beal, LLC**<br>**PO Box 11277**<br>**Columbia, SC 29211** | Retainer replenshment. | **09/30/2021** | **$27,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.7. | **Beal, LLC**<br>**PO Box 11277**<br>**Columbia, SC 29211** | | **10/1/2021** | **$32,260.28** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**From Retainer Balance** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Colonial Chemical Solutions, Inc** | **Collection Action by supplier, settled and dismissed**<br>**Case No STV20-00889** | **Oct 2020** | **$17,500.00** |
| | Relationship to debtor | | | |

Debtor    **Rockland Industries, Inc.**                                      Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | **Wegochem International LLC** | **Collection Action by supplier, settled and<br>dismissed**<br>**Case No. 1:20-cv-00704-GLR** | **12/11/2020** | **$315,000.00** |
| | Relationship to debtor | | | |
| 13.3<br>. | **Wells Fargo Bank NA** | **Collection Action by factor, settled and<br>dismissed.** | **May 2021** | **$55,000.00** |
| | Relationship to debtor | | | |

---

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
    profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:
        Name of plan                                           Employer identification number of the plan
        **Rockland Industrial Inc 401(K) Profit Sharing Plan and Trust**    EIN:  **52-0463210**

        Has the plan been terminated?
        ■ No
        ☐ Yes

---

| Debtor | **Rockland Industries, Inc.** | Case number *(if known)* | |
|---|---|---|---|

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Rockland Industries, Inc Group Health Plan** | EIN:  **52-0463210** |

Has the plan been terminated?

☐ No

■ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **M & T Bank**<br>**One Light Street**<br>**16th Floor**<br>**Baltimore, MD 21202** | XXXX-4786 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/06/2020 | $5,259.36 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Rockland Industries, Inc.                                    Case number (if known) _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| --- | --- | --- |
| | | Dates business existed |
| 25.1. **Warehouse Property Investments, LLC** | **Holds titles to real property** | EIN:  **00-0003210** |
| | | **From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.  **Donna M. Neimiller 1636 Morse Road Forest Hill, MD 21050** | |
| 26a.2.  **Jim Beitman** | |
| 26a.3.  **Shirley Mitz** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rockland Industries, Inc.**                                      Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.4.    **Pat Fowler** | |
| 26a.5.    **Stephen R. Leaderman**<br>**675 President St., Ste 2304**<br>**Baltimore, MD 21202** | |
| 26a.6.    **Brenda Grubowski** | |
| 26a.7.    **Karon Boatwright** | |
| 26a.8.    **Tom Truman** | |
| 26a.9.    **Thomas M. Kasputys**<br>**4 Fallon Court., Apt C**<br>**Nottingham, MD 21236** | |
| 26a.10.   **Nancy Bell** | |
| 26a.11.   **David Harris** | |
| 26a.12.   **Kim Graham** | |
| 26a.13.   **Beth Ray** | |
| 26a.14.   **Joan Wehberg** | |
| 26a.15.   **Christina Padgett** | |
| 26a.16.   **Eileen Dunn** | |
| 26a.17.   **Christine Civiletti** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **SC&H Group, Inc.**<br>**910 Ridgebrok Road**<br>**Sparks Glencoe, MD 21152** | **since 2003** |

| Debtor | **Rockland Industries, Inc.** | Case number *(if known)* |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **MidCap Business Credit, LLC**<br>**433 South Main Street**<br>**West Hartford, CT 06110** | **2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Rockland Industries, Inc**<br>**4969 Mercantile Road, Suite A**<br>**Nottingham, MD 21236-5045** | |
| 26c.2. **Rockland Industries, Inc**<br>**253 Calhoun St**<br>**Bamberg, SC 29003** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Bank of America**<br>**300 Galleria Parkway, Suite 800**<br>**Atlanta, GA 30339-3153** |
| 26d.2. **TM Capital**<br>**1230 Peachtree Street, NE**<br>**Suite 550**<br>**Atlanta, GA 30309** |
| 26d.3. **GGG Partners LLC**<br>**3155 Roswell Rd Ne**<br>**Suite 120**<br>**Greenwich, CT 06830** |
| 26d.4. **Berkley Capital**<br>**475 Steamboat Rd**<br>**Greenwich, CT 06830** |
| 26d.5. **CIT**<br>**201 South Tryon Street**<br>**Charlotte, NC 28202** |
| 26d.6. **Sterling Commercial Credit**<br>**10559 Citation Dr. #204**<br>**Brighton, MI 48116** |
| 26d.7. **MidCap Business Credit, LLC**<br>**433 South Main Street**<br>**West Hartford, CT 06110** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **Rockland Industries, Inc.**                                                    Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark R. Berman** | **900 Fallscroft Way Lutherville Timonium, MD 21093-1705** | **Director/President/Shareholder** | **2.36%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pamela Berman** | **900 Fallscroft Way Lutherville Timonium, MD 21093-1705** | **Director/Shareholder** | **24.21%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas M. Kasputys** | **4 Fallon Court., Apt C Nottingham, MD 21236** | **Director/Vice President/Shareholder** | **1.66%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Adam J. Leaderman** | **4714 Kitty Hawk Dr. Atlanta, GA 30342** | **Director/Shareholder** | **24.21%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen R. Leaderman** | **675 President St., Ste 2304 Baltimore, MD 21202** | **Director/Vice President/Treasurer/Shareholder** | **24.21%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donna M. Neimiller** | **1636 Morse Road Forest Hill, MD 21050** | **Director/Vice President** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mark R. Berman 900 Fallscroft Way Timonium, MD 21093-1705** | **$279,231.00** | **10/9/2020 - 10/1/2021** | **Salary** |
| | Relationship to debtor **Employee/Shareholder/Director** | | | |

Debtor  **Rockland Industries, Inc.** _____  Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Thomas M. Kasputys**<br>**4 Fallon Court., Apt C**<br>**Nottingham, MD 21236** | **$112,981.00** | **10/9/2020 -**<br>**10/1/2021** | **Salary** |
| | **Relationship to debtor**<br>**Employee/Director** | | | |
| 30.3. | **Stephen R. Leaderman**<br>**675 President St., Ste 2304**<br>**Baltimore, MD 21202** | **$177,672.00** | **10/9/2020 -**<br>**10/1/2021** | **Salary** |
| | **Relationship to debtor**<br>**Employee/Shareholder/Direct**<br>**or** | | | |
| 30.4. | **Donna M. Neimiller**<br>**1636 Morse Road**<br>**Forest Hill, MD 21050** | **$173,269.00** | **10/9/2020 -**<br>**10/1/2021** | **Salary** |
| | **Relationship to debtor**<br>**Employee/Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
☑  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Warehouse Property Investments, LLC**<br>**owned 100% by Rockland Industries Inc** | **EIN:**    **00-0003210** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Rockland Industries, Inc.** _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  5, 2021** _____

**/s/ Mark Berman** _____        **Mark Berman** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
�■ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re  **Rockland Industries, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | Hourly Rates as set forth in employment application |
   | Prior to the filing of this statement I have received | $ | See attached Exhibit A |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with creditors, preparation and filing of plan of reorganization and representation of Debtor at all hearings through the effective date of the plan,**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 5, 2021

*Date*

/s/ Michael M. Beal
**Michael M. Beal**
*Signature of Attorney*
**Beal, LLC**
**PO Box 11277**
**Columbia, SC 29211**
**803-728-0803**
**ccooper@bealllc.com**
*Name of law firm*

---

## Exhibit A

1. On September 29, 2020, Beal held $8,886.50 in retainer for Rockland Industries, Inc. ("Rockland").

2. Since September 30, 2020, Beal has been paid $8,593.76 from that retainer account for the representation of this client as follows:

   a. $787.50 on December 4, 2020, from existing client retainer account for two invoices for services performed during the months of October and November 2020;

   b. $3,009.83 on April 21, 2021, from existing client retainer account for two invoices for services performed during the months of December 2020 and March 2021;

   c. $3,431.43 on August 11, 2021, from existing client retainer account for three invoices for services performed during the months of April, June and July 2021;

   c. $1,365.00 on September 24, 2021, from existing retainer account for services performed during the month of August 2021, leaving a balance in retainer of $292.74.

   3. On September 21, 2021, Rockland issued a wire transfer in the amount of $25,000.00 from Rockland Industries, Inc. for the bankruptcy preparation, filing fees and other expenses.

   4. On September 30, 2021, Rockland issued an additional wire transfer in the amount of $27,000.00 from Rockland Industries, Inc. for bankruptcy preparation filing fees, other expenses and for the post-petition work associated with the Ch. 11 filing.

   5. Prior to the filing, $32,260.28 was applied to fees and expenses through October 1, 2021, for the bankruptcy preparation and expenses.

   6. There is currently a balance of $18,294.46 in retainer (after payment of the $1,738.00 filing fee).

# United States Bankruptcy Court
## District of South Carolina

In re   **Rockland Industries, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam J. Leaderman<br>4714 Kitty Hawk Dr.<br>Atlanta, GA 30342** | **Common** | **126573.42** | **24.21%** |
| **Alexander J. Leaderman Generation Skippi<br>fbo Erica C. Berman<br>4969 Mercantile Road<br>Suite A<br>Nottingham, MD 21236-5045** | **Common** | **47840** | **1.83%** |
| **Alexander J. Leaderman Generation Skippi<br>fbo Ariel N. Berman<br>4969 Mercantile Rd<br>Suite A<br>Nottingham, MD 21236-5045** | **common** | **9568** | **1.83%** |
| **Alexander J. Leaderman Generation Skippi<br>fbo Noah M. Berman<br>4969 Mercantile Rd<br>Suite A<br>Nottingham, MD 21236-5045** | **Common** | **9568** | **1.83%** |
| **Alexander J. Leaderman Generation Skippi<br>fbo Scott P. Leaderman<br>4969 Mercantile Rd<br>Suite A<br>Nottingham, MD 21236-5045** | **Common** | **9568** | **1.83%** |
| **Alexander J. Leaderman Generation Skippi<br>fbo David M. Leaderman<br>4969 Mercantile Rd<br>Suite A<br>Nottingham, MD 21236-5045** | **Common** | **9568** | **1.83%** |
| **Ariel K. Berman<br>25 Sawin St. #2<br>Watertown, MA 02472-1510** | **Common** | **15323** | **2.93%** |
| **David M. Leaderman<br>4717 Kitty Hawk Dr<br>Atlanta, GA 30342** | **Common** | **12927** | **2.47%** |
| **Erica C. Berman<br>300 E. 75th Street<br>Apt 28F<br>New York, NY 10021-3381** | **Common** | **15323** | **2.93%** |

Sheet 1 of 2 in List of Equity Security Holders

In re:   **Rockland Industries, Inc.**                                    Case No. _____
                                   Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark R. Berman**<br>**900 Fallscroft Way**<br>**Lutherville Timonium, MD 21093-1705** | **Common** | **12328** | **2.36%** |
| **Noah M. Berman**<br>**12 Wilson Street**<br>**Berwick, ME 03901-2937** | **Common** | **15323** | **2.93%** |
| **Pamela Berman**<br>**900 Fallscroft Way**<br>**Lutherville Timonium, MD 21093-1705** | **Common** | **126573.42** | **24.21%** |
| **Scott P. Leaderman**<br>**4714 Kitty Hawk Dr**<br>**Atlanta, GA 30342** | **Common** | **15232** | **2.93%** |
| **Stephen R. Leaderman**<br>**675 President St., Ste 2304**<br>**Baltimore, MD 21202** | **Common** | **126573.42** | **24.21%** |
| **Thomas M. Kasputys**<br>**2903 Coldstream Way**<br>**Apt C**<br>**Parkville, MD 21234** | **Common** | **8660** | **1.66%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October  5, 2021**                        Signature   **/s/ Mark Berman**
                                                    **Mark Berman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re  **Rockland Industries, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:   **October  5, 2021**

**/s/ Mark Berman**
**Mark Berman**/**President**
Signer/Title

Date:   **October  5, 2021**

**/s/ Michael M. Beal**
Signature of Attorney
**Michael M. Beal**
**Beal, LLC**
**PO Box 11277**
**Columbia, SC 29211**
**803-728-0803**
Typed/Printed Name/Address/Telephone

**1253 SC**
District Court I.D. Number

3 DAY BLINDS
2220 EAST CERRITOS AVE.
ANAHEIM CA 92806


48FORTY SOLUTIONS LLC
PO BOX 849729
DALLAS TX 75284-9729


ACCOMPLISH QUILTING
810 NAPIER AVE
SAINT JOSEPH MI 49085


ACCURATE FORKLIFT
1120 OAKLEIGH DRIVE
ATLANTA GA 30344


ADAM J. LEADERMAN
4714 KITTY HAWK DR.
ATLANTA GA 30342


ADP, LLC
PO BOX 842875
BOSTON MA 02284-2875


ADVANCE BUSINESS SYSTEMS
10766 YORK ROAD
LINTHICUM HEIGHTS MD 21090


AL JAZIRA AL ARABIA SONS
PO BOX 53321
JEDDAH, 21533
SAUDI ARABIA


ALICE P. JOHNSON
PO BOX 240
BAMBERG SC 29003-0240


ALMANZEL FURNITURE CO LTD.
PO BOX 6641
JEDDAH, 21423
SAUDI ARABIA

AM. RETRMT. PLAN SVCS.
EXECUTIVE PLAZA 1, SUITE 802
11350 MCCORMICK RD
HUNT VALLEY MD 21031


AMERICAN TEXTILE SPECIALTIES
321 ENGLAND PLACE
SPARTANBURG SC 29303


APIPHAN, INC
745 ATLANTIC AVE
8TH FLOOR
BOSTON MA 02110


ARTHUR R. JOHNSON CO INC
PO BOX 320205
BROOKLYN NY 11232


ATLANTIC BROADBAND
520 EAST PINE LOG RD
AIKEN SC 29803


ATLANTIC CORPORATION
PO BOX 60002
CHARLOTTE NC 28260


B-H TRANSFER CO.
PO BOX 151
SANDERSVILLE GA 31082


BOONE'S COUNTRY STORE
23 COUNTRY STORE
BOONES MILL VA 24065


BUCKEYE BUSINESS PRODUCTS
PO BOX 392340
CLEVELAND OH 44193


CADY INDUSTRIES INC.
C/O ROSENTHAL & ROSENTHAL INC
PO BOX 88926
CHICAGO IL 60695-1926

CANTWELL-CLEARY
PAPER & PACKAGING
7575 WASHING BLVD.
ELKRIDGE MD 21075


CARAUSTAR CONVERTED PRODUCTS GROUP
PO BOX 935013
ATLANTA GA 31193-5013


CATAWBA VALLEY COMMUNITY COLLEGE
ATTN: BUSINESS OFFICE
2550 HIGHWAY 70 SE
HICKORY NC 28602


CENTRAL SUPPLY/CSC INC.
PO BOX 188
FOUNTAIN INN SC 29644


CHINATEX ORIENTAL, INC.
209 WEST 40TH STREET
4TH FLOOR
NEW YORK NY 10018


CHRISTINE CIVILETTI
2707 GRAY MONOR TERRACE
DUNDALK MD 21222


CIT
201 SOUTH TRYON STREET
CHARLOTTE NC 28202


CITY ELECTRIC COMPANY
CHARLESTON DIVISION
PO BOX 131811
DALLAS TX 75313


COASTAL FILTRATION
9208 AVONDALE ROAD
PARKVILLE MD 21234


COMCAST BUSINESS
PO BOX 37601
PHILADELPHIA PA 19101-0601

COMMERCIAL SEAMING
PO BOX 39
HENDERSON NC 27536


CONTINENTAL TEXTILE CO


CUSTOM SYNTHESIS, LLC
PO BOX 5254
ANDERSON SC 29623


DAYLIGHT TRANSPORT
PO BOX 93155
LONG BEACH CA 90809


DILLON SUPPLY COMPANY
PO BOX 896595
CHARLOTTE NC 28289-6595


DILMAR OIL COMPANY
PO BOX 5629
FLORENCE SC 29502-5629


DISTINCTIVE STATIONARY
ATT: BRUCE RAEKE JR.
204 AZAR COURT
HALETHORPE MD 21227


DUBOSE STRAPPING, INC
PO BOX 674435
DETROIT MI 48267-4435


DYSTAR LP
PO BOX 75193
CHARLOTTE NC 28275-0193


EAST FEDERAL, LLC
3520 EAST FEDERAL STREET
BALTIMORE MD 21213


EASTMAN CHEMICAL FINANCIAL CORP
PO BOX 785157
PHILADELPHIA PA 19178-5157

EDWARD M. COLES, JR.
268 MCGEE ST.
BAMBERG SC 29003


ELEVATE TEXTILES
PO BOX 507
MOUNT HOLLY NC 28120


ESTES EXPRESS LINES
PO BOX 25612
RICHMOND VA 23260-5612


EULER HERMES NORTH AMERICA INS CO
800 RED BROOK BLVD
SUITE 400C
OWINGS MILLS MD 21117


EVERHARD PRODUCTS, INC
1016 NINTH STREET, SW
CANTON OH 44707


EXTEX CORPORATION
33 34TH STREET
BROOKLYN NY 11232-2001


FABRIC TEX CORPORATION
372 CREEK PATH AVENUE
OAKVILLE, ONTARIO L6L 6X3


FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461


FEDEX FREIGHT ECONOMY
PO BOX 223125
PITTSBURGH PA 15250-2125


FIBRO CHEM, LLC
PO BOX 150684
OGDEN UT 84415-0684


FIRST FILM EXTRUDING
DIVISION OF BALCAN PLASTICS
11320 STATE ROUTE 9, SUITE 100
CHAMPLAIN NY 12919

FRANK PARSONS PAPER CO INC.
PO BOX 791416
BALTIMORE MD 21279-1416


G&D TRANSPORTATION BROKERAGE
50 COMMERCE DRIVE
MORTON IL 61550


GCS, INC
400 GATE ROAD
INMAN SC 29349


GEORGIA FORKLIFT INC
155 WES WALKER MEMORIAL DR
SUITE 100
BALL GROUND GA 30107


HAMRICK MILLS
PO BOX 102
GAFFNEY SC 29342


HEARTLAND WINDOW TREATMENTS


HEIQ
PO BOX 5228
CONCORD NC 28027


HIGHLAND ART LOGISTICS, INC.
PO BOX 23255
LOS ANGELES CA 90023


HIGHWAY TRANSPORT LOGISTICS, I
6420 BAUM DRIVE
KNOXVILLE TN 37919


HINTON & HILLMAN INC
5755 NORTH POINT PARKWAY
SUITE 26
ALPHARETTA GA 30022


HNRY LOGISTICS

ICL-IP AMERICA, INC.
PO BOX 3247
CAROL STREAM IL 60132-3247


IMPTEX INTERNATIONAL CORP.
76 NORTH BROADWAY RM#4040
HICKSVILLE NY 11801


INDUSTRIAL PACKAGING SUPPLIES
PO BOX 2009
FOUNTAIN INN SC 29644


INDUSTRIAL REPAIR SERVICE, INC
2650 BUSINESS DRIVE
CUMMING GA 30028


INTERNATIONAL PAPER
PO BOX 644095
PITTSBURGH PA 15264-4095


INTERTEK TESTING SERVICES NA
PO BOX 405176
ATLANTA GA 30384-5176


J.C. SUSSMAN (NORTHWEST FAABRIC)
10 CITY PLACE
SUITE 15 H
WHITE PLAINS NY 10601


JAMES L. SWANN
PO BOX 1106
168 PANTHER LANE
BAMBERG SC 29003


JEREMY C. B. WYATT
40 WEST CHESAPEAKE AVE
STE 600
TOWSON MD 21204


JIANGSU LONGDA TRANSFER PRINTING
TEXTILE COMPNAY LTD
LUOSHE TOWN, WUXI CITY
CN 214187 JIANGSU PROVINCE 100

JOEL D. SELEDEE
1 N. CHARLES ST.
STE 2300
BALTIMORE MD 21201


KARON BOATWRIGHT
375 DANDRIDGE ROAD
WALTERBORO SC 29488


LA CONTINENTAL FABRIC INC


LARRY A. WALSH
8454 CHURCH ROAD
PASADENA MD 21122


LONE STAR CORRUGATED CONTAINER
PO BOX 177357
IRVING TX 75017-7357


MADARIS TRANSPORTATION, LLC
PO BOX 62892
BALTIMORE MD 21264-2892


MAXON CORPORATION
15189 COLLECTION CENTER DRIVE
CHICAGO IL 60693


MERCANTILE ROAD, LLC
C/O HILL MANAGEMENT SERVICES,LLC
PO BOX 4835
TIMONIUM MD 21094


MICHAEL J. BOLLINGER CO., INC.
3520 EAST FEDERAL STREET
BALTIMORE MD 21213


MICRO EMULSIONS INC.
PO BOX 160306
SPARTANBURG SC 29316


MOTION INDUSTRIES INC.
PO BOX 404130
ATLANTA GA 30384

MSC INDUSTRIAL SUPPLY CO
PO BOX 953635
SAINT LOUIS MO 63195-3635


MULTICORP, INC
9693 GERWIG LANE, SUITE O
COLUMBIA MD 21046


NALCO COMPANY
PO BOX 70716
CHICAGO IL 60673-0716


NANCY BELL
2811 CHRISTOPHER AVE
BALTIMORE MD 21214


NELSON PRINTING CORPORATION
PO BOX 20427
CHARLESTON SC 29413-0427


NEXSEN PRUET
PO DRAWER 2426
COLUMBIA SC 29202


NOAH M. BERMAN
12 WILSON STREET
BERWICK ME 03901-2937


NORTHWEST FABRIC
10 CITY PLACE
SUITE 15H
WHITE PLAINS NY 10601


OLD DOMINION FREIGHT
PO BOX 415202
BOSTON MA 02241-5202


PAMELA BERMAN
900 FALLSCROFT WAY
TIMONIUM MD 21093-1705


PARKS PRINTING
8295 HENRY HARRIS ROAD
FORT MILL SC 29707

```
QUILL OFFICE PRODUCTS
PO BOX 37600
PHILADELPHIA PA 19101-0600


RICOH COPIERS INC
70 VALLEY STREAM PKWAY
MALVERN PA 19355


ROGERS & BROWN
PO BOX 162005
ATLANTA GA 30321-0005


ROHM & HAAS COMPANY
PO BOX 741801
ATLANTA GA 30384-1801


ROMANTEX S.A.C.
AV PAZ, SOLDAN 185
SAN ISIDRO, LIMA, PERU


S. C. DEPT OF HEALTH AND ENVIRONMENTAL C
BUREAU OF RADIOLOGICAL HEALTH
2600 BULL STREET
COLUMBIA SC 29201


S. WALTER PACKAGING CORP
1210 NORTHBROOK DRIVE
SUITE 350
FEASTERVILLE PA 19053


SAILRITE


SOUTHEASTERN FREIGHT LINES
PO BOX 100104
COLUMBIA SC 29202-3104


STANLEY B. FRADIN
6875 WILLOW WOOD DRIVE
APT 2083
BOCA RATON FL 33434


STAR TEXTILE
```

STEPHEN R. LEADERMAN
675 PRESIDENT ST., STE 2304
BALTIMORE MD 21202


SUPPLYONE ROCKWELL, INC
PO BOX 534331
ATLANTA GA 30353-4331


TENCARVA MACHINERY CO
PO BOX 409897
ATLANTA GA 30384-9897


THE PARKER COMPANY


THE STROUD PURCHASING GROUP
5950 SYMPHONY WOODS
COLUMBIA MD 21044


THE TONER COMPANY
20533 BISCAYNE BLVD
#510
MIAMI FL 33180


THOMPSON COBURN LLP
ATTORNEYS AT LAW
PO BOX 18379M
SAINT LOUIS MO 63195


THUNDERBOLT GLOBAL LOGISTICS
1501 SAINT PAUL STREET, STE 127
BALTIMORE MD 21202


TIPCO TECHNOLOGIES
11412 CRONHILL DR
OWINGS MILLS MD 21117


TM CAPITAL
1230 PEACHTREE STREET, NE
SUITE 550
ATLANTA GA 30309


U.S. LOGISTICS INC
PO BOX 225
ELIZABETH NJ 07207

USF HOLLAND INC.
27052 NETWORK PLACE
CHICAGO IL 60673


VAN ANTIMO USA INC.
1326 FIFTH AVENUE, SUITE 343
SEATTLE WA 98101


VANTAGE CHEMICAL CORPORATION
PO BOX 8851
ASHEVILLE NC 28814


VERITIV OPERATING COMPANY
VERITIV-COLUMBIA
PO BOX 409884
ATLANTA GA 30384-9884


VERTICAL
8840 STANFORD BLVD
SUITE 4100
COLUMBIA MD 21045


VERTICAL COMMUNICATIONS, INC.
PO BOX 654180
DALLAS TX 75265


W.B. MASON CO. INC
PO BOX 981101
BOSTON MA 02298-1101


WALLTRACTS


YATES BLEACHERY
PO BOX 800
FLINTSTONE GA 30725


YRC
PO BOX 13573
NEWARK NJ 07188-3573


ZORO TOOLS INC
PO BOX 5233
JANESVILLE WI 53547-5233

# United States Bankruptcy Court
### District of South Carolina

In re  **Rockland Industries, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rockland Industries, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  5, 2021**

Date

**/s/ Michael M. Beal**

**Michael M. Beal**

Signature of Attorney or Litigant
Counsel for   **Rockland Industries, Inc.**
**Beal, LLC**
**PO Box 11277**
**Columbia, SC 29211**
**803-728-0803**
**ccooper@bealllc.com**